UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Waheed Nelson,

        Plaintiff,

vs.

        Case No. 8:19-cv-00449-CEH-JSS

Bob Gualtieri, et al.,

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BOB GUALTIERI**

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- All Florida Orthopaedic Associates, P.A., Defendant
- Bob Gualtieri, Sheriff of Pinellas County, Florida, Defendant
- Corizon, LLC, Defendant
- Florida Department of Corrections, Defendant
- Matthew Swick, M.D., Defendant
- Maxim Healthcare Services, Inc., Defendant
- Witchner Belizaire, M.D., Defendant
- Waheed Nelson, Plaintiff
- Paul G. Rozelle, attorney for Pinellas County Sheriff's Office
- Shannon Kennedy Lockheart, General Counsel, PCSO
- Linda Bellomio Commons, Counsel for Plaintiff
- James V. Cook, Counsel for Plaintiff
- Mindy McLaughlin, Counsel for Dr. Swick and All Florida Orthopaedic Associates, P.A.

- Gabrielle Osborne, Counsel for Dr. Swick and All Florida Orthopaedic Associates, P.A.
- David O. Doyle, Counsel for Maxim Healthcare Services, Inc.
- Julie A. Tyk, Counsel for Maxim Healthcare Services, Inc.
- Gregg A. Toomey, Counsel for Corizon, LLC, Florida Department of Corrections and Dr. Belizaire

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings

- None

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff, Waheed Nelson, alleges he was the victim of medical negligence and unconstitutional, deliberate indifference to his serious medicals

[*remainder of page intentionally left blank*]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 22, 2019.

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
Senior Associate Counsel
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Counsel for Defendant Bob Gualtieri, in his capacity as Sheriff of Pinellas County, Florida

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2019, I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle
Attorney

3