UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Waheed Nelson,

        Plaintiff,

                                       Case No. 8:19-cv-00449-CEH-JSS

vs.

Bob Gualtieri, et al.,

        Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER
ACTIONS OF DEFENDANT BOB GUALTIERI**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

| | | |
|---|---|---|
| __X__ | IS | related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |

- <u>Nelson v. Gualtieri, et al.</u>, Case No. 17-5323-CI (Sixth Jud. Cir.) — removed to this Court on February 21, 2019

| | | |
|---|---|---|
| _____ | IS NOT | related to pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency. |

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS on each party no later than 14 days after appearance of the party.

[*remainder of page intentionally left blank*]

Dated: February 22, 2019.

                                          Respectfully submitted,

                                          /s/ Paul G. Rozelle
                                          Paul G. Rozelle
                                          Senior Associate Counsel
                                          FBN: 75948
                                          10750 Ulmerton Road
                                          Largo, FL    33778
                                          Telephone:  (727) 582-6274
                                          Facsimile:   (727) 582-6459
                                          *prozelle@pcsonet.com*
                                          *amarcott1@pcsonet.com*
                                          Counsel for Defendant, Bob Gualtieri, in his capacity as Sheriff of Pinellas County, Florida

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                          /s/ Paul G. Rozelle
                                          Attorney