**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:19-cv-00449-CEH-JSS**

WAHEED NELSON,

     Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as
Sheriff of Pinellas County, FLORIDA
DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM
HEALTHCARE SERVICES, INC.,
MATTHEW SWICK, M.D., ALL
FLORIDA ORTHOPAEDIC
ASSOCIATES, P.A., and WITCHNER
BELIZAIRE, M.D.,

     Defendants.

_____/

**DEFENDANTS CORIZON, LLC, FLORIDA DEPARTMENT OF**
**CORRECTIONS AND WITCHNER BELIZAIRE, M.D.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendants Corizon, LLC, ("Corizon"), Florida Department of Corrections

("FDOC") and Witchner Belizaire, M.D. ("Belizaire") pursuant to Rule 7.1 of the

Federal Rules of Civil Procedure, files this Certificate of Interested Persons and

Corporate Disclosure Statement as follows:

     1.    The name of each person, attorney, association of persons, firm, law

firm, partnership, and corporation that has or may have an interest in the outcome

of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

(a)     All Florida Orthopaedic Associates, P.A., Defendant;

(b)     Belizaire, Witchner, M.D., Defendant;

(c)     Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A., 1706 E. Eleventh Avenue, Tampa, FL 33605, Counsel for Defendants Matthew Swick, MD and All Florida Orthopaedic Associates, P.A.;

(d)     Commons, Linda, Counsel for Plaintiff;

(e)     Cook, James V., Counsel for Plaintiff;

(f)     Corizon Health, Inc., Defendant, which is a wholly owned subsidiary of Valitás Holdings, Inc., which is privately held;

(g)     Doyle, Jr., David O., Counsel for Defendant Maxim Healthcare Services, Inc.;

(h)     Florida Department of Corrections, Defendant;

(i)     Gaultieri, Bob, Defendant;

(j)     Law Offices of Linda Bellomio Commons, P.A., P.O. Box 340261, Tampa, Florida 33694, Counsel for Plaintiff;

(k)     Law Office of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301, Counsel for Plaintiff;

(l)     Maxim Healthcare Services, Inc., Defendant;

(m)     McLaughlin, Mindy, Counsel for Defendants Matthew Swick, MD and All Florida Orthopaedic Associates, P.A.;

(n)     Nelson, Waheed, Plaintiff;

(o)     Osborne, Gabrielle, Counsel for Defendants Matthew Swick, MD and All Florida Orthopaedic Associates, P.A.;

(p)     Pearson Bitman, LLP, 485 N. Keller Road, Suite 401, Maitland, FL 32751, Counsel for Defendant Maxim Healthcare Services;

(q)     Pinellas County Sheriff General Counsel's Office, 10750 Ulmerton Road, Largo, FL 33778, Counsel for Defendant Bob Gualtieri;

(r)     Rozelle, Paul G., Counsel for Defendant Bob Gualtieri;

(s)     Swick, Matthew, M.D., Defendant;

(t)     The Toomey Law Firm, 1625 Hendry Street, Suite 203, Fort Myers, FL 33901, Counsel for Defendants Corizon, FDOC and Belizaire;

(u)     Toomey, Gregg A., Counsel for Defendants Corizon, FDOC and Belizaire; and

(v)     Tyk, Julie A., Counsel for Defendant Maxim Healthcare Services, Inc.

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None.*

3.      The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*None.*

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I hereby certify that we are unaware of any actual or potential conflict of interest involving the district judge and magistrate assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  I further certify that I have inserted "None" if there are no actual or potential conflicts of interest.

By:   ___/s/ Gregg A. Toomey_____
       Gregg A. Toomey
       Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Florida State Filing Portal System, which will send a copy of the foregoing via electronic mail to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio
Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
Dmheiser1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

David O. Doyle, Jr., Esq.
Julie A. Tyk, Esq.
*Attorneys for Defendant Maxim*
Pearson Bitman, LLP
485 N. Keller Road, Suite 401
Maitland, FL 32751
Phone: 407.647.0090
Fax: 407.647.0092
Email: ddoyle@pearsonbitman.com
jtyk@pearsonbitman.com
jpreston@pearsonbitman.com
lrover@pearsonbitman.com

Mindy McLaughlin, Esq.
Gabrielle Osborne, Esq.
*Attorneys for Defendants Swick and All Florida Orthopaedic Assoc.*
Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.
1706 E. Eleventh Avenue
Tampa, FL 33605
Phone: 813.226.3000
Fax: 813.226.3001
Email: jvbarnes@law-fla.com;
Law-fla@outlook.com

Paul G. Rozelle, Esq.
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General
Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459
Email: prozelle@pcsonet.com
Amarcott1@pcsonet.com

THE TOOMEY LAW FIRM LLC

*Attorneys for Defendants Corizon, FDOC and Belizaire*

The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:  ___/s/ Gregg A. Toomey_____
         Gregg A. Toomey
         Florida Bar No. 159689