**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WAHEED NELSON,

    Plaintiff,

vs.

BOB GUALTIERI, capacity as Sheriff of
Pinellas County, Florida, DEPARTMENT
OF CORRECTIONS, CORIZON LLC,
MAXIM HEALTHCARE SERVICES, INC.,
MATTHEW SWICK, M.D., ALL FLORIDA
ORTHOPEDICS ASSOCIATES, P.A., and
WITCHNER BELIZAIRE, M.D.

    Defendants.

Case No.: 8:19-cv-00449-CEH-JSS

JUDGE: CHARLENE EDWARDS HONEYWELL
MAGISTRATE JUDGE: JULIE S. SNEED

**DEFENDANT, MAXIM HEALTHCARE SERVICES, INC.'S,
NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    <u>Nelson v. Gualtieri, et al., Case No. 17-005323 (Sixth Judicial Circuit
In And For Pinellas County, Florida) – Removed to this Court on February
21, 2019</u>

____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTION upon each party no later than 14 days after appearance of the party.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: March 5, 2019

        Respectfully submitted,

        /s/ David O. Doyle, Jr.
        **DAVID O. DOYLE, JR., ESQUIRE**
        Florida Bar No.: 0084964
        **JULIE A. TYK, ESQUIRE**
        Florida Bar No.: 0084493
        PEARSON, DOYLE, MOHRE & PASTIS, LLP
        485 N. Keller Road, Suite 401
        Maitland, Florida 32751
        Telephone: (407) 647-0090
        Facsimile:  (407) 647-0092
        ddoyle@pmplaw.com
        jtyk@pdmplaw.com
        jpreston@pdmplaw.com
        lrover@pdmplaw.com
        bmorales@pdmplaw.com
        *Counsel for Maxim Healthcare Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel on the attached Service List.

        /s/ David O. Doyle, Jr.
        **DAVID O. DOYLE, JR., ESQUIRE**

**SERVICE LIST**

| | |
|---|---|
| **Linda Bellomio Commons, Esquire**<br>Law Offices of Linda Bellomio Commons, P.A.<br>P. O. Box 340261<br>Tampa, FL 33694<br>lcommons@aol.com<br>lcommons@gmail.com<br>dheiser1@gmail.com | **Attorney for Plaintiff** |
| **James V. Cook, Esquire**<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL<br>cookjv@gmail.com | **C-Counsel for Plaintiff** |
| **Mindy McLaughlin, Esquire**<br>**Gabrielle Sara Goodyear Osborne, Esquire**<br>Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.<br>1706 East 11th Avenue<br>Tampa, FL 33605<br>jvbarnes@law.fla.com<br>gso@bmmbw.com<br>law-fla@outlook.com | **Attorneys for Matthew Swick, M.D. & All Florida Orthopaedic Associates, P.A.** |
| **Paul G. Rozelle, Esquire**<br>Pinellas County Sheriff<br>General Counsel's Office<br>10750 Ulmerton Road<br>Largo, FL  33778<br>prozelle@pcsonet.com<br>amarcott1@pcsonet.com | **Attorney for Bob Gualtieri, Official Capacity as Sheriff of Pinellas County** |
| **Gregg Toomey, Esquire**<br>The Toomey Law Firm, LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>gat@thetoomeylawfirm.com<br>alr@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com | **Attorney for Corizon, LLC and Florida Department of Corrections** |