**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WAHEED NELSON,

     Plaintiff,

     vs.

BOB GUALTIERI, capacity as Sheriff of
Pinellas County, Florida, DEPARTMENT
OF CORRECTIONS, CORIZON LLC,
MAXIM HEALTHCARE SERVICES, INC.,
MATTHEW SWICK, M.D., ALL FLORIDA
ORTHOPEDICS ASSOCIATES, P.A., and
WITCHNER BELIZAIRE, M.D.

     Defendants.

Case No.: 8:19-cv-00449-CEH-JSS

JUDGE: CHARLENE EDWARDS
HONEYWELL
MAGISTRATE JUDGE:  JULIE S.
SNEED

**<u>DEFENDANT, MAXIM HEALTHCARE SERVICES, INC.'S,
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Waheed Nelson, Plaintiff
- Bob Gualtieri, Sheriff of Pinellas County, Florida, Defendant
- Department of Corrections, Defendant
- Corizon, LLC, Defendant
- Maxim Healthcare Services, Inc., Defendant
- Matthew Swick, M.D., Defendant
- All Florida Orthopedics Associates, P.A., Defendant
- Witchner Belizaire, M.D., Defendant
- Linda Bellomio Commons, attorney for Plaintiff
- Law Offices of Linda Bellomio Commons, P.A.
- James V. Cook, attorney for Plaintiff
- Law Office of James Cook

- Mindy McLaughlin, attorney for Matthew Swick, MD. and All Florida Orthopedics Associates, P.A.
- Gabrielle Osborne, attorney for Matthew Swick, MD. and All Florida Orthopedics Associates, P.A.
- Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.
- Paul G. Rozelle, attorney for Bob Gualtieri, Sheriff of Pinellas County, Florida
- Pinellas County Sheriff, General Counsel's Office
- Gregg Toomey, attorney for Corizon, LLC, Florida Department of Corrections and Witchner Belizaire, M.D.
- The Toomey Law Firm, LLC
- David O. Doyle, Jr., attorney for Maxim Healthcare Services, Inc.
- Julie A. Tyk, attorney for Maxim Healthcare Services, Inc.
- Pearson, Doyle, Mohre & Pastis, LLP

2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known

3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known

4.)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff, Waheed Nelson

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:  March 5, 2019

/s/ David O. Doyle, Jr.

**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No.: 0084964
**JULIE A. TYK, ESQUIRE**
Florida Bar No.: 0084493
PEARSON, DOYLE, MOHRE & PASTIS, LLP
485 N. Keller Road, Suite 401
Maitland, Florida 32751
Telephone: (407) 647-0090
Facsimile:  (407) 647-0092
ddoyle@pmplaw.com
jtyk@pdmplaw.com
jpreston@pdmplaw.com
lrover@pdmplaw.com
bmorales@pdmplaw.com
*Counsel for Maxim Healthcare Services, Inc.*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel on the attached Service List.

/s/ David O. Doyle, Jr.

**DAVID O. DOYLE, JR., ESQUIRE**

**SERVICE LIST**

| | |
|---|---|
| **Linda Bellomio Commons, Esquire**<br>Law Offices of Linda Bellomio Commons, P.A.<br>P. O. Box 340261<br>Tampa, FL 33694<br>lcommons@aol.com<br>lcommons@gmail.com<br>dheiser1@gmail.com | **Attorney for Plaintiff** |
| **James V. Cook, Esquire**<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL<br>cookjv@gmail.com | **C-Counsel for Plaintiff** |
| **Mindy McLaughlin, Esquire**<br>**Gabrielle Sara Goodyear Osborne, Esquire**<br>Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.<br>1706 East 11th Avenue<br>Tampa, FL 33605<br>jvbarnes@law.fla.com<br>gso@bmmbw.com<br>law-fla@outlook.com | **Attorneys for Matthew Swick, M.D. & All Florida Orthopaedic Associates, P.A.** |
| **Paul G. Rozelle, Esquire**<br>Pinellas County Sheriff<br>General Counsel's Office<br>10750 Ulmerton Road<br>Largo, FL  33778<br>prozelle@pcsonet.com<br>amarcott1@pcsonet.com | **Attorney for Bob Gualtieri, Official Capacity as Sheriff of Pinellas County** |
| **Gregg Toomey, Esquire**<br>The Toomey Law Firm, LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>gat@thetoomeylawfirm.com<br>alr@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com | **Attorney for Corizon, LLC and Florida Department of Corrections** |