UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

                    Case No.:     8:19-CV-00449-CEH-JSS

    Plaintiff,

vs.

BOB GAULTIERI, OFFICIAL CAPACITY
AS SHERIFF OF PINELLAS COUNTY,
FLORIDA DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM HEALTHCARE
SERVICES INC., MATTHEW SWICK, M.D.
and ALL FLORIDA ORTHOPAEDIC
ASSOCIATES, P.A., WITCHNER BELIZAIRE, M.D.

    Defendants.
_____/

**DEFENDANTS MATTHEW SWICK, M.D. AND ALL FLORIDA
ORTHOPAEDIC ASSOCIATES, P.A.'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

  X   IS     related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- Nelson v. Gualtieri, et al., Case No. 17-5323-CI (Sixth Jud. Cir.) — removed to this Court on February 21, 2019

     IS NOT  related to pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

1

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS on each party no later than 14 days after appearance of the party.

Dated:  March 5, 2019

                Respectfully submitted,

                 /s/ Mindy McLaughlin
                MINDY MCLAUGHLIN, ESQUIRE
                Florida Bar No.:  96260
                GABRIELLE OSBORNE, ESQUIRE
                Florida Bar No. 16856
                BEYTIN, MCLAUGHLIN, MCLAUGHLIN,
                O'HARA, KINMAN & BOCCHINO, P.A.
                1706 East Eleventh Avenue
                Tampa, FL  33605
                Tel: (813) 226-3000; Fax: (813) 226-3001
                *Email Designations:  jvbarnes@law-fla.com*
                *and Secondary Electronic Mail Addresses:* law-fla@outlook.com
                Attorneys for Defendants Matthew Swick, M.D. and All Florida Orthopaedic Associates, P.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                /s/ Mindy McLaughlin
                Attorney