UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

                                Case No.:      8:19-CV-00449-CEH-JSS

        Plaintiff,

vs.

BOB GAULTIERI, OFFICIAL CAPACITY
AS SHERIFF OF PINELLAS COUNTY,
FLORIDA DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM HEALTHCARE
SERVICES INC., MATTHEW SWICK, M.D.
and ALL FLORIDA ORTHOPAEDIC
ASSOCIATES, P.A., WITCHNER BELIZAIRE, M.D.

        Defendants.
_____/

**<u>DEFENDANTS MATTHEW SWICK, M.D. AND ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

      Defendants MATTHEW SWICK, M.D. and ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

      1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

- Matthew J. Swick, M.D., Defendant;
- All Florida Orthopaedic Associates, P.A., Defendant;
- Beytin, McLaughlin, McLaughlin, O'Hara, Kinman & Bocchino, P.A., Counsel for Defendants, Matthew Swick, M.D. and All Florida Orthopaedic Associates, P.A.;
- Bob Gaultieri, Official Capacity as Sheriff of Pinellas County, Defendant;
- Paul G. Rozelle, Counsel for Defendant, Bob Gaultieri in his Capacity as Sheriff of Pinellas County;
- Florida Department of Corrections, Defendant;
- Corizon, LLC., Defendant;
- Witchner Belizaire, M.D., Defendant;
- The Toomey Law Firm, LLC, Counsel for Defendants, Florida Department of Corrections, Corizon, LLC and Witchner Belizaire, M.D.;
- Maxim Healthcare Services, Inc., Defendant;
- Pearson Bitman, LLP, Counsel for Maxim Healthcare Services, Inc.,
- Waheed Nelson, Plaintiff
- Law Offices of Linda Bellomio Commons, P.A., Counsel for Plaintiff;
- Law Office of James V. Cook, Counsel for Plaintiff;

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff, Waheed Nelson, alleges he was the victim of medical negligence and unconstitutional, deliberate indifference to his serious medical needs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 5, 2019

Respectfully submitted,

 /s/ Mindy McLaughlin
MINDY MCLAUGHLIN, ESQUIRE
Florida Bar No.: 96260
GABRIELLE OSBORNE, ESQUIRE
Florida Bar No. 16856
BEYTIN, MCLAUGHLIN, MCLAUGHLIN, O'HARA, KINMAN & BOCCHINO, P.A.
1706 East Eleventh Avenue
Tampa, FL  33605
Tel: (813) 226-3000; Fax: (813) 226-3001
*Email Designations:  jvbarnes@law-fla.com and Secondary Electronic Mail Addresses: law-fla@outlook.com*
Attorneys for Defendants Matthew Swick, M.D. and All Florida Orthopaedic Associates, P.A.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        /s/Mindy McLaughlin
        Attorney