UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WAHEED NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB GUALTIERI, capacity as Sheriff of Pinellas County, Florida, DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK M.D., ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A., and WITCHNER BELIZAIRE M.D.,<br><br>    Defendants. | Case No. 8:19-cv-449-T-36JSS |

**NOTICE OF CORIZON POSITION ON PLAINTIFF'S AMENDED AND CORRECTED MOTION TO LIFT STAY**

Plaintiff, WAHEED NELSON, by and through undersigned counsel, gives Notice to the Court that Defendant Corizon has no objection to Plaintiff's Amended & Corrected Motion to Lift Stay.

                    Respectfully,

*Linda Bellomio Commons*
Linda Bellomio Commons, Esq.
Law Offices of Linda Bellomio Commons, P.A.
Florida Bar No: 0778346
P.O. Box 340261
Tampa, Florida 33694
T: (352) 610-4416
Fax: (813) 265-3010
Service E-mail: lcommons@aol.com
Secondary email: dmheiser1@gmail.com

JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook

314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com
Attorneys for Plaintiffs

## CERTIFICATION

Plaintiff's counsels have conferred with opposing counsel for CORIZON pursuant to Rule 3.01 and Defendant does not oppose the Plaintiff's Amended and Corrected Motion to Lift Stay on the Statute of Limitations.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served via the Court's E-Portal to: Mindy McLaughlin, Esq. and Gabrielle Osborne, Esq., jvbarnes@lawfla.com and law-fla@outlook.com; David O. Doyle, Esq., ddoyle@pearsonbitman.com, jpreston@pearsonbitman.com; jtvk@pearsonbitman.com; lrover@pearsonbitman.com; Paul Rozelle, Esq., prozelle@pcsonet.com, amarcott1@pcsonet.com; and Gregg A. Toomey, Esq., gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, hms@thetoomeylawfirm.com, this 18th day of April, 2019.

*Linda Bellomio Commons*
Linda Bellomio Commons, Esq.