UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Waheed Nelson,

        Plaintiff,

        Case No. 8:19-cv-00449-CEH-JSS

vs.

Bob Gualtieri, et al.,

        Defendants.
_____/

**JOINT MOTION FOR LEAVE TO CONDUCT THE
MEETING OF THE PARTIES FOR PREPARATION OF THE
PROPOSED CASE MANAGEMENT REPORT TELEPHONICALLY**

    The parties to the above-captioned case, pursuant to Fed. R. Civ. P. 26(f) and L.R. 3.01(c), file this joint motion requesting that they be permitted to conduct the meeting of the parties for the purpose of preparing the proposed case management report telephonically. In support of this motion, the parties state:

    1.    Counsel to this multi-party case are physically located throughout the state in Tallahassee, Fort Myers, Maitland, Tampa, and Largo.

    2.    Due to the distance and difficulty in scheduling a time and place where all counsel can be physically present, the parties have agreed that it would be most efficient to conduct the meeting for the purpose of preparing the proposed case management report telephonically.

    3.    Counsel for the parties have already spoken telephonically, on April 16, 2019, in furtherance of completing the proposed case management report and

anticipate that they will be able to complete the proposed case management report by telephone and email, and without the necessity of an in-person meeting.

4. Accordingly, the parties respectfully request that the Court permit them to conduct the conference to prepare the proposed case management report telephonically.

## CERTIFICATE OF COMPLIANCE

Under L.R. 3.01(g), counsel for all parties state that they have conferred and addressed the issues in this motion, which is being made jointly, and that counsel for all parties are in agreement to the relief sought.

[*remainder of page intentionally left blank*]

/s/ Paul G. Rozelle
Paul G. Rozelle, Esq.
Senior Associate Counsel
Florida Bar No.: 96260
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:   (727) 582-6459
Email: prozelle@pcsonet.com
Email: amarcott1@pcsonet.com
Attorney for Bob Gualtieri, in his Official Capacity as Sheriff of Pinellas County, Florida

/s/ Gabrielle Osborne
Mindy McLaughlin, Esquire
Florida Bar No.:  96260
Gabrielle Osborne, Esquire
Florida Bar No.:  16856
BEYTIN, MCLAUGHLIN, MCLAUGHLIN, O'HARA, KINMAN & BOCCHINO, P.A.
1706 East Eleventh Avenue
Tampa, FL 33605
Tel (813) 226-3000; Fax (813) 226-3001
Email: jvbarnes@law-fla.com
Email: lawfla@outlook.com
Attorneys for Defendants Matthew Swick, M.D. and All Florida Orthopaedic Associates, P.A.

/s/ David O. Doyle, Jr.
David O. Doyle, Jr., Esquire
Florida Bar No. 84964
Julie A. Tyk, Esquire
Florida Bar No. 84493
PEARSON DOYLE MOHRE & PASTIS, LLP
485 N. Keller Road, Suite 401
Maitland, FL  32751
(407) 647-0090 phone
(407) 647-0092 facsimile
Email: ddoyle@pearsonbitman.com
Email: jtyk@pearsonbitman.com
Attorneys for Defendant, Maxim Healthcare Services, Inc.

/s/ Gregg A. Toomey
Gregg A. Toomey, Esq.
Florida Bar No. 159689
THE TOOMEY LAW FIRM LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: (239)337-1630
Fax: (239)337-0307
Email: gat@thetoomeylawfirm.com
Email: alr@thetoomeylawfirm.com
Email: hms@thetoomeylawfirm.com
Attorneys for Defendants Corizon, LLC, Florida Department of Corrections and Witchner Belizaire, M.D.

| | |
|---|---|
| /s/ Linda Bellomio Commons | /s/ James V. Cook |
| Linda Bellomio Commons, Esq. | JAMES V. COOK, ESQ. |
| Law Offices of Linda Bellomio Commons, P.A. | Florida Bar Number 0966843 |
| Florida Bar No: 0778346 | 314 West Jefferson Street |
| P.O. Box 340261 | Tallahassee, FL 32301 |
| Tampa, Florida 33694 | (850) 222-8080 |
| T: (352) 610-4416 | (850) 561-0836 fax |
| Fax: (813) 265-3010 | cookjv@gmail.com |
| Service E-mail: lcommons@aol.com | Attorneys for Plaintiffs |
| Secondary email: dmheiser1@gmail.com | |
| Attorneys for Plaintiffs | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle