UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,                                          CASE NO.: 8-19-cv-00449-CEH-JSS

      Plaintiff,

vs.

BOB GUALTIERI, Official Capacity as
Sheriff of Pinellas County; FLORIDA
DEPARTMENT OF CORRECTIONS;
CORIZON, LLC; MAXIM HEALTHCARE
SERVICES, INC.; MATTHEW SWICK, M.D.;
ALL FLORIDA ORTHOPAEDIC
ASSOCIATES, P.A.; WITCHNER
BELIZAIRE, M.D.

      Defendants.
_____/

**DEFENDANT, MAXIM HEALTHCARE SERVICE, INC.'S, NOTICE OF JOINDER IN [DE 37], DEFENDANT, BOB GUALTIERI'S RESPONSE TO [DE 29], PLAINTIFF'S MOTION TO LIFT STAY LIMITING DISCOVERY TO THE STATUTE OF LIMITATIONS**

Defendant, MAXIM HEALTHCARE SERVICES, INC. (hereinafter "Maxim"), by and through its undersigned counsel, hereby joins in [DE 37], Defendant, Bob Gualtieri's Response to [DE 29], Plaintiff's Motion to Lift Stay Limiting Discovery to the Statute of Limitations, filed on May 2, 2019. Accordingly, Maxim hereby adopts and joins in the aforesaid Response, and seeks to avoid unnecessary duplication of argument herein.

WHEREFORE, Defendant, MAXIM HEALTHCARE SERVICES, INC., respectfully requests this Court issue an Order denying [DE 29], Plaintiff's Motion to Lift Stay Limiting Discovery to the Statute of Limitations, together with such other relief as the Court deems

1

appropriate and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed with the Clerk via the CM/ECF system, which will send notice of electronic filing to all attorneys on the attached Service List this 2nd day of May, 2019.

/s/ Julie A. Tyk
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**JULIE A. TYK, ESQUIRE**
Florida Bar No. 84493
PEARSON DOYLE MOHRE & PASTIS, LLP
485 N. Keller Road
Suite 401
Maitland, Florida  32751
(407) 647-0090 phone
(407) 647-0092 facsimile
Email: ddoyle@pdmplaw.com
Secondary Email: jtyk@pdmplaw.com
Additional Emails: jpreston@pdmplaw.com
　　　　　　　　　　lrover@pdmplaw.com
Attorneys for Defendant, Maxim Healthcare Services, Inc.

## SERVICE LIST

| | |
|---|---|
| **Linda Bellomio Commons, Esquire**<br>Law Offices of Linda Bellomio Commons, P.A.<br>P. O. Box 340261<br>Tampa, FL 33694<br>lcommons@aol.com<br>lcommons@gmail.com<br>dheiser1@gmail.com | **Attorney for Plaintiff** |
| **James V. Cook, Esquire**<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL<br>cookjv@gmail.com | **Co-Counsel for Plaintiff** |
| **Mindy McLaughlin, Esquire**<br>Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.<br>1706 East 11th Avenue<br>Tampa, FL 33605<br>jvbarnes@law.fla.com<br>law-fla@outlook.com | **Attorneys for Matthew Swick, M.D. & All Florida Orthopaedic Associates, P.A.** |
| **Paul G. Rozelle, Esquire**<br>Pinellas County Sheriff<br>General Counsel's Office<br>10750 Ulmerton Road<br>Largo, FL  33778<br>prozelle@pcsonet.com<br>amarcott1@pcsonet.com | **Attorney for Bob Gualtieri, Official Capacity as Sheriff of Pinellas County** |
| **Gregg Toomey, Esquire**<br>The Toomey Law Firm, LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>gat@thetoomeylawfirm.com<br>alr@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com | **Attorney for Corizon, LLC and Florida Department of Corrections** |