UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

v.                                                                Case No: 8:19-cv-449-T-36JSS

BOB GUALTIERI, DEPARTMENT OF
CORRECTIONS, CORIZON LLC,
MAXIM HEALTHCARE SERVICES,
INC., MATTHEW SWICK, ALL
FLORIDA ORTHOPEDICS
ASSOCIATES, P.A. and WITCHNER
BELIZAIRE,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

Plaintiff is directed to show cause by a written response filed on or before May 24, 2019, indicating why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). **Failure to respond shall result in this action being dismissed without further notice.**

**DONE AND ORDERED** in Tampa, Florida on May 17, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies: All Parties of Record