**Exhibit 2: Examples of Protected Health Information (PHI) redactions in Office of Inspector General Use of Force Investigations. The highlighted information was redacted in the records originally produced. Here, most of the redactions related to officer injuries but the same redaction guidelines would be used for another inmate injured in a fight or use of force. Identifying information is redacted so as not to violate HIPAA in a filed document but the nature of the information that has been redacted as protected health information is evident. Thus, PHI redactions can, without notice, cover up what could be material evidence:**

A review of the Emergency Room Record on Sergeant I              shows a post use of force involving altercation with inmate and use of chemical agents. Small amount of redness to conjunctiva in bilateral eyes 2* to chemical agent. Small laceration noted to left lower lip with minimal bleeding. Redness noted to face, upper torso and bilateral upper extremities 2* to use of chemical agent. Small amount of swelling noted under left eye and on left shoulder at clavicle area. Several red linear shaped parallel marks/scratches noted across mid back and random scattered red linear shaped marks/scratches noted on left shoulder around clavicle area. Vital signs stable. However, heart rate noted to be slight tachycardia. Officer denied pain or discomfort at his time.

            was treated for minor injuries to his head, face and shoulder.

Photographs taken of Sergeant         's injuries document a contusion and small laceration to his bottom lip and minor contusions and abrasions to his head, shoulders and upper extremities. These injuries appear to be accurately documented in        's institutional medical record.

and Officer       received a post use of force physical with no injuries.

When Colonel      spoke to Sergeant         he noticed minor scrapes and bruises but no major injuries.

Mr.       informed the warden that there had been a use of force at the Cross City C.I. Main Unit and that the inmate as well as officer(s) had been injured. Because Cross City staff had been injured, Mr.     directed Warden      to provide a transport unit from Lancaster C. I. to deliver the inmate to an outside medical facility, and then to Florida State Prison.

When Mr.      arrived at Cross City C. I., he entered the compound by the control room and proceeded immediately to Medical to ascertain the well-being of whatever officers had been involved and/or assaulted. When he arrived, Sergeant      was talking with Major       about the incident, who had been involved, the extent of injures and other aspects of the incident.

After the incident,      noticed several obvious, minor, injuries to Sergeant       face and head.

       describes his own injuries as minor abrasions and contusions to this lip, face and head.



EXHIBIT 2