## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CASE NO.: 8:19-cv-00449-CEH-JSS

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.

_____/

### DEFENDANTS CORIZON, LLC, FLORIDA DEPARTMENT OF CORRECTIONS AND WITCHNER BELIZAIRE, M.D.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants Corizon, LLC ("Corizon"), Florida Department of Corrections ("FDOC") and Witchner Belizaire, M.D. ("Belizaire") (collectively "Corizon Defendants") files this Motion for Leave to File a Reply Memorandum as follows:

### MOTION

1.    On May 28, 2019 the Corizon Defendants filed their Motion to Dismiss or for Summary Judgment [ECF #53].

2. On June 21, 2019, Plaintiff filed his Response in Opposition to the Corizon Defendants' Motion to Dismiss or for Summary Judgment [ECF #73].

3. The court will benefit from a reply memorandum as it will clarify the issues.

4. The undersigned has contacted Plaintiff's counsel, who does not object to this Motion.

5. Therefore, the Corizon Defendants request the Court issue an order granting its Motion for Leave to File a Reply Memorandum of no more than five pages within five days of the order.

By:   /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Florida State Filing Portal System, which will send a copy of the foregoing via electronic mail to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
Dmheiser1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

David O. Doyle, Jr., Esq.
Julie A. Tyk, Esq.
*Attorneys for Defendant Maxim*
Pearson Bitman, LLP
485 N. Keller Road, Suite 401
Maitland, FL 32751
Phone: 407.647.0090
Fax: 407.647.0092
Email: ddoyle@pearsonbitman.com
jtyk@pearsonbitman.com
jpreston@pearsonbitman.com
lrover@pearsonbitman.com

Mindy McLaughlin, Esq.
Gabrielle Osborne, Esq.
*Attorneys for Defendants Swick and All Florida Orthopaedic Assoc.*
Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.
1706 E. Eleventh Avenue
Tampa, FL 33605
Phone: 813.226.3000
Fax: 813.226.3001
Email: jvbarnes@law-fla.com;
Law-fla@outlook.com

Paul G. Rozelle, Esq.
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459
Email: prozelle@pcsonet.com
Amarcott1@pcsonet.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, FDOC and Belizaire*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By: ____/s/ Gregg A. Toomey_____
      Gregg A. Toomey
      Florida Bar No. 159689