UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:19-cv-00449-CEH-JSS

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.

_____/

**DEFENDANTS CORIZON, LLC, FLORIDA DEPARTMENT OF CORRECTIONS AND WITCHNER BELIZAIRE, M.D.'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM**

Defendants Corizon, LLC ("Corizon"), Florida Department of Corrections ("FDOC") and Witchner Belizaire, M.D. ("Belizaire") (collectively "Corizon Defendants") hereby files this Consent Motion for Enlargement of Time to File a Reply Memorandum as follows:

## MOTION

1. On March 12, 2019 the Corizon Defendants filed their Motion to Dismiss or for Summary Judgment [ECF #20].

2. On April 2, 2019, Plaintiff filed his Response in Opposition to the Corizon Defendants' Motion to Dismiss or for Summary Judgment [ECF #23].

3. On June 26, 2019 the Corizon Defendants filed a Motion for Leave to File a Reply Memorandum in Support of their Motion to Dismiss or for Summary Judgment [ECF #75]. The court granted this Motion giving the Corizon Defendants until July 10, 2019 to file their reply [ECF #76].

4. Recent legal emergencies, which included an appearance in state court on July 5, 2019 when the courts were closed, and urgent unscheduled legal work in county jails make timely filing impossible. The undersigned will also travel to Virginia today and tomorrow for a deposition in another case.

5. Therefore, Corizon requests an additional two days until Friday, July 12, 2019, to file the reply.

6. The undersigned has contacted Plaintiff's lawyers, who consent to the relief requested is this Motion.

## MEMORANDUM OF LAW

Federal Rule of civil Procedure 6(b) provides, in pertinent part, that:

> When by these rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified

time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its express terms, the Rule affords wide discretion to this Court to enlarge time periods established by the Rules of Civil Procedure or a court order. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Company v. Atlantic States Construction Company*, 352 F.2d 460 (5th Cir. 1965).

A reasonable basis exists. Sudden and urgent matters, along with scheduled travel in another case make timely filing impossible. Given the enlargement is only two days, neither the Court nor the Plaintiff will be prejudiced by a brief enlargement.

## **CONCLUSION**

For the foregoing reasons, the Corizon Defendants request an enlargement up to and including July 12, 2019 to file their Reply Memorandum in support of their Motion to Dismiss or for Summary Judgment.

By:    /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Florida State Filing Portal System, which will send a copy of the foregoing via electronic mail to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
Dmheiser1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

David O. Doyle, Jr., Esq.
Julie A. Tyk, Esq.
*Attorneys for Defendant Maxim*
Pearson Bitman, LLP
485 N. Keller Road, Suite 401
Maitland, FL 32751
Phone: 407.647.0090
Fax: 407.647.0092
Email: ddoyle@pearsonbitman.com
jtyk@pearsonbitman.com
jpreston@pearsonbitman.com
lrover@pearsonbitman.com

Paul G. Rozelle, Esq.
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459
Email: prozelle@pcsonet.com
Amarcott1@pcsonet.com

Mindy McLaughlin, Esq.
Gabrielle Osborne, Esq.
*Attorneys for Defendants Swick and All Florida Orthopaedic Assoc.*
Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.
1706 E. Eleventh Avenue
Tampa, FL 33605
Phone: 813.226.3000
Fax: 813.226.3001
Email: mm@law-fla.com
jvbarnes@law-fla.com;
gosborne@law-fla.com
she@law-fla.com
dlh@law-fla.com
klc@law-fla.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, FDOC and Belizaire*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:      /s/ Gregg A. Toomey
          Gregg A. Toomey
          Florida Bar No. 159689