# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

WAHEED NELSON,            **CASE NO.: 8:19-cv-00449-CEH-JSS**

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.
_____/

## UNOPPOSED MOTION TO FILE SUR-REPLY TO CORIZON LLC, FDOC AND WITCHNER BELIZAIRE'S REPLY FILED TO SUPPORT THEIR MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Plaintiff, WAHEED NELSON, by and through undersigned counsel, moves the Court to for entry of an order granting a sur-reply to respond to Defendants CORIZON, LLC, FDOC AND WITCHNER BELIZAIRE, MD'S Reply and states:

1. Plaintiff agreed to Defendants' Reply and Defendants have agreed to a sur-reply by Plaintiff.

2. Defendant Corizon moved to dismiss Plaintiff's Third Amended Complaint and for summary judgment (Doc. 53).

3. Defendants arguments are difficult to follow and since this is a motion for summary

judgment, Plaintiff proffers that he will file an appendix of all the exhibits for the ease of the Court's review as well as the case law relied upon which defendants argue was incorrectly cited. (Doc. 73). Plaintiff has complied with the medical malpractice presuit requirements and did send a notice of intent to FDOC.

4. Plaintiff has conferred with Defendants in compliance with local rule 3.01(g) and is authorized to represent that Defendants have no objection to the sur-reply.

WHEREFORE, Plaintiff, WAHEED NELSON respectfully request entry of an Order granting the Plaintiff the opportunity to file a sur-reply.

>/s/ Linda Bellomio Commons
> Linda Bellomio Commons, Esq.
> Florida Bar No:0778346
> P.O. Box 340261
> Tampa, FL 33694
> T:(352) 610-4416
> F: (813) 265-3010
> Email: lcommons@aol.com
> Secondary: dmheiser1@gmail.com
> Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Motion For Sur-Reply served this 22nd day of July, 2019 through the CM/ECF to all counsel of record.

>/s/ Linda Bellomio Commons