# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

WAHEED NELSON,    **CASE NO.: 8:19-cv-00449-CEH-JSS**

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.
_____/

## NOTICE TO COURT OF MEDIATION SET

Plaintiff, WAHEED NELSON, by and through undersigned counsel, gives notice to the Court that mediation is set with Gary Larsen on May 26, 2020.

    */s/ Linda Bellomio Commons*
    Linda Bellomio Commons, Esq.
    Florida Bar No:0778346
    P.O. Box 340261
    Tampa, FL 33694
    T:(352) 610-4416
    F: (813) 265-3010
    Email: lcommons@aol.com
    Secondary: dmheiser1@gmail.com
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Motion For Sur-Reply served this 26th day of July, 2019 through the CM/ECF to all counsel of record.

*/s/ Linda Bellomio Commons*