# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

WAHEED NELSON,  **CASE NO.: 8:19-cv-00449-CEH-JSS**

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.

_____/

## AMENDED NOTICE OF MEDIATION

Plaintiff, WAHEED NELSON, by and through undersigned counsel, gives notice to the Court that all day mediation is set with Gary Larsen on May 6, 2020.  Place to be announced.

        */s/ Linda Bellomio Commons*
        Linda Bellomio Commons, Esq.
        Florida Bar No:0778346
        P.O. Box 340261
        Tampa, FL 33694
        T:(352) 610-4416
        F: (813) 265-3010
        Email: lcommons@aol.com
        Secondary: dmheiser1@gmail.com
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Motion For Sur-Reply served this 6th day of August, 2019 through the CM/ECF to all counsel of record.

*/s/ Linda Bellomio Commons*