# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

WAHEED NELSON,                                    **CASE NO.: 8:19-cv-00449-CEH-JSS**

      Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as
Sheriff of Pinellas County, FLORIDA
DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM HEALTHCARE
SERVICES, INC., MATTHEW SWICK,
M.D., ALL FLORIDA ORTHOPAEDIC
ASSOCIATES, P.A., and WITCHNER
BELIZAIRE, M.D.,

      Defendants.
_____/

**SECOND AMENDED NOTICE OF MEDIATION**

Plaintiff, WAHEED NELSON, by and through undersigned counsel, gives notice to the Court that all day mediation, time to start 10 a.m., is set with Gary Larsen on April 29, 2020 at the offices of Gary Larsen, Dickinson & Gibbons, P.A. 401 North Cattlemen Road, Suite 300 Gateway Professional Center Sarasota, FL, 34232  Tel: (941) 366-4680

                                          */s/ Linda Bellomio Commons*
                                          Linda Bellomio Commons, Esq.
                                          Florida Bar No:0778346
                                          P.O. Box 340261
                                          Tampa, FL 33694
                                          T:(352) 610-4416
                                          F: (813) 265-3010
                                          Email: lcommons@aol.com

Secondary: dmheiser1@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Notice of Mediation was served this 14th day of February, 2020 through the CM/ECF to all counsel of record.

*/s/ Linda Bellomio Commons*