# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CASE NO.: 8:19-cv-00449-CEH-JSS

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.

_____/

## DEFENDANTS CORIZON, LLC, FLORIDA DEPARTMENT OF CORRECTIONS AND WITCHNER BELIZAIRE, M.D.'S CONSENT MOTION TO ATTEND THE APRIL 29, 2020 MEDIATION BY PHONE

Defendants Corizon, LLC ("Corizon"), Florida Department of Corrections ("FDOC") and Witchner Belizaire, M.D. ("Belizaire") (collectively "Corizon Defendants") hereby file their Consent Motion to Attend the April 29, 2020 Mediation by Phone as follows:

1. On October 24, 2018, the Court entered an order setting mediation in this case for June 5, 2019 before H.T. Smith, in Coral Gables, Florida [ECF #63].

2. Belizaire's actions are indemnified by his former employer and

Defendant in this matter, Corizon.

3. The undersigned has represented Corizon and its employees in hundreds of cases of this type, and has full authority to settle this case. Additionally, a Senior Professional Liability Litigation Manager for Corizon will be in attendance by phone at the mediation. Attendance by Belizaire is unnecessary, as he will not decide whether the case settles, but he will be available by telephone.

4. An FDOC representative will also be available by telephone during the mediation.

5. This Motion has been discussed with all counsel of record and the relief requested herein has been consented to by all counsel.

6. Therefore, the Corizon Defendants ask that they be allowed to attend the mediation via telephone.

                                              By:  /s/ Gregg A. Toomey
                                                      Gregg A. Toomey
                                                      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
Commons.litigation@gmail.com
Dmheiser1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

David O. Doyle, Jr., Esq.
Julie A. Tyk, Esq.
*Attorneys for Defendant Maxim*
Pearson Bitman, LLP
485 N. Keller Road, Suite 401
Maitland, FL 32751
Phone: 407.647.0090
Fax: 407.647.0092
Email: ddoyle@pdmplaw.com
jtyk@pdmplaw.com
jpreston@pdmplaw.com
lrover@pdmplaw.com

Paul G. Rozelle, Esq.
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459
Email: prozelle@pcsonet.com
Amarcott1@pcsonet.com

Mindy McLaughlin, Esq.
Gabrielle Osborne, Esq.
*Attorneys for Defendants Swick and All Florida Orthopaedic Assoc.*
Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.
1706 E. Eleventh Avenue
Tampa, FL 33605
Phone: 813.226.3000
Fax: 813.226.3001
Email: mm@law-fla.com
jvbarnes@law-fla.com;
gosborne@law-fla.com
she@law-fla.com
dlh@law-fla.com
klc@law-fla.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, FDOC and Belizaire*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:     /s/ Gregg A. Toomey
        Gregg A. Toomey
        Florida Bar No. 159689