UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Waheed Nelson,

        Plaintiff,

                              Case No. 8:19-cv-00449-CEH-JSS

vs.

Bob Gualtieri, et al.,

        Defendants.
_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL AND AMENDED NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that the undersigned, JASON G. GORDILLO, hereby appears as counsel in the place and stead of PAUL G. ROZELLE on behalf of Defendant, BOB GUALTIERI, in his official capacity as Sheriff of Pinellas County, Florida (hereinafter "Sheriff"), and requests that all further pleadings be served on the undersigned. The case has been internally reassigned.

Further, pursuant to Florida Rule of Judicial Administration 2.516, Defendant files this Amended Notice of Designation of E-Mail Addresses as follows:

    Primary e-mail address (counsel):    jgordillo@pcsonet.com
    Secondary e-mail address:    rreuss@pcsonet.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                Respectfully submitted,

                /s/ *Jason G. Gordillo*
                Jason G. Gordillo
                Senior Associate Counsel
                FBN: 00399663

10750 Ulmerton Road
Largo, FL  33778
jgordillo@pcsonet.com
rreuss@pcsonet.com
Telephone: (727) 582-6274
Fax: (727) 582-6459
Attorney for Sheriff