# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

WAHEED NELSON,                                              **CASE NO.: 8:19-cv-00449-CEH-JSS**

      Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

      Defendants.
_____/

## THIRD AMENDED NOTICE OF MEDIATION

Plaintiff, WAHEED NELSON, by and through undersigned counsel, gives notice to the Court that all day mediation, time to start 10 a.m., is set with Gary Larsen on September 8, 2020 at the offices of Gary Larsen, Dickinson & Gibbons, P.A. 401 North Cattlemen Road, Suite 300 Gateway Professional Center Sarasota, FL, 34232  Tel: (941) 366-4680.

                                                  _/s/ Linda Bellomio Commons_
                                                  Linda Bellomio Commons, Esq.
                                                  Florida Bar No:0778346
                                                  P.O. Box 340261
                                                  Tampa, FL 33694
                                                  T:(352) 610-4416
                                                  F: (813) 265-3010
                                                  Email: lcommons@aol.com

Secondary: dmheiser1@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Notice of Mediation was served this 17th day of June, 2020 through the CM/ECF to all counsel of record.

*/s/ Linda Bellomio Commons*