UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

     Plaintiff,

v.                                                                              Case No: 8:19-cv-449-T-36JSS

BOB GUALTIERI, FLORIDA
DEPARTMENT OF CORRECTIONS,
CORIZON LLC, MAXIM HEALTHCARE
SERVICES, INC., MATTHEW SWICK,
ALL FLORIDA ORTHOPEDICS
ASSOCIATES, P.A. and WITCHNER
BELIZAIRE,

     Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Protective Order on the Deposition of Plaintiff Waheed Nelson and Motion to Allow for Zoom/Videoconference Deposition of Plaintiff Due to COVID-19 Crisis (Dkt. 120), Defendant Bob Gualtieri's response in opposition (Dkt. 121), and the remaining Defendants' notices of joinder in Defendant Gualtieri's response (Dkts. 122, 124, 125).  On July 9, 2020, the Court conducted a hearing on the Motion. Upon consideration and for the reasons stated during the hearing, the Motion is granted in part and denied in part as follows:

1.  Plaintiff's Motion for Protective Order is denied in part to the extent that Defendants may conduct an in-person deposition of Plaintiff, which shall take place on or before August 28, 2020.

2.  Plaintiff's Motion for Protective Order is granted in part to the extent that defense counsel for each Defendant may only be present in-person while deposing Plaintiff on

- 2 -

behalf of his or her respective client(s).   Defense counsel's attendance at and participation in the deposition shall otherwise occur via Zoom.

3. Plaintiff's deposition is limited to a total of seven hours, including breaks.  *See* Fed. R. Civ. P. 30(d)(1) (providing that unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours).

**DONE** and **ORDERED** in Tampa, Florida, on July 10, 2020.

_____

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record