UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WAHEED NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB GUALTIERI, capacity as Sheriff of Pinellas County, Florida, DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK M.D., ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A., and WITCHNER BELIZAIRE M.D.,<br><br>    Defendants. | Case No. 8:19-cv-449-T-36JSS |

**PLAINTIFF'S MOTION FOR PARTIALLY UNOPPOSED
EXTENSION OF TIME FOR EXPERT REPORTS**

COMES NOW the Plaintiff, WAHEED NELSON by and through counsel, pursuant to Rule 26(e), Federal Rules of Civil Procedure, and moves for an Extension of Time to Disclose Experts, and would show:

1. Plaintiff is pursuing discovery in a complex case that involves both medical malpractice and constitutional theories and has found it difficult because of the current COVID pandemic as well as personal emergencies.

2. Expert reports are currently due on this date.

3. Plaintiff's experts need additional time to complete the report.

4. Plaintiff has conferred with one opposing counsel who does not oppose extension as long as it is reciprocal, and the others have not responded.

1

5. Plaintiff's attorney had two case management reports, Doc. 45 and Doc. 66, in which the expert deadline was incorrect on Doc. 66.

6. Due to the pandemic, depositions were impossible for five months until everyone got used to zoom and limited in person depositions.

7. Plaintiff requests an additional 30 days to disclose expert reports from the correct date of September 11, 2020 until October 11, 2020 with corresponding 30 day extension for defendants until November 11, 2020.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 26(e) provides that parties may apply to the Court for an enlargement of time to complete discovery for "good cause." Plaintiff's expert is not able to meet the current deadline. Undersigned counsel mistakenly went by the parties' original Case Management Report (ECF 45) filed on May 23, 2019, in advising her expert of the due date which was set as September 11, 2020, in that draft, but was later changed by mistake.

**WHEREFORE**, Plaintiff requests additional time to disclose expert reports and prays for entry of an order granting an extension of 30 days from the original date of September 11, 2020, to be reciprocal for defendants, and that other contingent deadlines be extended accordingly.

Respectfully Submitted,   /s/ Linda Bellomio Commons
Law Offices of Linda Bellomio Commons
Florida Bar No: 0778346
P.O. Box 340261

        Tampa, Florida 33694
        T: (352) 610-4416
        Fax: (813) 265-3010
        Service E-mail: lcommons@aol.com
        Secondary email: Dmheiser1@gmail.com

        JAMES V. COOK, ESQ.
        Florida Bar Number 0966843
        Law Office of James Cook
        314 West Jefferson Street
        Tallahassee, FL 32301
        (850) 222-8080
        (850) 561-0836 fax
        cookjv@gmail.com

        Attorneys for Plaintiff

I CERTIFY I have conferred with opposing counsel pursuant to Local Rule 7.1 and one opposing counsel agrees to an extension of time as long as it is reciprocal.   I attempted a conference also on July 21, 2020.  Also on August 6, 2020.

 I CERTIFY the foregoing was filed electronically on 8/6/2020, to counsel of record registered to be notified by the CM/ECF electronic mail system:

        */s/Linda Commons*