UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

v.                                              Case No.:     8:19-cv-00449-CEH-JSS

BOB GUALTIERI, Official Capacity as
Sheriff of Pinellas County, FLORIDA
DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM HEALTH
CARE SERVICES, INC., MATTHEW
SWICK, M.D., ALL FLORIDA
ORTHOPAEDIC ASSOCIATES, P.A.,
And WITCHNER BELIZAIRE, M.D.,

    Defendants.
_____/

**DEFENDANT'S, SHERIFF BOB GUALTIERI, NOTICE OF COMPLIANCE
WITH DISCLOSURE OF RULE 26(a)(2) EXPERT REPORTS**

    COMES NOW, Defendant, BOB GUALTIERI, in his official capacity as Sheriff of Pinellas County, by and through the undersigned counsel and files this Notice of Compliance with the disclosure of expert reports deadline for Defendant set by this Honorable Court's Case Management and Scheduling Order [Doc.66] and hereby notifies this Honorable Court that Defendant served upon Plaintiff and all co-Defendants via electronic mail its Rule 26(a)(2) Disclosure of Expert Testimony on this the 3rd day of September, 2020.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record on this the 3rd day of September, 2020.

      */s/ Jason G. Gordillo*
Jason G. Gordillo, Esquire
Attorney for Sheriff Bob Gualtieri
Florida Bar No.:  0399663
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, Florida 33778
Telephone:  727.582.6274
Facsimile:   727.582.6459
jgordillo@pcsonet.com
rreus@pcsonet.com