**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| WAHEED NELSON, <br><br>         Plaintiff, <br><br> vs. <br><br> BOB GUALTIERI, capacity as Sheriff of Pinellas County, Florida, DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK M.D., ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A., and WITCHNER BELIZAIRE M.D., <br><br>         Defendants. | Case No. 8:19-cv-449-T-36JSS |

**JOINT STATUS REPORT ON ATTORNEY'S MEETING**
**ON MOTIONS SET FOR HEARING ON OCTOBER 29, 2020**

The Parties, WAHEED NELSON, FLORIDA DEPARTMENT OF CORRECTIONS (FDOC), CORIZON, and WITCHNER BELIZAIRE, through undersigned counsel, met to try to resolve outstanding discovery issues set for hearing on October 29, 2020.

**As to Defendant FDOC, ECF 170**: Plaintiff and Defendant FDOC resolved the following issues related to this Motion to Compel: Interrogatories 3 and 5, and RFP 2, 3, and 10.

**As to Defendant Belizaire, ECF 189**: Plaintiff and Defendant Belizaire resolved all issues related to this Motion to Compel.

1

**As to Corizon, ECF 191**: Plaintiff and Defendant Corizon resolved the following issues relating to this Motion to Compel: Plaintiff and Defendant Corizon resolved the following issues relating to this Motion: Interrogatories 3, 4, 7, 10, 11, and 15, and no RFPs.

Counsel for Sheriff Gualtieri did not attend.

Respectfully Submitted,

| | |
|---|---|
| */s/ Linda Bellomio Commons* | */s/Gregg A. Toomey* |
| Law Offices of Linda Bellomio Commons | Florida Bar No. 159689 |
| Florida Bar No: 0778346 | The Toomey Law Firm LLC |
| P.O. Box 340261 | The Old Robb & Stucky Building |
| Tampa, Florida 33694 | 1625 Hendry Street, Suite 203 |
| T: (352) 610-4416 | Fort Myers, FL 33901 |
| Fax: (813) 265-3010 | Phone: 239.337.1630 |
| Service E-mail: lcommons@aol.com | Fax: 239-337.0307 |
| Secondary email: Dheiser1@gmail.com | gat@thetoomeylawfirm.com |
| | alr@thetoomeylawfirm.com |
| | hms@thetoomeylawfirm.com |

*/s/James V. Cook*  
Florida Bar Number 0966843  
Law Office of James Cook  
314 West Jefferson Street  
Tallahassee, FL 32301  
(850) 222-8080  
(850) 561-0836 fax  
cookjv@gmail.com

Attorneys for Defendants Corizon, FDOC and Belizaire

Attorneys for Plaintiff

I CERTIFY this filing was served on all counsel registered with CM/ECF.

*/s/James V. Cook*