# 8:199UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

vs.

BOB GUALTIERI, capacity as Sheriff of Pinellas County, Florida, DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK M.D., ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A., and WITCHNER BELIZAIRE M.D.,

    Defendants.

Case No. 8:19-cv-449-T-36JSS

## AMENDED JOINT STATUS REPORT ON ATTORNEY'S MEETING ON MOTIONS SET FOR HEARING ON OCTOBER 29, 2020

The Parties, WAHEED NELSON, FLORIDA DEPARTMENT OF CORRECTIONS (FDOC), CORIZON, and WITCHNER BELIZAIRE, through undersigned counsel, met to try to resolve outstanding discovery issues set for hearing on October 29, 2020.

**As to Defendant FDOC, ECF 170**: Plaintiff and Defendant FDOC resolved the following issues related to this Motion to Compel: Interrogatories 2, 3 and 5, and RFP 2, 3, and 10. The parties anticipate that the issues relating to RFP 7 would be resolved with the production of Health Services Bulletins.

**As to Defendant Belizaire, ECF 189**: Plaintiff and Defendant Belizaire resolved all issues related to this Motion to Compel.

**As to Corizon, ECF 191**: Plaintiff and Defendant Corizon resolved the following issues relating to this Motion to Compel: Plaintiff and Defendant Corizon resolved the following issues relating to this Motion: Interrogatories 3, 4, 7, 10, 11, and 15, and no RFPs. The parties anticipate that the issues relating to Interrogatory 6 will be resolved by the time of hearing.

Counsel for Sheriff Gualtieri did not attend.

Respectfully Submitted,

| | |
|---|---|
| */s/ Linda Bellomio Commons* <br> Law Offices of Linda Bellomio Commons <br> Florida Bar No: 0778346 <br> P.O. Box 340261 <br> Tampa, Florida 33694 <br> T: (352) 610-4416 <br> Fax: (813) 265-3010 <br> Service E-mail: lcommons@aol.com <br> Secondary email: <br> Dheiser1@gmail.com | */s/Gregg A. Toomey* <br> Florida Bar No. 159689 <br> The Toomey Law Firm LLC <br> The Old Robb & Stucky Building <br> 1625 Hendry Street, Suite 203 <br> Fort Myers, FL 33901 <br> Phone: 239.337.1630 <br> Fax: 239-337.0307 <br> gat@thetoomeylawfirm.com <br> alr@thetoomeylawfirm.com <br> hms@thetoomeylawfirm.com |
| */s/James V. Cook* <br> Florida Bar Number 0966843 <br> Law Office of James Cook <br> 314 West Jefferson Street <br> Tallahassee, FL 32301 <br> (850) 222-8080 <br> (850) 561-0836 fax <br> cookjv@gmail.com | Attorneys for Defendants Corizon, FDOC and Belizaire |

Attorneys for Plaintiff

I CERTIFY this filing was served on all counsel registered with CM/ECF.

*/s/James V. Cook*