# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

vs.

BOB GUALTIERI, capacity as Sheriff of Pinellas County, Florida, DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK M.D., ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A., and WITCHNER BELIZAIRE M.D.,

    Defendants.

Case No. 8:19-cv-449-T-36JSS

**TIME SENSITIVE JOINT MOTION OF PLAINTIFF AND DEFENDANTS CORIZON, BELIZAIRE, AND FLORIDA DEPARTMENT OF CORRECTIONS TO EXTEND THEIR DEADLINE FOR DISPOSITIVE MOTIONS, UNOPPOSED BY DEFENDANT SHERIFF**

Plaintiff NELSON and Defendants CORIZON, DR. BELIZAIRE, and the FLORIDA DEPARTMENT OF CORRECTIONS, through counsel, pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, move for an Extension of Time to File Dispositive Motions, would show Defendant GUALTIERI does not oppose the motion, and would further show as follows:

1. Plaintiff's assistant has been exposed to COVID-19 and needs to quarantine, delaying completion of dispositive motions until at least Monday.

2. Counsel for Defendants Corizon, Belizaire, and Florida Department of Corrections anticipates being impacted by Tropical Storm Eta and is also

1

still awaiting signed declarations.

3. Counsel for Sheriff Gualtieri does not join the motion but does not oppose it.

4. Plaintiff Nelson and Defendants Corizon, Belizaire, and the Florida Department of Corrections, request an extension to file dispositive motions until Thursday, November 12, 2020 (since Wednesday is Veteran's Day).

## MEMORANDUM OF LAW

Pursuant to Rule 6(b)(1), *Federal Rules of Civil Procedure*:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Based on the reasons cited in the foregoing, the parties request that this Court grant an extension of the dispositive motion deadline until Thursday, November 12, 2020. Granting the requested extension will not prejudice any party. This motion is made in good faith and not for the purpose of delay. There is no opposition to the relief requested in this Motion.

**WHEREFORE**, Plaintiff, Defendants Corizon, Belizaire, and FDOC request time to file dispositive motions be extended to Thursday, November 12, 2020.

Respectfully Submitted,

| | |
|---|---|
| */s/ Gregg A. Toomey* | */s/James V. Cook* |
| Gregg A. Toomey | James V. Cook, Esq. |

| | |
|---|---|
| Florida Bar No. 159689 | Florida Bar No. 0966843 |
| The Toomey Law Firm LLC | Law Office of James Cook |
| The Old Robb & Stucky Building | 314 West Jefferson Street |
| 1625 Hendry Street, Suite 203 | Tallahassee, FL 32301 |
| Ft. Myers, FL  33901 | (850) 222-8080 |
| Phone:  (239) 337-1630 | (850) 561-0836 fax |
| Fax:     (239) 337-0307 | cookjv@gmail.com |
| gat@thetoomeylawfirm.com | |
| alr@thetoomeylawfirm.com | */s/ Linda Bellomio Commons* |
| hms@thetoomeylawfirm.com | Law Offices of Linda Bellomio Commons |
| | Florida Bar No: 0778346 |
| Attorney for Defendants Corizon, | P.O. Box 340261 |
| Belizaire, and the Florida | Tampa, Florida 33694 |
| Department of Corrections | T: (352) 610-4416 |
| | Fax: (813) 265-3010 |
| | Service E-mail: lcommons@aol.com |
| | Secondary email: Dheiser1@gmail.com |
| | |
| | Attorneys for Plaintiff |

I CERTIFY I have conferred with counsel for Corizon, Belizaire, and FDOC, who joins the Motion and counsel for Sheriff Gualtieri who does not object.

I CERTIFY the foregoing was filed electronically on 11/6/2020, to counsel of record registered to be notified by the CM/ECF electronic mail system:

*s/James V. Cook*