UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,                                          CASE NO.: 8-19-cv-00449-CEH-JSS

      Plaintiff,

vs.

BOB GUALTIERI, FLORIDA
DEPARTMENT OF CORRECTIONS,
CORIZON, LLC, MAXIM HEALTHCARE
SERVICES, INC., MATTHEW SWICK, M.D.;
ALL FLORIDA ORTHOPAEDIC ASSOCIATES,
P.A., and WITCHNER BELIZAIRE, M.D.,

      Defendants.
_____/

## **REQUEST TO BE REMOVED FROM CM/ECF SERVICE LIST**

COMES NOW the undersigned, as counsel for Defendant, MAXIM HEALTHCARE SERVICES, INC., and pursuant to the United States District Court Middle District of Florida Administrative Procedures for Electronic Filing, respectfully request that Attorneys David O. Doyle, Jr. and Julie A. Tyk be removed from the CM/ECF Service List for this case.  Defendant, MAXIM HEALTHCARE SERVICES, INC. was terminated from this action on September 10, 2020 (Doc. 164).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed with the Clerk via the CM/ECF system, which will send notice of electronic filing to all attorneys on the attached Service List this **12th** day of November, 2020.

                                                                                  /s/ David O. Doyle, Jr.

**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**JULIE A. TYK, ESQUIRE**
Florida Bar No. 84493
PEARSON DOYLE MOHRE & PASTIS, LLP
485 N. Keller Road
Suite 401
Maitland, Florida  32751
(407) 647-0090 phone
(407) 647-0092 facsimile
Email: ddoyle@pdmplaw.com
Secondary Email: jtyk@pdmplaw.com
Additional Emails: jpreston@pdmplaw.com
            lrover@pdmplaw.com
Attorneys for Defendant, Maxim Healthcare Services, Inc.

## SERVICE LIST

| | |
|---|---|
| **Linda Bellomio Commons, Esquire**<br>Law Offices of Linda Bellomio Commons, P.A.<br>P. O. Box 340261<br>Tampa, FL 33694<br>lcommons@aol.com<br>lcommons@gmail.com<br>dmheiser1@gmail.com | **Attorney for Plaintiff** |
| **James V. Cook, Esquire**<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL<br>cookjv@gmail.com | **Co-Counsel for Plaintiff** |
| **Mindy McLaughlin, Esquire**<br>Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.<br>1706 East 11th Avenue<br>Tampa, FL 33605<br>jvbarnes@law.fla.com<br>law-fla@outlook.com | **Attorneys for Matthew Swick, M.D. & All Florida Orthopaedic Associates, P.A.** |
| **Jason G. Gordillo, Esquire**<br>Pinellas County Sheriff<br>General Counsel's Office<br>10750 Ulmerton Road<br>Largo, FL  33778<br>jgordillo@pcsonet.com<br>rreuss@pcsonet.com | **Attorney for Bob Gualtieri, Official Capacity as Sheriff of Pinellas County** |
| **Gregg Toomey, Esquire** | **Attorney for Corizon, LLC and Florida** |

| | |
|---|---|
| The Toomey Law Firm, LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>gat@thetoomeylawfirm.com<br>alr@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com | **Department of Corrections** |