1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION

 3   WAHEED NELSON,              Case No. 8:19-cv-449-T-36JSS

 4      Plaintiff,

 5   vs.

 6
     BOB GUALTIERI, FLORIDA
 7   DEPARTMENT OF CORRECTIONS,
     CORIZON LLC, MAXIM HEALTHCARE
 8   SERVICES, INC., MATTHEW SWICK,
     ALL FLORIDA ORTHOPEDICS
 9   ASSOCIATES, P.A. and WITCHNER
     BELIZAIRE,
10
        Defendant.
11   ----------------------x

12

13                    DEPOSITION OF
                       PAULA FOSKEY
14            TAKEN ON BEHALF OF PLAINTIFF

15

16
        DATE TAKEN:    Thursday, October 29, 2020
17
        TIME:          8:04 a.m. - 8:55 a.m.
18
        PLACE:         For the Record Reporting
19                     1500 Mahan Drive, Suite 140
                       Tallahassee, Florida 32308
20

21

22

23

24                    Reported By:
          Doreen M. Mannino, Certified Court Reporter
25
```

```
 1    then shortly after that I got several hundred emails
 2    more consistent with what I -- what served my needs.
 3    Does that comport with -- does that number of emails
 4    surprise you?
 5         MR. TOOMEY:  James.  Form first.  I don't
 6    know where you're going with this.
 7         MR. COOK:  You're not supposed to know.
 8         MR. TOOMEY:  Just hang on a second.  Hang on.
 9    I got information for you.  Your litigation
10    history is fascinating as hell, but this morning
11    I'm being delivered the results of the search you
12    asked for by DOC.  There is about 3,700 emails.
13    I don't know how many pages it is, but I will
14    have them.  If you're trying to figure out how to
15    get them, I have them.  I just want you to know
16    that.
17         MR. COOK:  Okay.  Well, what I'd like is to
18    get them in native format, in Outlook format.
19         MR. TOOMEY:  Like I said, I don't -- I'm in
20    Tallahassee.  I'll see them in the morning I
21    assume.  I guess they are in native format.
22         MR. COOK:  They're portable.  Well, that
23    sounds good.
24         MR. TOOMEY:  See.  That's why I interrupted
25    you, because I figured it would shorten what you
```