```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3
    WAHEED NELSON,
 4                                          Case No.
                Plaintiff,                  8:19-cv-00449-CEH-JSS
 5  vs.

 6  BOB GAULTIERI, Official Capacity
    as Sheriff of Pinellas County,
 7  FLORIDA DEPARTMENT OF CORRECTIONS,
    CORIZON, LLC, MAXIM HEALTHCARE
 8  SERVICES, INC., MATTHEW SWICK, M.D.,
    ALL FLORIDA ORTHOPAEDIC ASSOCIATES,
 9  P.A., and WITCHNER BELIZAIRE, M.D.,

10
                Defendants.
11  _____/

12
         DEPOSITION OF:      GIANLUCA MARTINELLI
13
         DATE:               October 6, 2020
14
         TIME:               10:00 a.m. to 1:10 p.m.
15
         PLACE:              Michael Musetta & Associates
16                           201 North Franklin Street
                             Suite 3400
17                           Tampa, Florida

18       PURSUANT TO:        Notice by counsel for
                             Plaintiff for purposes of
19                           discovery, use at trial or
                             such other purposes as are
20                           permitted under the
                             Florida Rules of Civil
21                           Procedure

22       BEFORE:             ERIC T. FRENCH, RPR, CRR
                             Notary Public, State of
23                           Florida at Large

24
                             Pages 1 - 115
25
```

**Michael Musetta & Associates, Inc. (813) 221-3171**

```
 1              THE WITNESS:  Between the providers?
 2   BY MS. COMMONS:
 3       Q    I'm sorry.  Between the consulting provider
 4   and the jail.
 5       A    No.  There shouldn't be.  It's medical
 6   records.  It's patient-specific information that
 7   shouldn't be emailed back and forth.  It should be faxed
 8   on a secured line or hand delivered in a secured packet.
 9   So no, we don't utilize -- email is not often utilized
10   at all in the health care industry.  It's not a secure
11   means to communicate.
12       Q    So is there another secure way that you
13   communicate electronically?
14       A    No.  We don't have an electronic interface
15   with specialists.
16       Q    Do you have any explanation why some of
17   Dr. Swick's records have his email log-in on it?
18            MR. GORDILLO:  Object to the form.
19            THE WITNESS:  I don't know.
20   BY MS. COMMONS:
21       Q    Do you assign someone to be responsible for
22   assisting with the audit, or is it always --
23       A    We're all involved.  Obviously as the HSA, I
24   am the primary contact.  We have a team of, you know, of
25   individuals involved, medical director, nursing
```