# PINELLAS COUNTY SHERIFF'S OFFICE
*LEADING THE WAY FOR A SAFER PINELLAS*

| CONTROL OF INFECTIOUS DISEASE | | | |
|---|---|---|---|
| **STANDARD OPERATING PROCEDURE** | **DISTRIBUTION:** | ALL MEMBERS OF THE DETENTION AND CORRECTIONS BUREAU | **DET 8-6** |
| | **EFFECTIVE:** | 03-04-13 | |
| | **AMENDS:** | 12-20-10 | |
| | **RESCINDS:** | DCB 12.02 (12-01-01) | |
| | **FIRST POLICY:** | 12-20-10 | |
| | **LAST REVIEWED:** | 09-17-12 | |
| ACCREDITATION STANDARDS: FMJS: 7.21 | | | |

**I. PURPOSE:**

The purpose of this Standard Operating Procedure is to establish guidelines for the control of infectious diseases.

**II. DISCUSSION:**

Inmates shall be segregated only to the degree medically necessary to prevent and control the spreading of the disease to staff and other inmates. Inmates shall not be discriminated against because they have infectious diseases.

**III. DEFINITION:**

Infectious Disease – HIV/AIDS, Hepatitis A, B & C, Syphilis, Gonorrhea, Chlamydia, Active Tuberculosis, Chicken Pox, Measles, Staph Infection, MRSA, Avian Flu, Swine Flu and any other transmittable disease as identified by medical services personnel.

**IV. PROCEDURE:**

A. Any member who suspects an inmate has a previously unidentified infectious disease will immediately notify the shift commander and medical personnel.

B. If appropriate, the medical authority will isolate the inmate in a single cell using necessary precautions to protect the well-being of the inmate and the health and safety of staff and other inmates. These precautions may include the use of:

1. Gloves.

2. Surgical masks.

3. Eye protection / face shield.

4. Disposable eating utensils.

C. Medical personnel will notify the Bureau Commander or designee of any immediate precautions to be taken and shall assist in coordinating necessary changes in the inmate's housing, movement, program attendance, etc. as required.

D. Medical personnel shall immediately initiate appropriate testing to confirm the presence of the infectious/contagious disease. If necessary, consultation with and reporting to the local health department or other healthcare professionals shall be employed including discharge planning for those inmates set for release.

E. Every effort must be made to verify the inmate's medical condition. Reliable sources of information include:

   1. Hospital/clinical documentation.

   2. Law enforcement reports.

   3. Information derived from family members.

   4. In-house medical assessments.

   5. Probation/Parole or Pretrial Services Officers' reports.

F. The inmate's diagnosis and/or test results shall only be disclosed to the Bureau Commander and those authorized to receive such information on a "need-to-know" basis. No person to whom this information has been disclosed may disclose it to another person not authorized to receive the information.

G. Until confirmation is made, the inmate/inmates suspected of having infectious/contagious disease shall continue to have access to programs, privileges, exercise, visitation and work release opportunities unless deemed to be a threat. Caution must be taken to keep suspected inmates isolated from the general population. For example, inmates suspected or confirmed of having the same contagious diseases would be recreated separately from the general population.

H. Once confirmation of the presence of an infectious disease has been made, the inmate will receive immediate medical treatment and shall be transferred to appropriate medical housing if not previously initiated.

I. Medical personnel shall provide ongoing education for staff and inmates as new information is made available on any communicable disease.

J. Contract personnel and volunteers shall take the same precautionary measures utilized by detention staff when entering a contaminated area.

# PINELLAS COUNTY SHERIFF'S OFFICE
*LEADING THE WAY FOR A SAFER PINELLAS*

| MEDICAL STAFF DUTIES AND RESPONSIBILITIES | | | |
|---|---|---|---|
| **STANDARD OPERATING PROCEDURE** | **DISTRIBUTION:** | ALL MEMBERS OF THE DETENTION AND CORRECTIONS BUREAU MEDICAL STAFF | **DET 13-9** |
| | **EFFECTIVE:** | 03-22-14 | |
| | **AMENDS:** | 08-16-10 | |
| | **RESCINDS:** | 061 Nurse Health Appraisal, 066 Nurse Clinic Sick Call, 068 Nurse Infirmary Asst, 071 Nurse Infirmary, 077 Nurse Screening, 080 Nurse Medication, 086 Medical Assistant | |
| | **FIRST POLICY:** | 08-16-10 | |
| | **LAST REVIEWED:** | 12-12-13 | |
| ACCREDITATION STANDARDS: 4-ALDF-4D-03 | | | |

I. **PURPOSE:**

The purpose of this Standard Operating Procedure is to delineate the duties and responsibilities of the medical staff assigned to specialized posts within the Detention and Corrections Bureau. Overviews of the individual posts are included to outline responsibilities specific to each post assignment.

II. **PROCEDURE:**

A. **HISTORY AND PHYSICALS (H&P) NURSE.** The H&P nurse is a registered nurse responsible for the objective hands-on evaluation of the inmate/patient within 14 days of intake. This evaluation involves the inspection, palpation, auscultation and percussion of the patient's body to determine the presence or absence of disease. The nurse will:

1. Conduct an appropriate sharps count at start and end of each shift.

2. Review the patient history in the medical record.

3. Obtain a copy of the H&P list from Medical Records.

4. Schedule patients for the clinic H&P.

5. Document all completed and refused H&P's on the H&P log and submit the completed log to the Medical Records department at shift end.

