**DOB:**

**Provider:** Thomas Carroll

**Encounter Date:** 01/11/2015 12:04 PM

**User:** Thomas Carroll ARNP

**Reference #:**

**Routine Date of Request:** 01/11/2015 12:04 PM

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Procedure/Test Requested: Ortho eval/treatment R talus fx**

**Specialty Service Requested: Orthopedics**

**Signs & Symptoms: Date of Onset:**

pain R foot. Pt is renal dialysis patient, morbidly obese. Has hx of osteo to L foot. Now w/ pain, swelling R ankle and foot.

**Lab & Xray Data**

Xray: interval collapse or fx R talus w/ medial subluxation of calcaneus. CT advised/pending

**Site Medical Provider: Thomas Carroll 01/11/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

PCSO 002666

**For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.**

_____

**Specialty Service Requested: Pinellas Surgical Associates.**

**Signs & Symptoms: Date of Onset:**

**Inmate with AV anastamosis,left upper arm. Possibly malfunctioning. Thank you.**

**Site Medical Provider: Bernard Yukna 01/16/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

_____

PCSO 002695

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Procedure/Test Requested: CT, right ankle/foot.**

**Signs & Symptoms: Date of Onset:**

Inmate with CRF and DM-DN sustained right ankle injury. Plain films=collapse and/or fracture of talus with subluxation of the calcaneus. Radiologist recommends CT for further assessment.

**Site Medical Provider: Bernard Yukna 01/16/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

PCSO 002700

| | |
|---|---|
| **Patient:** | NELSON , WAHEED |
| **Docket #:** | 1594316 |
| **DOB:** | |
| **Provider:** | Mauricio Rangel |
| **Encounter Date:** | 01/25/2015 11:13 AM |
| **User:** | Mauricio Rangel, MD |

**Reference #:**

**Urgent Date of Request:** 01/25/2015 11:13 AM

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested: Orthopedics**

**Presumed Diagnosis:**

**Fx astragalus, closed 825.21**

**Signs & Symptoms: Date of Onset:**

**Spontaneous collapse of the R astragalus with luxation of calacneous.**

**Site Medical Provider: Mauricio Rangel 01/25/2015**

**Copy this form and paste in an email and send form to designated reviewer**

_____

| | |
|---|---|
| **Docket #:** | 1594316 |
| **DOB:** | |
| **Provider:** | Kevin Kyle |
| **Encounter Date:** | 02/06/2015 5:14 PM |
| **User:** | Kevin Kyle MD |

**Reference #:**

Date of Request: 02/06/2015 5:14 PM

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested: Vasculsar Surgery**

**Failed Outpatient Therapies:**

**AV fistula graph**

**Site Medical Provider: Kevin Kyle 02/06/2015**

**Copy this form and paste in an email and send form to designated reviewer**

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Off-site Reference #:**

**Date of Request: 02/24/2015 9:38 AM**

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Procedure/Test Requested: F/U fistulagram**

**Specialty Service Requested: Surgeon**

**Initial Visit or F/U? F/U**

**Site Medical Provider: Kevin Kyle 02/24/2015**

Copy this form and paste in an email and send form to designated reviewer

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Reviewer comments:**

PCSO 002861

**Off-site Reference #:**

**Date of Request: 02/26/2015 11:50 AM**

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested: Orthopedics**

**Provider: arnp Bumiller**

**Signs & Symptoms: Date of Onset:**

35 y/o BM with continued right ankle swelling and pain. on 2/5 -CT of ankle shows markedly abnormal exam. possobility of charcot foot, possible chronic change and/or infection. comminuted fx. of calcaneous and possibly fx. of the anterior distal tibia, irregularity of the 5th metatarsal. large area of soft tissue, fluid and calcification in hind foot- extending to or from ankle and midfoot.

**Site Medical Provider: Constance Bumiller 02/26/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

PCSO 002876

Electronically signed by Bernard Yukna on 03/04/2015 09:08 AM

**Top of document**

------------------------ 03/02/2015 09:48 AM : pcso_chm_consultation ------------------------

| | |
|---|---|
| **Patient:** | NELSON , WAHEED |
| **Docket #:** | 1594316 |
| **DOB:** | |
| **Provider:** | Kevin Kyle |
| **Encounter Date:** | 03/02/2015 9:48 AM |
| **User:** | Kevin Kyle MD |

**Off-site Reference #:**

**Date of Request:** 03/02/2015 9:48 AM

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested: Surgeon**

**Initial Visit or F/U? F/U**

**Site Medical Provider: Kevin Kyle 03/02/2015**

**Copy this form and paste in an email and send form to designated reviewer**

_____

PCSO 002889

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested: Orthopedics**

**Lab & Xray Data**

collapse Talus & calcaneus

**Site Medical Provider: Kevin Kyle 03/13/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

PCSO 002952

**Procedure/Test Requested: MRI right ankle without contrast**

**Site Medical Provider: Kevin Kyle 04/01/2015**

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source: M & R Interqual Other**

**Criteria met: Yes No Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**

**Reviewer Name:**

**Date Reviewed:**

**Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.**

_____

| | |
|---|---|
| **Patient:** | NELSON , WAHEED |
| **Docket #:** | 1594316 |
| **DOB:** | |
| **Provider:** | Kevin Kyle |
| **Encounter Date:** | 04/01/2015 10:03 AM |
| **User:** | Kevin Kyle MD |

**Off-site Reference #:**

**Date of Request:** 04/01/2015 10:03 AM

**3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):**

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Specialty Service Requested:** Orthopedics

**Initial Visit or F/U?** F/U

**Site Medical Provider:** Kevin Kyle 04/01/2015

==Copy this form and paste in an email and send form to designated reviewer==

_____

**(For UM use only)**

**Criteria Source:** M & R Interqual Other

**Criteria met:** Yes No Deferred

PCSO 002994