**From:** lcommons@aol.com,
**To:** jgordillo@pcsonet.com,
**Cc:** cookjv@gmail.com,
**Subject:** Meet and Confer
**Date:** Fri, Aug 28, 2020 2:50 pm

Hi Mr. Gordillo this will confirm my conversation with you again today regarding the production of the medical records and consultation records and transportation records that I have repeatedly requested.

I must insist that you produce these records by Monday . These are my clients medical records in there are missing records. There are no records from Dr. Swick , Dr.Li, Dr. Almond, Morton Plant Wound Care. There is no problem list . Copy of the films. Email, notes, memos, fax, letters. it was interesting to learn today that you have a copy of my clients correspondence to an attorney but never produced it. Therefore I demand all correspondence that should be part of my clients records and which obviously are in your possession.

as you know I have a summary judgment opposition do and you are hampering my ability to defend my client against summary judgment. I think this is inherently unfair when we have been asking you for record since May. We have had extensive meet and confer a month ago and you still have not produced what you said you would.

Thank you , Linda Commons

**From:** lcommons@aol.com,
**To:** jgordillo@pcsonet.com,
**Cc:** cookjv@gmail.com, rreuss@pcsonet.com,
**Subject:** Re: Meet and Confer
**Date:** Mon, Aug 31, 2020 12:24 pm
**Attachments:**

I told you what was missing. These are electronic records where all data are stored. ==Correspondence is missing entirely. Consults are missing - you did not give me the entire consult records for 2014 and 2015.== You gave me records from 2005-6, 2009-10, 2014-2015. The physician orders for 2015 are scattered and not consecutive. ==Faxes are missing. Transportation records are missing. The consult list you gave me does not have the 30th of March as an appointment for Mr. Nelson. Photos are missing from the consulting doctors. Morton Plant consult and records are missing. Pinellas Surgical Associate records and consults are missing. Swick and All Florida consult and records are missing. Dr. who did AV shunt at St Anthony records are missing. X-ray reports from 2014 are missing. The actual films were not produced.==

You have not supplemented your interrogatories. Or your request for admissions or the production as discussed at the meet and confer in July!

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Gordillo,Jason <jgordillo@pcsonet.com>
To: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>
Cc: cookjv@gmail.com <cookjv@gmail.com>; Reuss,Regina <rreuss@pcsonet.com>
Sent: Mon, Aug 31, 2020 9:14 am
Subject: RE: Meet and Confer

As stated on Friday, PCSO has produced all responsive documents. In fact, you have received almost 5,800 pages worth of documentation from PCSO. I'm not sure what you are referring to regarding me having a copy of Mr. Nelson's correspondence to an attorney that was never produced. If you are referring to your client stating in his jail phone calls played at his deposition that he sent a letter out to Morgan & Morgan, then you will need to ask your client or Morgan & Morgan for a copy of that letter. PCSO has never had a copy of that letter.


**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
**jgordillo@pcsonet.com**



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Friday, August 28, 2020 2:50 PM
**To:** Gordillo,Jason <jgordillo@pcsonet.com>
**Cc:** cookjv@gmail.com
**Subject:** Meet and Confer

Hi Mr. Gordillo this will confirm my conversation with you again today regarding the production of the medical records and consultation records and transportation records that I have repeatedly requested.
I must insist that you produce these records by Monday . These are my clients medical records in there are missing records. There are no records  from Dr. Swick , Dr.Li, Dr. Almond, Morton Plant Wound Care.  There is no problem list . Copy of the films. Email, notes, memos, fax, letters. it was interesting to learn today that you have a copy of my clients correspondence to an attorney but never produced it. Therefore I demand all correspondence that should be part of my clients records and which obviously are in your possession.
as you know I have a summary judgment opposition do and you are hampering my ability to defend my client against summary judgment. I think this is inherently unfair when we have been asking you for record since May. We have had extensive meet and confer a month ago and you still have not produced what you said you would.
Thank you , Linda Commons

|            |                                              |
|-----------:|----------------------------------------------|
|     **From:** | lcommons@aol.com,                          |
|       **To:** | jgordillo@pcsonet.com, rreuss@pcsonet.com, |
|       **Cc:** | cookjv@gmail.com,                          |
|  **Subject:** | Re: Meet and confer fu                      |
|     **Date:** | Thu, Sep 10, 2020 4:02 pm                   |
| **Attachments:** |                                           |

