November 1, 2020

Pursuant to Order to unredact:

Bate Stamp Page Numbers:

7170

7171-6

7180-3

7185

7189-92

7196

7198-99

7202-7211

7214-18

7220

7224-29

7231-38

7242

7246-7

7250-52  (7252 back only)

7266

7273 (back)

7274

7297

7301 (#5)

7316

7319 -20

7341-42

7345

7347

7350-7359

7362-64

7377-80

7382-7391

7415-20

7422-25

7441-2

7457

7459-61

7464 (emergency contact)

7466

7481

7485-6

7490

7493-94

7499-7500

7503-08

7510-12

7514-7526

7529-30

7538-43

7549

7461

7587-88

7600

7604-5

7612-14

7618-7622

7625-7632

7637

7639-40

7645-6

7648-7669

7682

7690

7695

7710

7721-22

7732-33

7768-69

7771

7773-76

7781-89

7804-06

7812-14

7827-30

7832-7842

7844-7847

7852-7854

7881

7886-88

7902

7905

7907

7910-19

7922-23

7941-7955

7971

7973

7975-77

7979-80

7989-91

8007

8010

8057-58

8064-5

8067-69

8071-74

8082-88

8089 (bottom)

8090