6. Document all H&P refusals in the medical record and explain the consequence(s) of refusing the H & P to the inmate patient.

   a. Inmates who refuse any portion of the H & P (history, physical exam, TST) are not eligible to be an inmate worker.

   b. Check off 'Medically Disapproved" and document "Refused H & P" on the *Inmate Worker Clearance* form; indicate "unfit for work" in the restrictions section of the order template and indicate what components were refused.

7. Document risks and consequences of the refusal and obtain the inmate's signature. If the inmate refuses to sign, indicate on the signature line "refused to sign" and have the sick call deputy witness the form. All signed refusals will be forwarded to Medical Records for disposition.

8. Document all sharps used on the appropriate sharps count log.

9. Provide a copy of the H&P list to the sick call deputy, ensuring the list does not contain medical information.

10. All data entered on the form by the inmate will be thoroughly reviewed. The inmate will be interviewed with regards to all positive responses; document the facts in the H&P template. The history section and the subjective complaint/symptoms section will be reviewed with the patient.

11. Intake screening results will be thoroughly reviewed and any additional data to complete the medical, dental, and mental health histories taken at intake will be documented. Review of the screening data will be documented on the H&P template.

12. Vital signs (temperature, pulse, respirations, pulse ox if indicated, height, and weight) will be recorded. Verbal response to these questions will not be accepted.

13. A "hands on" physical assessment, noting any abnormalities, scars etc., will be performed.

14. Conduct a vision check using the Snellen eye chart.

15. Document immunizations when appropriate.

16. Refer inmates to the jail linkage project for communicable disease/STD testing if requested.

17. Schedule inmates for chronic care clinic, dental and/or psychiatric follow-up as findings indicate.

18. Refer clinically significant findings to the physician/nurse practitioner for further evaluation and follow up.

19. Plant a TST. If the inmate/patient has a history for prior past positive TST, order a chest x-ray if one is not documented in patient's chart within the past 12 months per protocol.

20. Notify the Infection Control nurse of inmates who have a history of HIV, Hepatitis or a past positive TST.

21. Document inmate patient work restrictions.

22. Transcribe all new orders.

23. Restock all supplies used.

B. **CLINIC/SICK CALL NURSE.** The clinic/sick call nurse will conduct sick call and clinician clinics in a timely manner based on approved protocols. The nurse will:

1. Obtain report and conduct a sharps count with the off-going shift.

2. Complete an equipment/post check sheet and notify the supervisor of any deficiencies and/or broken, missing equipment.

3. Conduct Diabetic Sick Call Clinics and glucose rechecks per procedure.

4. Collect, read and prioritize *Inmate Medical Request Forms* for Sick Call and schedule the inmate(s) for daily sick call.

5. A Sick Call list will be compiled and a copy submitted to the Sick Call Deputy, ensuring the list contains no medical information on it, but does contain date, name, docket number and location.

6. Vital signs will be obtained on all evaluated patients and recorded in the inmates' medical record.

7. The inmate/patient will be examined/assessed and complaints treated according to protocol.

8. Findings will be documented in the medical record.

9. Document "Seen NSC" (Seen Nurses Sick Call) on the patient's *Medical Request* and sign/date the form.  The yellow copy will be returned to the inmate/patient and the green copy will be returned to medical records for filing and/or scanning.

10. Refer any findings requiring follow up to the physician / ARNP by scheduling the inmate / patient for next available clinician's visit.

11. All orders will be transcribed as appropriate.

12. Pertinent information/report will be communicated to the medication nurse, and the clinical supervisor as needed.

13. Notate the completion of the sick call visit on the sick call log and submit the completed logs to the nursing supervisor at the end of each month.

14. Complete all treatments, specimen collections, dressing changes, blood pressure checks and weight checks as scheduled.

15. Complete court ordered sexually transmitted disease testing as appropriate.

16. All supplies will be restocked and the area will be left clean and neat for the next shift.

17. Document all risks and consequences of refusals and obtains the inmate/patient signature for the refusal.  If the inmate/patient refuses to sign, "refused to sign" will be indicated on the signature and the sick call deputy will witness the form.   All signed refusals will be forwarded to medical records for disposition.

18. The "*Inbox*" will be periodically checked throughout the shift for tasks to be completed.  The next task to be completed will be scheduled and the old task removed from the "Inbox".

C. **INFIRMARY NURSE/INFIRMARY ASSISTANT**.  The infirmary nurse/infirmary assistant provides care, monitoring, medication, therapy and/or assistance with activities of daily living for inmate patients who require skilled nursing intervention, observation and/or sheltered housing.  The nurse will:

1. Receive report and make/accept assignments.

2. Compile the physician Sick Call list and submitting a copy to the Sick Call Deputy.   Ensure the list given to the deputy contains no medical information on it but does include the date, name, docket number and location.