Yes, because that is what I supposed to do.  Pick the topics from the index to see the policy.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com
This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Gordillo,Jason <jgordillo@pcsonet.com>
To: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>; Reuss,Regina <rreuss@pcsonet.com>
Cc: cookjv@gmail.com <cookjv@gmail.com>
Sent: Thu, Sep 10, 2020 3:57 pm
Subject: RE: Meet and confer fu

You just high-lighted them and emailed them to me.

**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
**jgordillo@pcsonet.com**



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Thursday, September 10, 2020 2:59 PM
**To:** Gordillo,Jason <jgordillo@pcsonet.com>; Reuss,Regina <rreuss@pcsonet.com>
**Cc:** cookjv@gmail.com
**Subject:** Meet and confer fu

Attached are policies selected from list of SOPs you gave me.  You still have not given me index for policies and procedures for medical issues.

*Linda Bellomio Commons, R.N., J.D.*

Law Office of Linda Bellomio Commons, P.A.

P.O. Box 340261

Tampa, FL 33694

T:(813) 679-3181

T:(352) 610-4416

F:(813) 265-3010

Email: LCommons@aol.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

**From:** lcommons@aol.com,
**To:** jgordillo@pcsonet.com, rreuss@pcsonet.com,
**Cc:** cookjv@gmail.com, dmheiser1@gmail.com,
**Subject:** Nelson MEET AND CONFER
**Date:** Mon, Nov 2, 2020 11:35 am

==Issues:- no emails produced - emails admitted by Dr. Kyle at Rule 30b6 deposition==
        ==emails referred to by deponents==
        ==emails referred to by documents produced==
   ==- Toni Ward personnel file indicates she developed a computer program to document appointments - you did not produce anything related to this==

   - No evaluations produced for anyone but Ms. Ward and she is missing from 2011 on

   - No PMP
   - No RI
these are referred to in regards to Ms. Liberti


Let me know if you will produce to avoid M2Compel.  Also we need to discuss your additional experts regarding a motion to strike your adding Dr. Swick's experts.  I am available today or tomorrow.  Thanks.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: [LCommons@aol.com](mailto:LCommons@aol.com)

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

|   |   |
|---|---|
| **From:** | lcommons@aol.com, |
| **To:** | jgordillo@pcsonet.com, |
| **Cc:** | rreuss@pcsonet.com, cookjv@gmail.com, |
| **Subject:** | Re: Nelson MEET AND CONFER |
| **Date:** | Wed, Nov 4, 2020 12:22 pm |
| **Attachments:** | |

They are dismissed.  You don't get to use their experts. Furthermore, you have not produced the evaluations referred to in plain English in the letter or the RI or PMP. Or any other evaluation, so no you have not met your obligation.

I will assert you do not agree to the Motions.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com
This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Gordillo,Jason <jgordillo@pcsonet.com>
To: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>
Cc: Reuss,Regina <rreuss@pcsonet.com>
Sent: Wed, Nov 4, 2020 11:59 am
Subject: RE: Nelson MEET AND CONFER

I already satisfied my obligations and am in no violation of any rulings. You are comparing apples to oranges regarding emails at this point.

We have produced the personnel files in their entirety.

As for Dr. Katz – he was properly and timely disclosed by Dr. Swick and AFO. His expert report was already submitted into the record in their MSJ.