3. Collect, sort and triage *Inmate Medical Request Forms* received during rounds.

4. Immediately address *Inmate Medical Request Forms* for pain medication or urgent matters.

5. Assist physicians with daily sick call examinations when assistance is indicated.

6. Complete all treatments, laboratory specimen collection, dressing changes, vital signs, blood pressure checks and weight checks as scheduled.

7. Conduct Diabetic Sick Call Clinics.

8. Complete the equipment/post check sheet and notify the supervisor of any deficiencies and/or broken, missing equipment.

9. Check all uncooperative inmates every two hours and document their status; the inmate/patient will be medically screened once he/she is deemed cooperative.

10. Transcribe orders as appropriate. All orders completed by the unit clerk will be reviewed and noted for content and accuracy.

11. Maintain the cleanliness of treatment carts and medical equipment. Restock all supplies used.

12. Document segregation checks as required.

13. Check oxygen supplies and reorder as needed via the pharmacy technician.

14. Complete the daily negative pressure room tissue test for each respiratory isolation room and document the results on the "directional air flow log".

15. Complete the post inspection checklist, narcotics, sharps and key counts with the off-going shift; ensure the counts are correct prior to accepting assignment.

16. Maintain and update the physician sick call list; submit completed logs to the nursing supervisor monthly.

17. Ensure all new admissions are seen by the appropriate physician during the next available medical rounds.

18. Make rounds on all assigned patients.

19. Participate in the change of shift report; communicate all pertinent information to the charge nurse and clinical supervisor.

20. Notify the Clinical Supervisor, physician, Program Administrator and the Nursing Director of all serious inmate conditions or status changes.

21. Notify the psychiatrist, Medical Director and Clinical Supervisor of all suicide attempts.

22. Complete transfer paperwork for any inmate transferring to another facility or DOC as requested by Medical Records.

23. Complete a *Consultation Request Form* on any inmate requiring hospital or emergency room evaluation; submit a copy of the form to the Scheduling Clerk.

24. Notify the Clinical Supervisor of all 911 calls and/or inmates sent to the hospital.

25. Provide the Nursing Director and Program Administrator monthly infirmary statistics as requested.

26. Take report and initiate a Kardex on all new intakes; update the existing Kardex as needed.

27. Complete admission assessment and unit orientation for each new intake. Document on all new admissions and make appropriate referrals to the next physician sick call.

28. Maintain restraint logs; document 15 /30 minute checks on any inmate in medical restraints.

29. Verify medications as needed.

30. Complete court ordered sexually transmitted disease testing as appropriate.

31. Complete the equipment checklist in the physician's exam room and conduct narcotics and sharps counts at the beginning and end of each shift; give report as necessary.

32. Complete documentation for all infirmary level patients every shift and document on all medical observation and suicide risk patients daily. Uncooperative or Marchman Act detainees will be documented on every two hours.

33. The "*Inbox*" will be checked for tasks needing completed periodically throughout the shift. The next task to be completed will be scheduled and the old task removed from the "Inbox".

D. **SCREENING NURSE/INTAKE HOUSING NURSE.** The screening nurse/intake housing nurse will complete a receiving screening assessment for all new intakes on arrival to ensure emergent and urgent health needs are met. The nurse will:

1. Report to the intake booking area, complete the equipment checklist, post inspection checklist and conduct narcotics, sharps and key counts with the off-going shift; ensure counts are correct prior to accepting assignment.

2. Medically screen all new intakes to the jail.

3. Review prior medical records if the inmate/patient has a history of prior incarceration. Address any pertinent discrepancies.

4. Schedule the inmate/patient for priority sick call if unable to verify medications.

5. Schedule the inmate/patient with chronic illnesses for appropriate chronic disease clinic.

6. Enter any inmate/patient with chronic disease(s) on the chronic disease tracking log.

7. Place any inmate/patient with a psychiatric history on the psychiatric sick call list.

8. Place frail, elderly, debilitated or post-hospitalized inmate/patients on medical observation housing until medically cleared by the physician.

9. Schedule any inmate/patient with a confirmed (verified via old chart) or stated history of HIV infection (not verified via old chart) for PRIORITY physician/ARNP sick call.

    a. Start medications according to inmate/patient's next dosing schedule. If unable to verify the medications or the inmate/patient is unable to accurately supply a medication history, dosage, etc., the practitioner will be called for further orders or instructions.

    b. Place inmate patient on the Chronic Clinic Log and notify the Infection Control Nurse via voice mail or email with the inmate/patient's name, docket number and reason for referral.

10. For an inmate/patient who requires medical and/or psychiatric housing, an order will be written for the appropriate level of observation. A *Classification Medical Clearance Form (*Form-98) will be completed and forwarded to the Classification Section. Report will be called to the appropriate housing area.

11. Medications will be verified. Once verified, medications will be ordered as indicated and a Medication Administration Record (MAR) will be initiated so medications can be started. This includes all psychiatric medications. A non-form request will be generated and forwarded to the appropriate physician for any medications not on the formulary list.