**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
jgordillo@pcsonet.com



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Wednesday, November 4, 2020 10:43 AM

**To:** Gordillo,Jason <jgordillo@pcsonet.com>
**Subject:** Re: Nelson MEET AND CONFER

Jason,

I do not agree. ==There are emails in the personnel files, Dr. Kyle testified there were emails. The magistrate told you to check your system and check with your personnel. You have not done that, therefore you are in violation of her ruling.==

You did not put any evaluations in the files. They are referenced in letters. Your Rule 26 disclosure was supposed to produce employment records for Newby, Rangel. Then we requested personnel records which include evaluations.

You did not respond about the experts from Dr. Swick and AFO.

Linda

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com
This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

-----Original Message-----
From: Gordillo,Jason <jgordillo@pcsonet.com>
To: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>
Sent: Wed, Nov 4, 2020 10:12 am
Subject: RE: Nelson MEET AND CONFER

I have provided you everything that we have. The only remaining items are what are due today.

**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
jgordillo@pcsonet.com



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Wednesday, November 4, 2020 9:58 AM
**To:** Gordillo,Jason <jgordillo@pcsonet.com>; Reuss,Regina <rreuss@pcsonet.com>
**Cc:** cookjv@gmail.com; dmheiser1@gmail.com
**Subject:** Re: Nelson MEET AND CONFER

Can you talk on the phone today?  You were ordered two hearings ago to produce emails.  You have an internal network.  You just produced the personnel files with missing information as I described.  You moved to strike my experts to capitalize on a mistake in calendaring.  Yet, you turn around and late disclose an expert from another party, dropped, as your own.  I am available and I will be notifying the Court of this matter.  Thank you.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Gordillo,Jason <jgordillo@pcsonet.com>
To: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>; Reuss,Regina <rreuss@pcsonet.com>
Cc: cookjv@gmail.com <cookjv@gmail.com>; dmheiser1@gmail.com <dmheiser1@gmail.com>
Sent: Tue, Nov 3, 2020 1:55 pm
Subject: RE: Nelson MEET AND CONFER

I am out of the office all afternoon and mostly, if not fully, unavailable the remainder of this week. If you'd like to discuss, we can do it next week. If not, then you will need to be more specific with your requests. However, discovery has closed and I don't believe any further motions will be entertained.

**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
jgordillo@pcsonet.com



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Tuesday, November 3, 2020 10:55 AM

**To:** Gordillo,Jason <jgordillo@pcsonet.com>; Reuss,Regina <rreuss@pcsonet.com>
**Cc:** cookjv@gmail.com; dmheiser1@gmail.com
**Subject:** Re: Nelson MEET AND CONFER

May I have a response please?

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Linda Bellomio Commons, R.N., J.D. <lcommons@aol.com>
To: jgordillo@pcsonet.com <jgordillo@pcsonet.com>; rreuss@pcsonet.com <rreuss@pcsonet.com>
Cc: cookjv@gmail.com <cookjv@gmail.com>; dmheiser1@gmail.com <dmheiser1@gmail.com>
Sent: Mon, Nov 2, 2020 11:35 am
Subject: Nelson MEET AND CONFER

Issues:- no emails produced - emails admitted by Dr. Kyle at Rule 30b6 deposition
         emails referred to by deponents
         emails referred to by documents produced
   - Toni Ward personnel file indicates she developed a computer program to document appointments - you did not produce anything related to this

    - No evaluations produced for anyone but Ms. Ward and she is missing from 2011 on

   - No PMP
   - No RI
these are referred to in regards to Ms. Liberti


Let me know if you will produce to avoid M2Compel. Also we need to discuss your additional experts regarding a motion to strike your adding Dr. Swick's experts. I am available today or tomorrow. Thanks.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010