12. Respond to Intake/Receiving to view the contents of all medication containers, to include all prescription and over the counter medications, for determination that the contents are alike and not varied. Varied, any loose medication, medication not in an original container, or any unlabeled/mislabeled medication not in the appropriate bottles/containers, will not be accepted. All, otherwise legitimate prescription medications, will be documented by the Screening Nurse under direct view of a designated camera in Intake/Receiving. Following the inventory, the medications will remain in their container(s) and will be placed into a tamper resistant property bag, which will then be sealed. The inmate's name, docket, type of medication and total amount of medication containers inventoried, will be written on the exterior of the tamper resistant bag. The sealed bag will then be signed by the Screening Nurse. Each sealed inventory bag shall possess a control number. Documentation shall be notated within the inmate's electronic medical record to list the

      control number on the bag, a description of the medication inventoried, the total inventory of each prescription medication container and the total number of prescription medication containers present during inventory, along with the pharmacy name and number.  The sealed bag containing the medications will then be forwarded to property and secured in the property vault.

12. Transcribe all new orders and complete the MAR, etc. for all new intakes.

13. Contact the physician/ARNP for prescription medications and treatment orders.

14. Screen any uncooperative inmate/patients.  For any inmate/patient who remains uncooperative, recheck and document any attempt to re-screen him/her every two hours.

15. Document any inmate/patient who remains uncooperative on the uncooperative list.  Provide the on-coming shift with report for those inmates who remain uncooperative.

16. Marchman Act detainees will be assessed every two hours.  Findings will be documented in the medical record.
17. Communicate any pertinent inmate patient care issues that require follow-up or observation to the on-coming shift.

18. Utilize assessment protocols to provide patient care as condition warrants.

19. Upon arrival, any inmate with a wound dressing will have the dressing removed, the wound condition assessed, findings documented and the wound redressed.

20. Notify the Clinical Supervisor of all:

    a. 911 calls and/or inmates/ patients sent to the hospital.

    b. Serious inmate patient conditions or status change.

    c. Suicide attempts.

21. Complete the Refusal Log on any inmate/patient refused at intake pending medical clearance. Forward the refusal log to Medical Administration at the end of each month.

22. Complete the post inspection checklist and narcotics, sharps and key counts with the in-coming shift; ensure counts are correct prior to leaving the post.

23. Maintain the work environment.  All supplies used will be restocked, and the area left neat and tidy, at the end of each shift.

24. Document risks and/or consequences of any refusal; obtain the inmate/patient's signature for the refusal.  If he/she refuses to sign, indicate on the signature line "refused to sign" and have the sick call deputy witness the form.  All signed refusals will be forwarded to Medical Records for disposition.

25. Periodically throughout the shift, check the "*Inbox*" periodically for tasks to be completed. The next task to be completed will be scheduled and the old task removed from the "Inbox".

E. **MEDICATION NURSE**.  The medication nurse will administer prescribed medication to the inmate/patients as well as distribute, collect and triage requests for medical service.  The nurse will:

1. Report to his/her assigned post.

2. Complete the post inspection checklist and conduct narcotics, sharps and key counts with the shift going off duty; ensure counts are correct and sign the count log before accepting the assignment.

3. Identify all pre-poured medications using the appropriate medication cards. Make new medication cards as needed and return the used cards to their proper place each shift.

4. When a cell side pour is indicated, arrive to the housing location with all the needed supplies to begin pour and administration.

5. Pour and administer all medications as ordered. Medications provided for consumption will be "Floated". Medications will be open crushed or poured as indicated in the pharmacy manual. HIV medications or any other medication contraindicated are exempt from the "float" before consumption rule.

6. Consumption of medications will be ensured by observing each inmate/patient accept and swallow his/her medication(s). The nurse will be alert and observant at all times.

7. Review the MAR for prescription expirations. Place inmates on Chart Review for medication renewal as needed. Renew any chronic medication(s) as needed in the patient's EMR and send to the indicated provider for review and approval.

8. Obtain TST check sheets, measure and document all TST results in millimeters.

9. Obtain daily blood pressures, weights and finger-stick glucose levels as ordered.

10. Inform the Clinical Supervisor or designated infirmary nurse of any changes in an inmate/patient's status or condition; provide input for shift report on an ongoing basis.

11. Collect, sort, prioritize and triage inmate *Medical Request Forms* during medication rounds.

12. Once the *Medical Request Form* has been triaged, acceptance will be documented in the upper right hand corner of the form by placing the date received, initials and payroll number.

13. If the request is non-emergent, "refer to NSC" will be documented on the request form.

14. If the complaint is urgent, involves reported pain or can be assessed cell side, the nurse will assess and treat the complaint per current nursing protocols. The pink copy indicating disposition will be returned to the inmate.

15. *Medical Request Forms* that require Nurse Sick Call or ARNP Sick Call will be logged and filed in the Inmates Medical Request Logbook.

16. If a request is immediately handled and resolved, the request form will be documented as "complete" and the yellow copy receipt indicating resolution will be returned to the inmate/patient. The original copy will be sent to Medical Records for filing/scanning.

17. Document on the inmate's *Medical Request Form* 'Seen NSC" (Seen Nurses Sick Call), sign and date the form. Return the yellow copy to the inmate and return the green copy to medical records for filing and/or scanning.

18. Maintain the cleanliness of the mediation carts.

19. Provide patient care as the condition warrants.

20. Monitor and document compliance for KOP program participants as per policy.

21. Re-order needed medications through the pharmacy on a daily basis.

22. Assist with order transcription for assigned housing area.

23. Transfer all MARs, treatment sheets, flow sheets, etc. for patients moved from assigned housing area(s) to the appropriate area(s).