Email: LCommons@aol.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

**cookjv@gmail.com**

| | |
|---|---|
| **From:** | Gordillo,Jason <jgordillo@pcsonet.com> |
| **Sent:** | Wednesday, November 4, 2020 4:05 PM |
| **To:** | Linda Bellomio Commons, R.N., J.D.; gat@thetoomeylawfirm.com; alr@thetoomeylawfirm.com; hms@thetoomeylawfirm.com |
| **Cc:** | Reuss,Regina; cookjv@gmail.com; dmheiser1@gmail.com |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS NELSON |
| **Attachments:** | Personnel Records per Court Order.pdf |

| Court | United States District Court, Middle District, Tampa Division |
|---|---|
| Case Caption | Waheed Nelson v. Bob Gualtieri, et al. |
| Case Number | 8:19-cv-00449-CEH-JSS |
| Document(s) Served | Documents responsive to the hearing from October 29, 2020 |
| Serving Party | Plaintiff |
| Attorney | Linda Bellomio Commons |
| Service Date | November 2nd, 2020  (emailed also on Nov.1, 2020)  per Court Order |

Please find attached the documents responsive per the Court's ruling that Plaintiff could have documents that were not pre-employment questionnaires and were not exempt under federal or state law. There are some minor redactions made to these documents for information protected per federal and/or state law. In addition some documents were not produced as they were not redacted in the first place. Those documents are bate stamp numbered 7198-99, 7347, 7732-33, 7812-13, 7852-54, 7907, 7989-91 and 8068-69

**Jason G. Gordillo**
**Senior Associate Counsel**
**Pinellas County Sheriff's Office**
**Phone: 727.582.6274**
**Fax: 727.582.6459**
**jgordillo@pcsonet.com**



**From:** Linda Bellomio Commons, R.N., J.D. [mailto:lcommons@aol.com]
**Sent:** Monday, November 2, 2020 11:28 AM
**To:** gat@thetoomeylawfirm.com; alr@thetoomeylawfirm.com; hms@thetoomeylawfirm.com
**Cc:** Gordillo,Jason <jgordillo@pcsonet.com>; Reuss,Regina <rreuss@pcsonet.com>; cookjv@gmail.com; dmheiser1@gmail.com
**Subject:** Re: SERVICE OF COURT DOCUMENTS NELSON

| Court | United States District Court, Middle District, Tampa Division |
|---|---|
| Case Caption | Waheed Nelson v. Bob Gualtieri, et al. |
| Case Number | 8:19-cv-00449-CEH-JSS |
| Document(s) Served | List of documents per bate stamp page to unredact |

|  |  |
|---|---|
| **From:** | lcommons@aol.com, |
| **To:** | hms@thetoomeylawfirm.com, cookjv@gmail.com, dmheiser1@gmail.com, jgordillo@pcsonet.com, rreuss@pcsonet.com, |
| **Cc:** | gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, |
| **Subject:** | Re: Nelson |
| **Date:** | Thu, Nov 12, 2020 2:02 pm |
| **Attachments:** | |

==When are we getting the emails please?==

Thank you for the errata.

*Linda Bellomio Commons, R.N., J.D.*
Law Office of Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
T:(813) 679-3181
T:(352) 610-4416
F:(813) 265-3010
Email: LCommons@aol.com
This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.


-----Original Message-----
From: Heidi Moser <hms@thetoomeylawfirm.com>
To: cookjv@gmail.com <cookjv@gmail.com>; 'Linda Bellomio Commons, R.N., J.D.' <lcommons@aol.com>; dmheiser1@gmail.com <dmheiser1@gmail.com>; Gordillo,Jason <jgordillo@pcsonet.com>; Reuss,Regina <rreuss@pcsonet.com>
Cc: Gregg A. Toomey <gat@thetoomeylawfirm.com>; Andrea L. Rousseau <alr@thetoomeylawfirm.com>
Sent: Thu, Nov 12, 2020 1:51 pm
Subject: Nelson

Attached please find the executed errata page from the deposition of Donna Graham for your files.
Thank you,

# Heidi

Heidi M. Moser, Legal Assistant
The Toomey Law Firm
Main:  (239) 337-1630
Fax:  (239) 337-0307
Email:  hms@thetoomeylawfirm.com



THE TOOMEY LAW FIRM LLC
The Old Robb & Stucky Building
1625 Hendry St., Suite 203
Fort Myers, FL  33901


CONFIDENTIALITY NOTE: This email and any attachments may be confidential and should be considered protected by legal privileges. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.