24. At the end of each shift, review all MARs for charting omissions and address as needed.

25. The back of each MAR will be signed for each shift worked.

26. Make segregation visits on each shift as assigned. Each inmate/patient in segregation will be asked if he/she has any medical needs. If the inmate/patient is asleep, he/she will be awakened and questioned appropriately. Segregation rounds will be documented in the patient's medical record.

27. When an inmate/patient is released from the facility, the top right corner of the MAR will be signed, indicating the nurse has confirmed the inmates' release; forward all released inmate MARs to Medical Records for filing/disposition.

28. Submit monthly medication statistics to the Nursing Supervisor by the assigned date.

29. Complete the post inspection checklist and conduct narcotics, sharps and key counts with the off-going shift; ensure counts are correct prior to accepting the assignment.

30. Re-copy MAR's at the end of each month, as assigned. All recopied MAR's will contain the recopy date, initial and last name and payroll number of the member completing the recopy. Recopied MARs will be given to a nurse peer to review for accuracy. The nurse conducting the peer review will co-sign the MAR once accuracy is confirmed.

31. Conduct Diabetic Sick Call Clinics and glucose rechecks as per procedure.

32. Document risk(s) and consequence(s) of refusal and obtain the inmate/patient's signature for the refusal. If inmate/patient refuses to sign, indicate on the signature line "refused to sign" and have the sick call deputy witness the form. Forward all signed refusals to Medical Records for disposition.

33. Periodically throughout the shift, check the "*Inbox*" for tasks to be completed. The next task to be completed will be scheduled and the old task removed from the "Inbox".

# PINELLAS COUNTY SHERIFF'S OFFICE
*LEADING THE WAY FOR A SAFER PINELLAS*

**NON-EMERGENCY HEALTHCARE REQUESTS AND SERVICES**

| **STANDARD OPERATING PROCEDURE** | **DISTRIBUTION:** | ALL MEMBERS OF THE DETENTION AND CORRECTIONS BUREAU | **DET 13-34** |
|---|---|---|---|
| | **EFFECTIVE:** | 07-25-12 | |
| | **AMENDS:** | 12-20-10 | |
| | **RESCINDS:** | DCB 13.34 (09-28-09) | |
| | **FIRST POLICY:** | 12-20-10 | |
| | **LAST REVIEWED:** | 01-03-12 | |

ACCREDITATION STANDARDS:  ACA:  4-ALDF-2A-45, 2A-53, 4C-03
　　　　　　　　　　　　　FMJS:  7.09, 7.10, 7.11
　　　　　　　　　　　　　NCCHC:   J-E-07,  J-E-08, J-E-09, J-E-10, J-E-11, J-E-12, J-H-02, J-H-04

**I. PURPOSE:**

The purpose of this directive is to ensure all inmates, regardless of housing assignment, have timely and appropriate access to qualified healthcare providers to address their non-emergency healthcare needs.

**II. DISCUSSION:**

Inmates of the Pinellas County Jail, including those housed in segregation areas, have access to non-emergency medical services by submitting a *Medical Request Form (Form 82),* or by signing his/her name on the *Nurse Sick Call List*.  The manner in which he/she will access the system will depend on his / her housing location.  Requests indicating conditions of an emergent or urgent nature shall be addressed immediately with appropriate intervention and/or referral as indicated.  Nurse Sick Call (NSC) clinics shall be conducted in a clinical setting whenever possible, or in a setting appropriate to the assessment being performed.  Privacy and confidentiality shall be maintained to the extend allowable, in order to maintain a safe and secure environment.  Services are timely and supervised by the Health Authority.

**III. PROCEDURE:**

A. The Program Administrator shall ensure sick call is structured to allow inmates to have access to care for their emergent and routine healthcare needs while preventing unnecessary interference or disruptions in detention activities (e.g. counts, meals, recreation, visitation, etc.).  Medical appointments shall be conducted in an orderly fashion, with the utmost consideration of escort availability and the level of security required under given circumstances.

B. Medical appointments shall be conducted in an orderly fashion, with the utmost consideration for the availability of escort personnel and the level of security required under given circumstances.  Sick call shall be timely and appropriate.

C. Qualified healthcare staff shall make rounds daily to assess and treat inmate's non-emergent medical conditions using agency approved Nursing Assessment Protocols.  Nurses involved with the assessment of inmate health complaints shall employ sound clinical judgment and shall practice within their scope as defined by the Nurse Practice Act.

D. Medical staff shall conduct Nurse Sick Call either via the "NSC List" procedure or the Form 82 procedure, depending on the housing assignment of the inmate.

1. NSC List Procedure.

   a. A Nurse Sick Call list shall be posted every evening in the housing areas that have been designated appropriate for NSC assessments.

   b. Detention staff shall provide the number of inmates who have signed up for sick call to the nursing supervisor. Upon receiving the information from the supervisor, the Director of Nursing shall determine the staffing pattern necessary to accommodate the work load.

   c. The list shall be picked up by the nurse, either prior to or upon conducting the daily sick call clinic.

   d. The nurse sick call RN shall enter the housing area, announce their presence and intent to address the inmate's serious medical concerns.

   e. Using the NSC List and agency directives, detention staff shall coordinate the safe and methodical arrival and departure of inmates during the Cell Side NSC Clinic.

   f. The RN shall document all vital signs, weights, allergies and the chief complaint for the visit.

   g. The RN completing the NSC assessment shall examine the inmate as indicated and document all findings, including results of diagnostic testing performed, as required by the Nursing Assessment Protocols (e.g. accucheck, pulse-ox, PT/INR, peak flow, etc.). The RN shall also document any treatment provided, OTC medication ordered/administered, verbal orders taken if appropriate, referrals made, etc.

   h. If, upon examining the inmate, the RN feels the inmate's condition requires a level of privacy or confidentiality not readily available, or if he/she has a non-emergent medical condition that is above the scope of his/her license, or requires equipment/space not available cell-side, the nurse shall make the appropriate referral to the Dental Assistant, Qualified Mental Health Staff, or to a nurse or mid-level provider in the clinic.

   i. Nurses shall account for any medications, sharp objects, etc. on an on-going basis to ensure security is not breached.

   j. Prior to the inmate's departure from the area, the RN shall provide any required treatments, including dressing changes, medication administration, etc., and shall document all services provided.

   k. Medical staff shall not leave the area until all medical equipment and supplies are accounted for, waste is properly disposed of and medications are secured.

   l. Inmate workers, inmates in court, etc. who have signed up for sick call shall be evaluated as soon as possible upon returning to their housing location.

2. Form 82 Procedure.

   a. Medical Request Forms (82 Form) shall be provided by the nurse to any inmate who wishes to request non-emergent treatment for an injury or illness. Detention staff shall NOT be involved with the distribution or the collection of the Medical Request Forms.

   b. Forms are collected and triaged for immediacy of need and the intervention required. Any request for service that indicates the condition may be of an emergent or urgent nature (e.g. pain, suicidal thoughts, etc.) shall be addressed immediately. Any serious medical need shall be immediately communicated to a higher level provider (ARNP, physician) as appropriate.

      c. Once all slips are collected and triaged, the nurse shall document receipt and action taken based on the triage decision, including immediate referral for emergent or urgent care, referral to Nurse Sick Call, referral to mental health or dental staff, etc.

      d. LPNs collecting the forms may administer medications or treatments addressed in 82 forms that indicate the inmate has "self-diagnosed" a particular condition that falls under the Nursing Assessment Protocols (i.e. "I have diarrhea and need…." or "I cut my finger and need a band-aid.") however, if the inmate's condition requires an assessment, he/she shall be referred to the RN working NSC.

      e. When NSC is conducted, the inmate shall be called down to the appropriate clinical exam area and the RN shall assess the inmate using approved Nursing Assessment Guidelines. All "stat" or first dose medications shall be given at the time of the visit, and referrals shall be made as indicated.

      f. Any issue that can be addressed at the time of the visit shall be handled (e.g. contacting the provider for orders, etc.) rather than rescheduling the inmate for another visit.

      g. Nurses shall account for any medications, sharp objects, etc. on an on-going basis to ensure security is not breached.

      h. Inmate workers, inmates in court, etc. who have completed and 82 Form shall be evaluated as soon as possible upon returning to their housing location.

   3. History and Physical (H&P) Assessment.

      a. During the H&P, if an inmate requests services or referrals that are not considered a normal extension of the H&P process (e.g. referral to dental or psych for a non-emergent condition, request for medication, etc.), the nurse shall open a second encounter and address the request as though it were a separate and distinct sick call request for services and shall charge a co-pay.

      b. If the request is for a medication that should already have been started, or an exempt procedure as defined in DET 4-10, Medical Services Cost Reimbursement, no co-pay shall be charged.

      c. Any condition identified during the H&P that the nurse feels requires immediate referral (e.g. lice, scabies, high blood pressure, abnormal sugar levels, etc.), no co-pay shall be charged.

E. Not every inmate who signs up on the NSC List or who completes an 82 Form requires a sick-call appointment however, when an inmate indicates he/she has a new clinical symptom, a face-to-face encounter between the inmate and a qualified healthcare professional shall occur.

F. Any inmate who requests specific medications or treatments for conditions not routinely treated at the jail per policy or protocol (e.g. dandruff, dry skin, chapped lips, calluses, corns, acne, insomnia, etc.) shall be advised his/her condition does not constitute a "serious medical need" and he/she may access the commissary for treatment remedies.

G. Any inmate who requests items not routinely provided (e.g. double mattress, extra blanket, double meal portions, etc.) for conditions that do not constitute a "serious medical need" shall be denied the item being requested.

H. Any inmate who puts in numerous requests to be seen for a medication or service that has not previously been denied by a qualified healthcare provider shall be informed the medication or service is NOT an option and he/she shall refrain from submitting requests for that particular service in the future, given the following:

    1. There has been NO acceleration in the inmate's disease process; and

    2. There has been NO deterioration in the inmate's overall health status; and

    3. The inmate is NOT being denied necessary treatment for a "serious medical need."

I. For any inmate who puts in numerous requests to be seen for a health condition that has previously been addressed, the nurse shall determine whether or not the inmate has completed the treatment regimen ordered.  If he/she has not (e.g. seven day cold protocol provided three days ago), the nurse shall inform the inmate (verbally or via 82 Form) to submit a request after the course of treatment has ended.  Staff shall educate the inmates on the necessity of allowing completion of the full course of treatment prior to submitting further requests.

J. If an inmate is on a particular treatment regimen and indicates he/she has a new symptom, the inmate shall be assessed for any "serious medical need" to include a reaction to a medication or treatment, upgrade in medical status, etc.

K. All documentation is made directly into the EMR via laptop or desktop computer whenever possible, depending on the housing location.  Any documentation that must be entered at a later time must be documented as a "late entry" with a notation of the time of the encounter.

L. If an inmate reports to sick call more than two times for the same "serious" health complaint or if the inmate's condition cannot be clinically managed within the nursing protocols, he/she shall be referred to, and assessed by, the Advanced Registered Nurse Practitioner (ARNP) in a timely manner.

M. The physician or ARNP shall be called when an inmate misses three doses of any medication or when an inmate refuses any significant medical procedure.  If sound clinical judgment dictates an inmate referral should be made for missing as little as one dose of a medication (e.g. insulin, Coumadin, etc.) the physician or ARNP shall be notified.

N. Inmates shall NOT be placed on the physician's sick call list except by the ARNP, Director of Nurses, or designee.  However, if an inmate presents with a "serious medical need," the appropriate steps shall be taken to ensure the inmate is seen by a higher level practitioner in a timely manner.

O. All inmate encounters shall be thoroughly documented in the EMR and will include date, time of assessment, name, title and payroll number of the medical staff member as well as all subjective and objective data, clinical impressions and justification for actions taken.

P. A medical co-pay shall be applied for all non-exempt inmate initiated sick call requests per DET 4-10, Medical Services Cost Reimbursement.

Q. Once an appropriate co-pay is charged to an inmate account for a referral for services (e.g. dental, psych, ARNP), the co-pay shall NOT be reimbursed due to the inmate's subsequent refusal to attend the referred practitioner's clinical visit.

# PINELLAS COUNTY SHERIFF'S OFFICE
*LEADING THE WAY FOR A SAFER PINELLAS*

| EMERGENCY SERVICES | | | |
|---|---|---|---|
| **STANDARD OPERATING PROCEDURE** | **DISTRIBUTION:** | ALL MEMBERS OF THE DETENTION AND CORRECTIONS BUREAU | **DET 13-36** |
| | **EFFECTIVE:** | 08-12-13 | |
| | **AMENDS:** | 12-20-10 | |
| | **RESCINDS:** | DCB 13.36 (07-23-09); DET 13-65 (12-20-10) | |
| | **FIRST POLICY:** | 12-20-10 | |
| | **LAST REVIEWED:** | 02-26-13 | |
| ACCREDITATION STANDARDS: ACA: 4-ALDF-4C-05, 4C-06, 4C-08, 4D-09, 4D-12, 4D-17, 4D-23, 4D-27<br>FMJS: 7.02, 7.07, 7.08, 7.16, 7.19, 11.01<br>NCCHC: J-A-07, J-E-08, J-E-10, J-H-04, J-I-02 | | | |

### I. PURPOSE:

The purpose of this policy is to identify the procedures to be followed for an inmate requiring emergency services.

### II. DISCUSSION:

Emergency medical, mental health and dental care is available to inmates on site, or at a hospital, urgent care center, or mental health crisis center.

### III. DEFINITIONS:

A. Emergency Care – Care for an acute illness or an unexpected health need that cannot be deferred until the next scheduled sick call or clinic.

B. Emergency Treatment Order - One or more medications given to an inmate, with or without informed consent, during an emergency situation, when the inmate's condition or behavior presents an immediate danger so self or others, and when no less intrusive or restrictive intervention would otherwise be effective.

### IV. PROCEDURE:

A. Emergency medical, mental health and dental care including physician consultation, is available to inmates 24 hours per day, seven (7) days per week.

1. Agreements will be made with local emergency rooms to provide emergency off-site care for inmates.

2. On-call schedules will be developed and pager or telephone numbers will be listed on the schedule and posted on SONET. Names and telephone numbers of pertinent individuals, including the Poison Control and EMS will be readily accessible in the Healthcare Building. This written list of referral sources, including emergency and routine care providers, will be reviewed and updated annually.

3. Sunstar Ambulance will provide emergency transport.

4. Emergency drugs and equipment in the Emergency Kits and Trauma Bags shall be maintained, inspected and replenished monthly, or more often as needed.

    5. Automatic External Defibrillators (AED) are available in designated areas of the facility. All detention and healthcare staff are trained in first responder CPR and AED usage.

    6. The first responding member on scene shall assume control and responsibility of the medical emergency until relieved by a member with a higher level of medical training (certified staff, LPN, RN, ARNP, physician).

B. After notification of a potential emergency, medical staff will respond to the area with first responder equipment. The medical staff will assess the inmate, provide first aid and/or crisis intervention in the area or have the inmate moved to the clinic for assessment and treatment.

C. The medical staff will contact the physician or designee with a report and receive orders if indicated. Orders shall be initiated; the inmate assessment and orders will be documented in the inmate's medical record.

D. If an assessment indicates a life-threatening condition, life support measures (e.g. CPR) will be initiated unless a DNR has been enacted, and security will be directed to call 911 for EMS response immediately.

    1. If needed, the detention staff will assist in performing CPR.

    2. CPR support of the inmate will be continued until relieved by paramedics.

    3. The AED will be initiated on inmates as indicated.

    4. At no time will a medical staff member leave the patient unattended during a medical emergency. Detention staff shall assist the medical staff by relaying information via radio and/or retrieval of equipment.

    5. Unless contraindicated by the patients' clinical or mental state, restraints shall be removed so life saving measures can be performed, and the patient moved into an area where basic life support or first aid measures may continue unimpeded.

E. The shift supervisor will be notified of the need to transport an inmate to the emergency room. When possible, the Medical Director will be contacted to approve the transfer; however, if the situation is critical, the Medical Director will be notified immediately following the transfer.

F. If the inmate's condition permits, he/she will be asked to sign an *Authorization of Release of Information Form*.

G. A *Consultation-Emergency Referral Form* will be completed to include pertinent medical information. The transporting officers will be reminded of the need to have the inmate and the referral form returned to the Healthcare Building upon return to the facility.

H. As soon as practical after the inmate leaves for the emergency room, a medical staff member will telephone the emergency room to give report on the inmate.

I. When transportation by agency vehicle is contraindicated, the medical staff will transport via ambulance. In all cases, detention staff will accompany the transferred inmate and appropriate security procedures will be followed. Transportation arrangements will be made with Sunstar Ambulance and all 911 calls will be routed through Central Division Intake area.

J. The Director of Nursing, Program Administrator and Bureau Commander or designee will be notified of the transfer to the emergency room if the inmate has a life-threatening condition.

K. If special treatment and/or medication are needed during transport, special instructions are given to the transport personnel. Any special precautions required will also be communicated to transport personnel, including standard precautions and the use of masks and/or gloves.

L. In case of serious illness, injury or death of an inmate, the inmate's family, legal guardian or personal representative will be notified unless security reasons dictate otherwise. If possible, the inmate's permission for notification will be obtained in advance. Identification of the next of kin, legal guardian or responsible person shall be requested during classification. The inmate's representative information shall be maintained in the health record whenever possible.

   1. The Medical Director and Case Manager/Clinical Supervisor shall confer, and based on the inmate's health condition, may coordinate the notification of next of kin with the Bureau Commander or designee.

   2. The Investigative Operations Bureau (Criminal Investigation Division) shall contact the next of kin as soon as possible following an inmates' death, or notification of imminent danger of death due to serious injury or illness.

   3. If requested by the Investigative Operations Bureau, the Medical Director or designee will assist with the notification of relatives in order to ensure accurate information is conveyed in a timely manner.

M. Emergency Treatment Orders (ETO)

   The use of medications, sometimes by force, with or without an inmate's informed consent, which is restricted to emergency situations in which the inmate's behavior or condition presents an immediate danger of serious harm to self or others. ETOs are only used when no less intrusive or restrictive intervention would otherwise be effective. A licensed physician must order the medication and the duration of therapy. Emergency treatment orders shall not be ordered for disciplinary purposes.

   1. The inmate's health record shall clearly reflect the inmate's condition, the threat posed, the reason for forcing the medication, other treatments attempted and treatment plan goals for the withdrawal of the forced medication and utilization of less restrictive treatment alternatives as soon as possible.

   2. The physician's order specifying the drug(s), amount, route, frequency of administration and duration of the therapy shall be recorded in the health record before administration of the initial dose.

   3. The nurse shall document on the Medication Administration Record (MAR) and in the Progress Notes the date and time, medication given, the route and the response to the medication.

   4. Patient shall be observed for a period of not less than five minutes for side effects; nursing staff shall check the patient's vital signs 30 minutes after administration of the medication. Abnormal results shall be reported to the physician immediately.

   5. Pursuant to FSS 945.48, if the inmate requires ETOs and cannot provide informed consent, or will not provide informed consent, the following procedures shall be initiated:

      a. Note the date/time of the initial ETO administrated.

      b. In most cases, any of the following outcomes may be anticipated within 48 hours:

         (1) The inmate's condition improves to a point where he/she no longer requires ETOs;

         (2) The inmate's condition improves to a point where he/she consents to the medication;

         (3) The inmate is transferred off-site for stabilization of the medical condition.

    c. If, approximately 36 hours after the initial dose of ETO is administered, but no more than 44 hours, the inmate does not appear to be meeting any of the outcomes anticipated above, the Medical Director, Psychiatrist or other treating physician shall inform the Inmate Healthcare Program Administrator.

    d. The Inmate Healthcare Program Administrator or designee shall notify General Counsel and portions of the inmate's health record pertinent to the administration of ETOs (i.e. the inmate's condition, the threat posed, the reason for forcing the medication, etc.) shall be forwarded to General Counsel upon request, via email.

    e. General Counsel shall notify the Inmate Healthcare Program Administrator or designee of any necessary further action.