# Pinellas County Sheriff's Office

Human Resources

**Sent:** Wednesday, September 19, 2012 10:31 AM

**To:** gailnewby@yahoo.com

We have received your application for the position of Registered Nurse.

Pinellas County Sheriff's Office
Human Resources Division
10750 Ulmerton Road, Building 400
Largo, FL  33778
(727) 582-6208
fax (727) 582-6553
Human_Resources@pcsonet.com

PCSO007170

# License Verification

Data As Of **5/29/2014**

6|11

## GAIL MIRANDA NEWBY
LICENSE NUMBER: **ARNP9231264**

**Profession**
ADV REG NURSE PRACTITIONER    *medical* 

**License/Activity Status**
CLEAR/ACTIVE

**Qualifications**
Nurse Practitioner

**License Expiration Date**
4/30/2015

**License Original Issue Date**
05/19/2005

**Discipline on File**
NO

**Public Complaint**
NO

**Address of Record**
[redacted]

The information on this page is a secure, primary source for license
verification provided by The Florida Department of Health, Division of
Medical Quality Assurance. This website is maintained by Division staff
and is updated immediately upon a change to our licensing and
enforcement database.

*worked @ PCSD as Chaplain.*

*6|11 - Orientation*

*awesome per
Dalia Hernandez
@ PASCO - left
when they
privatized*

*JP SS398
5/29/14*

## RE: Gail Newby supporting documents attached for ARNP

Human Resources
**Sent:** Tuesday, June 10, 2014 9:02 AM
**To:** Gail [gailnewby@yahoo.com]

Good Morning Ms. Newby,

We have received your documents and will add them to your file.  Your USF Diploma
was cut off though.  If you wouldn't mind resending that.

Human Resources
dl

From: Gail [gailnewby@yahoo.com]
Sent: Monday, June 09, 2014 6:43 PM
To: Human Resources
Subject: Gail Newby supporting documents attached for ARNP

PCSO007242

Healthcare Practitioner License Printer Friendly Detail Information Display            Page 1 of 1

# License Verification
Data As Of **5/22/2014**

**DARLENE MARIA LIBERTI**
LICENSE NUMBER: **ARNP9226566**

**Profession**
ADV REG NURSE PRACTITIONER

**License/Activity Status**
CLEAR/ACTIVE

**Qualifications**
Nurse Practitioner

**License Expiration Date**                          **License Original Issue Date**
7/31/2016                                            03/25/2005

**Discipline on File**                               **Public Complaint**
NO                                                   NO

**Address of Record**

The information on this page is a secure, primary source for license
verification provided by The Florida Department of Health, Division of
Medical Quality Assurance. This website is maintained by Division staff
and is updated immediately upon a change to our licensing and
enforcement database.

PCSO007363

# License Verification
Data As Of **5/29/2014**

*Ready Nurse*

**DARLENE MARIA LIBERTI**
LICENSE NUMBER: **ARNP9226566**

**Profession**
ADV REG NURSE PRACTITIONER        *medical*        *6/11*

**License/Activity Status**
CLEAR/ACTIVE

**Qualifications**
Nurse Practitioner

**License Expiration Date**
7/31/2016

**License Original Issue Date**
03/25/2005

**Discipline on File**
NO

**Public Complaint**
NO

**Address of Record**
[REDACTED]

The information on this page is a secure, primary source for license
verification provided by The Florida Department of Health, Division of
Medical Quality Assurance. This website is maintained by Division staff
and is updated immediately upon a change to our licensing and
enforcement database.

Liberti ARNP employment application                                           Page 1 of 1

## Liberti ARNP employment application

liberti04@tampabay.rr.com

**Sent:**        Wednesday, May 21, 2014 6:23 PM
**To:**          Human Resources
**Cc:**          Pelella,Kristine
**Attachments:** Liberti CV.pdf (168 KB) ; Liberti Employment App Onl~1.pdf (732 KB)

Greetings,

I am requesting to be selected for an Adult Registered Nurse Practitioner position at the Pinellas County Sheriff's Department. Please refer to my Curriculum Vitae which I have attached as well as job application. I will be seeking a part time or a full time position.

I have a wealth of clinical knowledge and experience from which to draw. Functioning as an Adult Nurse Practitioner at Graceville Correctional Facility as well as in the Afghan National Detention Facility in Parwan (ANDF-P), I have gained a great deal of experience especially in providing independent primary care in a correctional setting to detainees and prisoners. I performed medical examinations and evaluations, diagnoses, minor surgical procedures, treatment and follow up consultations for detainees and prisoners at both sites.

In 2012-2013, as the Officer in Charge of a Detainee Medical Clinic, I managed a team that provided all medical care to detainees in the ANDF-P. I led the team in developing a more efficient process for providing humane healthcare that saved the military thousands of dollars. Most recently, I have completed a locum tenem assignment at a private prison in Graceville, Florida.

In the ANDF-P, I demonstrated expert leadership in the clinical oversight for the facilities Infection Control Program and implemented surveillance procedures for the entire detention population ensuring compliance with professional standards.

Having served 20+ years in the Army Reserves, I have met all of my personal and professional goals and am actively pursuing my retirement from the military. I submitted my retirement packet 26FEB2014. All my training, education and experience make me an ideal fit to help your company to grow.

Feel free to contact me at ████████████ or Liberti04@tampabay.rr.com if you have any positions available.

Thank You for your time and consideration.

Sincerely,


Darlene M. Liberti, MSN, ARNP-C

Pinellas County Sheriff's Office                                             Page 1 of 1

## Pinellas County Sheriff's Office

Human Resources
**Sent:** Thursday, May 22, 2014 9:49 AM
**To:** liberit04@tampabay.rr.com

Dear Ms. Liberti,

We have received your application for the position of ARNP.

To complete your application you will need to provide the following documentation and missing items: valid Florida driver's license with current address, social security card, certified birth certificate, high school diploma or GED with transcript scores, university or college diploma, most recent DD214, proof of any name changes (marriage, divorce, court documents), and proof of citizenship or resident alien status, valid State of Florida medical license & CPR card. We will make photocopies of your original documents.

Items missing from your application:

An identification photograph will be taken for your file, please dress accordingly.

Your application may not be considered for the position until all documentation and missing items are submitted.

Thank you for your interest in the Pinellas County Sheriff's Office.

Pinellas County Sheriff's Office
Human Resources Division
10750 Ulmerton Road, Building 400
Largo, FL 33778
(727) 582-6208
Fax (727) 582-6553
human_resources@pcsonet.com

PINELLAS COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER & DRUG FREE WORKPLACE

**PLEASE NOTE: DO NOT REPLY TO THIS EMAIL! **
vt

PCSO007442



Medical Quality Assurance (MQA) Services

License Verification
Data As Of 5/28/2014

**CONSTANCE ANN BUMILLER**
LICENSE NUMBER: ARNP2685832

Printer Friendly Version

General Information | Secondary Locations | Practitioner Profile

**Profession**
ADV REG NURSE PRACTITIONER

**License/Activity Status**
CLEAR/ACTIVE

**Qualifications**
Family Nurse Practitioner
Nurse Practitioner

**License Expiration Date**                    **License Original Issue Date**
4/30/2016                                      02/03/1993

**Discipline on File**                         **Public Complaint**
NO                                             NO

**Address of Record**
14400 49TH ST NORTH
CLEARWATER, FL   33762
UNITED STATES

The information on this page is a secure, primary source for license verification
provided by The Florida Department of Health, Division of Medical Quality
Assurance. This website is maintained by Division staff and is updated immediately
upon a change to our licensing and enforcement database.

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

PCSO007494

Consolidated Justice Information System - Consolidated Name Lookup          Page 1 of 1



Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

# KEN BURKE, CPA
## CLERK OF THE CIRCUIT COURT AND COMPTROLLER
PINELLAS COUNTY, FLORIDA

**Consolidated Name Lookup**

Return to Previous Page  Records Main Menu

Search Results For

| Name | Precise Name | Sex | Race | DOB Year Range |
|------|------|------|------|------|
| BUMILLER,CONSTANCE | X | | | |

2 names, BUMILLER,CONSTANCE ANN to BUMILLER,CONSTANCE ANN   New Search

| Link To | Sys | Name | Sex | Race | DOB | File Date | Address | City | ATF | SPN/Case # |
|---------|-----|------|-----|------|-----|-----------|---------|------|-----|------------|
| ☐ | A | BUMILLER,CONSTANCE ANN | F | W | | | | | T | 01260525 |
| ☐ | T | BUMILLER,CONSTANCE ANN | F | W | | | | ■ | T | 00716983 |

New Search

For extended Page Help from the Adult and Traffic systems

Sys  System Code    System Name
 A    Adult
 T    Traffic

ATF        True (T) or false (F) SPN.
DOB        Date of Birth. Applies only to Adult and Traffic systems.
SPN        System Person Number, a single number for identifying a
           person within the Sixth Judicial Circuit of Florida Consolidated
           Justice Information System.

SPN/Case # For the Adult and Traffic Content systems the
           SPN Case # column provides a SPN (System Person Number)

PCSO007517



# KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
PINELLAS COUNTY, FLORIDA

**Adult - Person Related Cases - Fct G**

Return to Previous Page  Records Main Menu
Link Icon Explanation

| Person Related Cases Search Criteria | | | |
|---|---|---|---|
| SPN Number | # of SPN | Name | History Cases: |
| 01260525 | 1 | BUMILLER,CONSTANCE ANN | |

No Cross-reference SPNs related to selected SPN

2 case(s)   New Search

| Link To | Warrant | Case Number | Case Connection(COC) | Entitlement | Div | File Date | Last Action | Disp. | Person Loc | Bond | Case Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CTC9917793MMANO | WITNESS FOR PROSECUTION | VS SIMONELLI | | 05/12/99 | | | | | County |
| | | CTC9126773MMANO | CLOSED CASE DEF A | VS BUMILLER, L | L | 10/29/91 | 11/18/91 | AWFD | | | County |

New Search

COC:    Connection Desc to Case;
Person Loc - Person Location
Link Icon Explanation

Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness

# KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA
**Adult - Case Related Persons - Fct E**

Return to Previous Page  Records Main Menu
Link Icon Explanation

| Pinellas Case | Uniform Case | Entitlement | Next Cal On |
|---|---|---|---|
| CTC9917793MMANO | S21999MM017793XXXXNO | STATE VS SIMONELLI | |

| Current Poss | HL | Victimless Crime | Division |
|---|---|---|---|
| WHS | WHS | | H |

14 person(s)   New Search |

* * * * * RELATED PERSONS * * * * *

| Link To | Name | COC | SPN |
|---|---|---|---|
| | BUMILLER, CONSTANCE A | WITNESS FOR PROSECUTION | 01260525 |
| | BUMILLER, DIANE MARIE | WITNESS - (VICTIM) | 00964923 |
| | DOMESTIC-VIOLENCE-PR | 01562509 | 0 |
| | SIMONELLI, GARY ROCCO | DEFENDANT A | 00546391 |
| | PRESS, JAN A | ATTORNEY FOR DEF A | 00241995 |
| | COOKE, JANE ELLEN | WITNESS - RECURRING | 00017140 |
| | SPEIR, MONA L | WITNESS FOR PROSECUTION | 01844323 |
| | KALB, PATRICIA A | VICTIM WITNESS COORD. | 01970753 |
| | STRINGER, RHONDA | STATE ATTY-INVESTIG. | 01600296 |
| | JACOBS, SANDEE A | WITNESS - STANDBY | 01811529 |
| | WATKINS, SUSAN | STATE ATTY-SECRETARY | 01843630 |
| | MATHIS, SYLVESTER A | WITNESS - RECURRING | 00348002 |
| | MILLER, TODD | STATE ATTY-ASSIGNED | 01933251 |
| | SHELTER-REPRESENTATI | 01571157 | 0 |

New Search |

Link Icon Explanation

PCSO007519

Pinellas Records Justice Information - Charge, Disposition, Sentence                    Page 1 of 1



KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
PINELLAS COUNTY, FLORIDA

Adult - Charge, Disposition, Sentence - Fct O

Return to Previous Page  Records Main Menu
Link Icon Explanation

New Search | Info Filed

| SPN | Name | | Pinellas Case | | Uniform Case | |
|---|---|---|---|---|---|---|
| 00546391 | SIMONELLI,GARY ROCCO | | CTC9917793M | MANO | 521999MM017793XXXXNO | |

| Sex | Race | DOB | | DIV | DOA | Entitlement | | Filed | |
|---|---|---|---|---|---|---|---|---|---|
| M | W | | | M | 05/12/99 | STATE VS SIMONELLI | | 05/12/99 | |

| Comp | ARN | AOA | | DOO | CIT | AON | Dom Viol |
|---|---|---|---|---|---|---|---|
| 07/08/99 | SO99097769 | FL0520000 | | 05/12/99 | 81009 | 5707 | N |

| ALIT | | | | ADN | ADA | Bond | LOC |
|---|---|---|---|---|---|---|---|
| (2 CT) TRESPASS, BATTERY | | | | 214 | FL0520000 | $25000 | BOND |

| Lab Year | Lab 1 | Lab 2 | CCT | CON | CLIT | |
|---|---|---|---|---|---|---|
| | | | 02 | 5707 | (2CT) TRESPASS ON PROPERTY OTHER | |

| CDD | CDN | CDA | Cost | Fine | Conf | Infr/Fine | Susp | Prob |
|---|---|---|---|---|---|---|---|---|
| 070899 | 318 | FL052013J | $150 | | | | | TERMINATED |

| Prov | | CPN | Res Date | Inv Date | Dis Rptng Date | | DEG |
|---|---|---|---|---|---|---|---|
| PROBATION ORDERED - ADJ/WH | | 345 | | | | | 01 |

| Court Stat | Conv Stat | Court WPN | Conv WPN | SCC | UCRNO | Drug-Inf | Act | Type |
|---|---|---|---|---|---|---|---|---|
| 810091A1 | | 4C | | AWTR | | U | | |

| Alco-Inf | Class | Chrg Type | Juris | Original OBTS | Rearrest OBTS/Date | |
|---|---|---|---|---|---|---|
| Y | | | | 0012205726 | NONE | |

New Search | Info Filed

ADA    Arresting Disposition Agency
ADN    Arrest Disposition Number
AO oka  AI and tool of time of arrest
ALIT   Arrest Literal - Booking charge(s)
AOA    Arresting Agency
AON    Arresting Offense Number
ARN    Arresting Agency Report Number
CCT    Court Count
CDA    Closing Agency
CDD    Closing Date
CDN    Closing Number
CIT    Citation - Arresting Statute Number
CLIT   Court Literal from Court Charging Document
Chrg   Date Case Closed
CON    Court Offense Number
CONF   Confinement
Conv Stat  Conviction Status
CONV WPN   Conviction Weapon used Number of Sample
Court Stat  Official Status Number of Charge
Court WPN   Court Weapon used Number of Sample
CPN    In-custody or JAG/Documentation/PDL
DEG    Degree of Charge
Dis Rptng Date  Date Transferred/Disposition
DOA    Date of Arrest
DOO    Date - 1st Reorder
Drug Inf  Drug Inv - at time of arrest
LOC    Current Location at Punch
PROB   Probation
PROV   Method by which case was adjudicated
SCC    State Custody Code
SUSP   Suspended Jail Time
Link Icon Explanation

| Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

# KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA
**Adult - Case Related Persons - Fct E**

Return to Previous Page   Records Main Menu
Link Icon Explanation

| Pinellas Case | Uniform Case | Entitlement | Next Call | On |
|---|---|---|---|---|
| CTC9125773MMANO | 521991MM026773XXXXNO | STATE VS BUMILLER, | ARN | 111891 |

| Current Poss | ML | Victimless Crime | Division |
|---|---|---|---|
| MCF | MCF | | L |

4 person(s)   New Search 🔍 📰
***** RELATED PERSONS *****

| Link To | Name | COC | SPN |
|---|---|---|---|
| 🔍 ⋗— | SMITH, CHARMAINE | STATE ATTY-INVESTIG. | 01217715 |
| 🔍 ⋗— ⊙ ▥ 🗂 ⋏ ▥ ☐ | BUMILLER, CONSTANCE A | DEFENDANT A | 01260525 |
| 🔍 ⋗— | DELORENZO, DEBRA ZIMB | VICTIM WITNESS COORD. | 01235377 |
| 🔍 ⋗— | FREEMAN, VALERIE L | STATE ATTY-SECRETARY | 00944411 |

New Search 🔍 📰

Link Icon Explanation

PCSO007521

Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness

# KEN BURKE, CPA
## CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

**Adult - Charge, Disposition, Sentence - Fct O**

Return to Previous Page   Records Main Menu
Link Icon Explanation

### - HISTORY DATA -

New Search | Info Filed

| SPN | Name | | Pinellas Case | Uniform Case |
|---|---|---|---|---|
| 01260525 | BUMILLER,CONSTANCE ANN | | CTC9126773MMANO | 521991MM026773XXXXNO |

| Sex | Race | DOB | DIV | DOA | Entitlement | | Filed |
|---|---|---|---|---|---|---|---|
| F | W | | L | 10/29/91 | STATE VS BUMILLER, | | 10/29/91 |

| Comp | ARN | AOA | DOO | CIT | AON | Dom Viol |
|---|---|---|---|---|---|---|
| 11/18/91 | AB91000485 | FL052ABAT | 10/26/91 | 322051 | 2506 | |

| ALIT | | | ADN | ADA | Bond | LOC |
|---|---|---|---|---|---|---|
| UNLAWFUL USE/DHSMV ISSUED ID | | | 205 | FL052ABAT | $0 | OREC |

| Lab Year | | Lab 1 | Lab 2 | CCT | CON | CLIT |
|---|---|---|---|---|---|---|
| | | | | 01 | | |

| COD | CDN | CDA | Cost | Fine | Conf | Infr/Fine | Susp | Prob |
|---|---|---|---|---|---|---|---|---|
| 111891 | 318 | FL052013J | $20 | $55 | | | | |

| Prov | | | CPN | Res Date | Inv Date | Dis Rptng Date | DEG |
|---|---|---|---|---|---|---|---|
| ADJUDICATION WITHHELD - FINAL DISP | | | 338 | | | | |

| Court Stat | Conv Stat | Court WPN | Conv WPN | SCC | UCRNO | Drug-Inf | Act | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | U | | |

| Alco-Inf | Class | Chrg Type | Juris | Original OBTS | Rearrest OBTS/Date |
|---|---|---|---|---|---|
| U | | | | 9999999999 | NONE |

New Search | Info Filed

| AOA | Arresting Disposition Agency |
|---|---|
| ADT | Arrest Disposition Number |
| Alc-Inf | Alcohol Info at time of arrest |
| ALIT | Arrest Literal (Eq Entry Literal) |
| AGA | Arresting Agency |
| AON | Arresting Official Number |
| ARN | Arresting Agency Report Number |
| CCE | Court Court |
| CCA | Closing Agency |
| COD | Closing Date |
| CDN | Closing Number |
| CIT | Citation - Arresting Agency Number |
| OUT | Court Literal from Court Charged Document |
| DCBS | Date Case Closed |
| COS | Court Offered Number |
| CDN? | Curt Statement |
| Conv-Stat | Conviction Statute |
| CNLD WPN | Conviction Wpn Primary(Weapon) Number in Statute |
| Court Stat | Official Statute Number of Charge |
| Other WPN | Court Stat Processing Number of Statute |
| CPN | Consumer - J&N Consecutive Ser |
| DEG | Degree of Charge |
| Dis Rptng Date | Disp Recorded Date |
| DOA | Date of Arrest |
| DOO | Date of Offense |
| Drug-Inf | Drug Info at time of arrest |
| LOC | Current Location of Person |
| PROB | Probation |
| MRGS | Multiple Charge Sequence with Cause |
| SCC | State Custody Code |
| Sr-BN | Suspended Jail Temp |

Link Icon Explanation

Pinellas Records Traffic Information - Person Related Citations          Page 1 of 1

| Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

# KEN BURKE, CPA
## CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

**Traffic - Person Related Citations - Fct AG**

Return to Previous Page  Records Main Menu
Link Icon Explanation

| Person Related Citations Search Criteria | | | |
|---|---|---|---|
| SPN | Name | MM Division | Defendant Only |
| 00716983 | BUMILLER,CONSTANCE ANN | | |

5 Citation(s), from 930029890VA to 870014020PU   New Search ▮ ▯ ☷

| | Citation Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Link To | - Citation - | COC | Filed | DPT/CL | Offense | D6 | Wrnt | Disp. |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 930029890VA | DEFENDANT A | 03/07/93 | SP/*** | OBED/TRAFFIC/CONTROL/DEVICE | | | 03/15/93 |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 890055879RF | CLOSED CASE DEF A | 06/25/89 | | OBED/TRAFFIC/CONTROL/DEVICE | | | 07/14/89 |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 890055880RF | CLOSED CASE DEF A | 06/25/89 | | NO VALID DRIVER'S LICENSE | | | 07/14/89 |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 890008589RF | CLOSED CASE DEF A | 06/07/89 | | UNLAWFUL SPEED | | | 06/30/89 |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 870014019PU | CLOSED CASE DEF A | 06/22/87 | | RAN STOP SIGN | | | 07/17/87 |
| ▣ ⚙ ● ⊃ ø6 t$ $▸ | 870014020PU | CLOSED CASE DEF A | 06/22/87 | | LICENSE NOT CARRIED/EXHIBITED | | | 07/17/87 |

New Search ▮ ▯ ☷

Link Icon Explanation

PCSO007523

## RE:

Human Resources
**Sent:** Wednesday, May 28, 2014 12:20 PM
**To:** cbumiller@tampabay.rr.com

Ms. Bumiller,

We have received your documents and will add them to your file.

Human Resources
dl

From: cbumiller@tampabay.rr.com  [cbumiller@tampabay.rr.com]
Sent: Tuesday, May 27, 2014 8:17 PM
To: Human Resources
Subject:

attached is copy of high school diploma for Connie Bumiller ARNP- medical.
please forward to Kris Pelella.
Thank you.

## Jones, Evelyn

| | |
|---|---|
| **From:** | Jones, Evelyn |
| **Sent:** | Wednesday, May 21, 2014 12:16 PM |
| **To:** | 'cbumiller@tampabay.rr.com' |
| **Subject:** | application |

Hello,

We have received your application for employment with our agency and are currently reviewing your file. An information session has been scheduled for this Friday, May 23 in the Healthcare Read-off room. You have a choice of attending in the morning at 9:00 am or the afternoon at 4:00 pm. The session will be approximately 1 hour and we will cover how we are moving forward and answer any questions you may have.

Please contact Jessica Zamora in Human Resources at 582-6783 or via email at jzamora@pcsonet.com if you have any questions.

Thank you.

Evelyn Jones, HR Specialist 1
Human Resources Division
Pinellas County Sheriff's Office
727-582-6475



*"Leading The Way For A Safer Pinellas"*

6

PCSO007525

Pinellas County Sheriff's Office                                                    Page 1 of 1

## Pinellas County Sheriff's Office
Human Resources
**Sent:** Friday, May 16, 2014 2:30 PM
**To:** cbumiller@tampabay.rr.com

Dear Ms. Bumiller,

We have received your application for the position of ARNP.

To complete your application you will need to provide the following documentation and missing items:  valid Florida driver's license with current address, social security card, certified birth certificate, high school diploma or GED with transcript scores, university or college diploma, most recent DD214, proof of any name changes (marriage, divorce, court documents), and proof of citizenship or resident alien status, valid State of Florida medical license & CPR card.  We will make photocopies of your original documents.

An identification photograph will be taken for your file, please dress accordingly.

Your application may not be considered for the position until all documentation and missing items are submitted.

Thank you for your interest in the Pinellas County Sheriff's Office.

Pinellas County Sheriff's Office
Human Resources Division
10750 Ulmerton Road, Building 400
Largo, FL  33778
(727) 582-6208
Fax (727) 582-6553
human_resources@pcsonet.com

PINELLAS COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER & DRUG FREE WORKPLACE

\*\*PLEASE NOTE:  DO NOT REPLY TO THIS EMAIL! \*\*
vt

PCSO007526



Medical Quality Assurance (MQA) Services

License Verification
Data As Of 5/14/2014

**BERNARD JOHN YUKNA**
LICENSE NUMBER: ME100933

Printer Friendly Version

General Information | Secondary Locations | Practitioner Profile

**Profession**
MEDICAL DOCTOR

**License/Activity Status**
CLEAR/ACTIVE

**Controlled Substance Prescriber**
YES

**License Expiration Date**
1/31/2016

**License Original Issue Date**
02/04/2008

**Discipline on File**
NO

**Public Complaint**
NO

**Address of Record**
PINELLAS COUNTY JAIL
14400 49TH ST NORTH
CLEARWATER, FL   33762
UNITED STATES

The information on this page is a secure, primary source for license verification
provided by The Florida Department of Health, Division of Medical Quality
Assurance. This website is maintained by Division staff and is updated immediately
upon a change to our licensing and enforcement database.

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness

# KEN BURKE, CPA

CLERK OF THE CIRCUIT COURT AND COMPTROLLER
PINELLAS COUNTY, FLORIDA

## Consolidated Name Lookup

| Return to Previous Page | Records Main Menu | | | |
|---|---|---|---|---|
| Search Results For | | | | |
| Name | Precise Name | Sex | Race | DOB Year Range |
| YUKNA,BERNARD | X | | | |

**2 names, YUKNA,BERNARD to YUKNA,BERNARD JOHN** New Search

| Link To | Sys | Name | Sex | Race | DOB | File Date | Address | City | ATF | SPN/Case # |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | YUKNA,BERNARD | M | U | [redacted] | | [redacted] | [redacted] | T | 03238051 |
| | T | YUKNA,BERNARD JOHN | M | W | [redacted] | | [redacted] | [redacted] | T | 00395124 |

New Search

Consolidated Results from the Adult and Traffic Systems

| (Sys) System Code | System Name |
|---|---|
| A | Adult |
| T | Traffic |
| ... | ..... |
| ATF | True (T) or Alias (A) SPN |
| DOB | Date of Birth (Applies only to Adult and Traffic Systems) |
| SPN | "System Person Number" a unique number for identifying a person within the Sixth Judicial Circuit of Florida Consolidated Justice Information System |
| SPN Case # | For the Adult and Traffic Citation Systems the SPN/Case # column provides a SPN (System Person Number) |





| Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

## KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

**Traffic - Person Related Citations - Fct AG**

Return to Previous Page  Records Main Menu
Link Icon Explanation

| Person Related Citations Search Criteria | | | |
|---|---|---|---|
| SPN | Name | MM Division | Defendant Only |
| 00395124 | YUKNA,BERNARD JOHN | | |

1 Citation(s), from 850094551MU to 850094551MU   New Search

| Citation Data | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Link To | - Citation - | COC | Filed | DPT/CL | Offense | D6 | Wrnt | Disp. |
| | 850094551MU | CLOSED CASE DEF A | 03/25/85 | | NOT TO BE USED/DOCUMENTATION O | | | 05/10/85 |

New Search

Link Icon Explanation

PCSO007626

Pinellas Records Justice Information Person Related Cases                    Page 1 of 1



| Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

## KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

**Adult - Person Related Cases - Fct G**

Return to Previous Page   Records Main Menu
Link Icon Explanation

| Person Related Cases Search Criteria | | | |
|---|---|---|---|
| SPN Number | # of SPN | Name | History Cases: |
| 03238051 | 1 | YUKNA,BERNARD | |

No Cross-reference SPNs related to selected SPN

**No Case on File**

New Search

Link Icon Explanation

Skip to Main Content Logout My Account Search Menu New Civil Search Refine
Search                                                    Location : Pinellas County  Help
**Record Count:  0**
**Search By:** Party  **Exact Name:** on  **Party Search Mode:** Name  **Last Name:** yukna  **First Name:** bernard  **Case Status:** All  **Sort By:**
Filed Date

| Case Number | Citation Number | Style/Defendant Inf | Filed/Location/Judi Officer | Type/Status | Charge(s) |
|---|---|---|---|---|---|

No cases matched your search criteria.

PCSO093626

Pinellas County Sheriff's Office                                                    Page 1 of 1

## **Pinellas County Sheriff's Office**

Human Resources
**Sent:** Monday, May 19, 2014 9:26 AM
**To:**   bernieyukna@aol.com

Dr. Yukna,

Thank you for your updated application with the information we asked of you.  We will add it to your file.

Human Resources
dl



**Pinellas County** | General | Court | Official Records | Property | Other Records | eBusiness

# KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT,
### PINELLAS COUNTY, FLORIDA

**Traffic - Person Related Citations - Fct AG**

Return to Previous Page  Records Main Menu
Link Icon Explanation

| Person Related Citations Search Criteria | | | |
|---|---|---|---|
| SPN | Name | MM Division | Defendant Only |
| 00395124 | YUKNA,BERNARD JOHN | | |

1 Citation(s), from 850094551MU to 850094551MU   New Search

| | Citation Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Link To | Citation | COC | Filed | DPT/CL | Offense | Dc | Wrnt | Disp |
| 📄 🔍 ⊘ ○ **D6** **t$ $:** | 850094551MU | CLOSED CASE DEF A | 03/25/85 | | NOT TO BE USED/DOCUMENTATION O | | | 05/10/85 |

New Search

Link Icon Explanation

PCSO007650



## PHYSICIAN'S PROFESSIONAL LIABILITY INSURANCE APPLICATION
### (Including: Medical Doctors, Surgeons, Doctors of Osteopathy, Podiatrists and Dentists)

**Notice:** The policy for which application is made applies only to "Claims" first made during the "Policy Period." Unless amended by endorsement, the limits of liability shall be reduced by "Claim Expenses" and "Claim Expenses" shall be applied against the deductible. Please read the policy carefully.

If space is insufficient to answer any question fully, please attach a separate sheet.

| I. | GENERAL INFORMATION |
|---|---|

1.  (a)  (i)  *Full name of Applicant:* BERNARD JOHN YUKNA

        (ii)  Professional Degree: M.D.

    (b)  Principal practice address: 14400 49th STREET NORTH    PINELLAS
                                 (Street)                       (County)

        CLEARWATER        FLORIDA        33762
            (City)                (State)           (Zip)

    (c)  Additional practice locations: NONE

    (d)  (i)  Phone: ▌▌▌▌▌▌▌▌▌    (ii)  Fax: _____

        (iii)  E-Mail Address: ▌▌▌▌▌▌▌  Website Address: _____

    (e)  (i)  Date of Birth (MM/DD/YYYY): ▌▌▌▌▌▌  (ii)  Place of Birth: ▌▌▌▌▌▌

2.  Are you a U.S. citizen?...........................................................................................[X] Yes [ ] No
    If No, what is your status in the U.S. and current citizenship? _____

3.  Are you currently in active military service?..............................................................[ ] Yes [X] No

4.  Type of practice: [ ] solo practitioner (unincorporated)       [ ] solo practitioner (incorporated)
    [ ] professional corporation                      [ ] professional association
    [ ] limited liability company                    [ ] partnership
    [X] other PINELLAS COUNTY SHERIFF'S OFFICE

5.  (a)  Answer the following. If None, check here [X]

        Full name of entity: _____

        Physical Address: _____

    (b)  Do you want coverage for the entity named Item 5(a) above? ..........................[ ] Yes [ ] No

    (c)  Attach a copy of your letterhead.

    (d)  If you practice other than as an employee, unincorporated solo practitioner or independent contractor, list the names of all physicians practicing under the entity named in Item 5(a) above.

6.  Does your practice:
    (a)  Have a Blog?.................................................................................................[ ] Yes [X] No
    (b)  Utilize an Electronic Health Records (EHR) system? ...................................[X] Yes [ ] No

7.  Is the Applicant a "Covered Entity" under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Rule?...................................................................................................[ ] Yes [X] No
    If Yes,
    (a)  Has the Applicant implemented procedures to comply with the HIPAA Privacy Rule?...................[ ] Yes [ ] No
    (b)  Provide the name and title of the Applicant's Privacy Officer

PCSO007660

| II. | EDUCATION, TRAINING & LICENSE INFORMATION |
|---|---|

1. (a)  Provide your medical or surgical specialty: _FAMILY PRACTICE_
   (b)  Do you limit your practice to the specialty stated in 1.(a) above?.................................................[X] Yes [ ] No
   (c)  Do you have a subspecialty? ......................................................................................................[ ] Yes [X] No
   If Yes, describe. _____

2. Are you American Board certified? ....................................................................................................[ ] Yes [X] No
   (a)  If Yes, provide the following:
      (i)  Medical specialty in which you are certified: _____
      (ii) Date of certification: _____   Any recertification date(s): _____
   (b)  If No, do you plan on taking the Board examination? ...................................................................[ ] Yes [X] No

3. Provide the following information:

|  | Name of Institution | City | State | Date Completed |
|---|---|---|---|---|
| Medical School | UNIVERSITY of MARYLAND School of Medicine | BALTIMORE | MARYLAND | 06/02/72 |
| PGY-1/Internship | CHURCH HOSPITAL | BALTIMORE | MARYLAND | 06/30/73 |
| Residency – Specialty: | | | | |
| Fellowship – Specialty: | | | | |
| Other: FELLOW AMERICAN ACADEMY of FAMILY PHYSICIANS | | | | 1980 |

4. If you graduated from a foreign medical school, are you certified by the Educational Council for Medical School Graduates? ..............................................................................................................[ ] Yes [ ] No
   If Yes, provide the following: year of certification: _____ describe your medical degree: _____

5. Attached a CV or provide a detailed summary of where you have practiced your profession since completing your training:

| Name of Practice | City/State | From (MM/YYYY) | To (MM/YYYY) |
|---|---|---|---|
| SEE ATTACHED | | | |

6. Are you a member of any professional societies?...................................................................................[X] Yes [ ] No
   If Yes, provide information regarding your membership(s). _SEE CV ATTACHED_

7. How many hours of continuing medical education have you take within each of the last two (2) years? _150 Hours_

8. Provide the following information for all of the states in which you practice:

| State | License No. | Effective Date | Expiration Date | Active (Yes/No) |
|---|---|---|---|---|
| FLORIDA | ME 100933 | 01/31/2010 | 01/31/2012 | YES |
| | | | | |

9. Federal DEA License No. and status: _AY5230379   ACTIVE_

| III. | PRACTICE, PROCEDURES & SERVICES |
|---|---|

1. (a)  Do you perform surgery, other than incision of boils & superficial abscesses or suturing skin & superficial fascia? .......................................................................................................[ ] Yes [X] No
   If Yes, complete 1.(b) below.

PCSO007661

(b)   If you perform any of the following procedures, check all that apply. For each procedure performed indicate where the procedure is performed: **H** = Hospital **O** = Office **S** = Surgi-center of other

| | Location |
|---|---|
| ___ Abortions - 1st Trimester | _____ |
| ___ Abortions - 2nd/3rd Trimester | _____ |
| ___ Acupuncture | _____ |
| ___ Adenoidectomy/Tonsillectomy | _____ |
| Anesthesia – Non-obstetrical: | |
| ___ General | _____ |
| ___ Spinal | _____ |
| ___ Epidural | _____ |
| Anesthesia – Obstetrical: | |
| ___ General | _____ |
| ___ Spinal | _____ |
| ___ Epidural | _____ |
| ___ Anesthesia – Other (describe) | _____ |
| _____ | |
| ___ Angiography | _____ |
| ___ Angioplasty | _____ |
| ___ Anti-aging procedures – other than use of human growth hormone (describe)_____ | _____ |
| ___ Arteriography | _____ |
| ___ Assisting in Surgery – on own patients or the patients of others | _____ |
| ___ Breast Implants | _____ |
| ___ Breast Reductions | _____ |
| ___ Catheterization - other than umbilical cord, urethral or arterial line in a peripheral vessel | _____ |
| ___ Cosmetic implantation or injection of silicone or other material | |
| ___ Cryosurgery - other than on benign or pre-malignant dermatological lesions | |
| ___ Chelation Therapy | _____ |
| ___ Dermabrasion/Chemical Peels | _____ |
| ___ Dilation & Curettage | _____ |
| ___ Discograms | _____ |
| ___ Electroconvulsive Therapy | _____ |
| ___ Erectile Dysfunction Therapy | _____ |
| ___ Endoscopic procedures | _____ |
| ___ Hair Transplants or Suturing of Hairpieces | |
| ___ Herbal Medicine | _____ |
| ___ Homeopathy | _____ |
| ___ Hyperbaric Medicine | _____ |
| ___ Hysterectomies | _____ |

| | Location |
|---|---|
| ___ Laser skin resurfacing | _____ |
| ___ Laser Surgery (describe)_____ | _____ |
| ___ Lymphangiography | _____ |
| ___ Mesotherapy | _____ |
| ___ Minimally invasive surgery (describe) | _____ |
| _____ | _____ |
| ___ Moh's micrographic surgery | _____ |
| ___ Myelography | _____ |
| ___ Needle biopsies (describe)_____ | _____ |
| Obstetrics: | |
| ___ Prenatal care | _____ |
| ___ Normal deliveries  - annual no.____ | _____ |
| ___ Caesarean sections - annual no.___ | _____ |
| ___ VBAC deliveries – annual no._____ | |
| ___ Home or non-hospital deliveries | |
| ___ Open Reduction of Fractures | |
| ___ Osteopathic Manipulation | |
| ___ Pain Management (describe) | |
| _____ | _____ |
| Plastic – Cosmetic Procedures: | |
| ___ Blepharoplasty | _____ |
| ___ Collagen injections | _____ |
| ___ Botox injections | _____ |
| ___ Liposuction under 3500 cc's volume | _____ |
| ___ Liposuction 3500 cc's or more volume_____ | |
| ___ Phalloplasty or penile implant | |
| ___ Rhinoplasty | _____ |
| ___ Silicone implants | _____ |
| ___ Silicone injections | _____ |
| ___ Other plastic – cosmetic procedures (describe) _____ | _____ |
| ___ Pneumoencephalography | _____ |
| ___ Prolotherapy/proliterative therapy | |
| ___ Radiation Therapy | _____ |
| ___ Radiopaque dye injections into blood vessels, lymphatics, sinus tracts or fistulae | |
| ___ Refractive surgery: LASIK, PRK, AK, PTK, ICR | |
| ___ Sex reassignment/sex change surgery | _____ |
| ___ Silicone injection | |
| ___ Spinal surgery (incl chemonucleolysis or percutaneous, lumbar discectomy) | _____ |
| ___ Trans Myocardial Laser procedures | _____ |

(NONE)

2. (a) Do you perform surgery for obesity? ...............................................................................[ ] Yes [X] No
   If Yes, complete 2.(b) below.

   (b) If you perform any of the following procedures, check all that apply and provide the number of procedures performed:

   Roux-en-Y:
   ____ Laparoscopic:
        No. performed in past 12 months: _____
        No. you expect to perform in next 12 months: _____

   ____ Open:
        No. performed in past 12 months: _____
        No. you expect to perform in next 12 months: _____

   Banding:
   ____ Laparoscopic:
        No. performed in past 12 months: _____
        No. you expect to perform in next 12 months: _____

   ____ Open:
        No. performed in past 12 months: _____
        No. you expect to perform in next 12 months: _____

   Gastric Restriction, Other (describe) _____ :
        No. performed in past 12 months: _____
        No. you expect to perform in next 12 months: _____

3. Is general anesthesia administered for any of the procedures identified in 1.(b) or 2. above?...............[ ] Yes [X] No
   If Yes, is anesthesia is administered by:
   (a) you?...............................................................................................................[ ] Yes [ ] No
   (b) an Anesthesiologist? .....................................................................................[ ] Yes [ ] No
   (c) a Certified Registered Nurse Anesthetist (CRNA)? ...........................................[ ] Yes [ ] No
       (i) If Yes, is the CRNA directed by or responsible to an Anesthesiologist? ...................[ ] Yes [ ] No
       (ii) If No, explain the type of surgery and percentage of your surgeries or average number of such cases per month. _____

   (d) Are Harvard Standards for the administration of all anesthesia adhered to? ...................[ ] Yes [ ] No

4. (a) Do you perform any surgery in your office? .........................................................[ ] Yes [X] No
   If Yes, answer the following:
       (i) Describe each procedure not already identified above in 1(b) or 2 above:_____

       (ii) Is your surgical suite certified?.........................................................................[ ] Yes [ ] No
            If Yes, provide the name of the certification body. _____
   (b) Do you perform any surgery in other non-hospital facilities?.......................................[ ] Yes [X] No
   If Yes, answer the following:
       (i) Describe each procedure not already identified above in 1(b) or 2 above:_____

       (ii) Name each facility: _____

5. With the exception of surgery for obesity, does your practice include weight reduction or control                                                                        by
   other than diet or exercise? ....................................................................................[ ] Yes [X] No
   If Yes, answer the following:
   (a) Percentage of your patients that are weight control patients: _____
   (b) Do you dispense any drugs?...............................................................................[ ] Yes [ ] No
       If Yes, provide the name(s) of the drug(s) dispensed._____
   (c) Do you use injections for weight control? .............................................................[ ] Yes [ ] No
       If Yes, provide the name(s) of the drugs injected. _____

6. Do you perform any hospital emergency room care?...................................................[ ] Yes [X] No
   (a) If Yes, is this solely a requirement for active admitting privileges?...............................[ ] Yes [ ] No
   (b) If No, provide a detailed description including the approximate number of hours per month spent in emergency

BEZ/MD 06/2009 TGM                          Page 4 of 8

PCSO007663

7. Do you perform consultations outside the state of your primary office address, including but not limited to the use of telecommunications technology as the medium for rendering medical services, medical opinions or medical advice (telemedicine or internet medicine)? ................[ ] Yes [X] No
   If Yes, provide the following:
   (a) Identify all states in which such patients reside: _____
   (b) What percentage of your total practice is involved in such activities? _____

8. Do you interpret or diagnose from films, slides or specimens taken from patients residing in states other than your primary practice address? ................................................................[ ] Yes [X] No
   If Yes,
   (a) Identify all states in which such patients reside. _____
   (b) Are you licensed in each such state? ................................................................[ ] Yes [ ] No

9. (a) Do you use experimental procedures, devices, drugs or therapy in treatment or surgery? .........[ ] Yes [X] No
       If Yes, do you follow FDA-approved protocols? ...................................................[ ] Yes [ ] No
       If Yes, provide name and description of protocol. _____

   (b) Are you a Principal Investigator for any clinical trial?................................................[ ] Yes [X] No
       If Yes,
       (i) List the clinical trials. _____
       (ii) Do you want coverage for this practice activity?................................................[ ] Yes [ ] No

10. Do you:
    (a) Dispense prescription drugs? ........................................................................[ ] Yes [X] No
        If Yes, are you a registered dispensing practitioner? .......................................[ ] Yes [X] No
    (b) Prescribe drugs via the internet? ...................................................................[ ] Yes [X] No
        If Yes, provide details. _____
    (c) Provide diagnosis via the internet? .................................................................[ ] Yes [X] No
        If Yes, provide details. _____

11. (a) Indicate the number of professional employees you employ or supervise in your practice for each of the following: (If none, check here [X])

    ___ Physicians other than yourself   ___ Podiatrists        ___ Chiropractors        ___
    Optometrists

    ___ Physician's Assistants*    ___ Nurses Midwives*   ___ Nurse Anesthetists*    ___ Psychologists

    ___ Surgeon's Assistants*    ___ Nurse Practitioners* ___ Other (describe) _____

    *Provide a description of duties, in detail, including extent supervised on a separate page and attach protocols.
    (b) Are all of the above individuals licensed in accordance with applicable state and federal regulations? ..........................................................................[X] Yes [ ] No
        If No, provide a detailed explanation on a separate page.
    (c) Do you want coverage for any professional listed above?................................................[ ] Yes [X] No
        If Yes, attached a Specified Medical Professional Liability Application for each professional.

12. (a) Average weekly patient load: _90_   (b) Number of patients annually: _4500_

13. Average number of hours you practice each week: _40_

14. What is your approximate gross annual income from your practice? (Check one.)
    ____ Less than $50,000        ____ $50,000 to $99,999
    ____ $100,000 to $149,999      _X_ $150,000 to $199,999
    ____ $200,000 to $499,999      ___ $500,000 or more (estimate) $_____

15. Do you anticipate any changes in your practice in the next year? ......................................[ ] Yes [X] No
    If Yes, attach a detailed explanation.

**IV. MEDICAL FACILITY & OTHER AFFILIATIONS (at Hospitals, Surgery Centers, Residential/Long Term Care...)**

1. Provide the following information for all hospitals and surgical centers where you are currently on staff: NONE

| Name | City | State | Percentage of Work | Type of Privileges |
|------|------|-------|--------------------|--------------------|
|      |      |       |                    |                    |
|      |      |       |                    |                    |

2. Are you currently a hospital chief of staff or head of any hospital department?....................................[ ] Yes [X] No
   If Yes, provide details. _____

3. Do you or the organization named in Section I. 5(a) own (either wholly or in part), operate or administer any hospital, nursing home, surgical center, urgent care center other facility where medical services are customarily provided? .............................................................................[ ] Yes [X] No
   If Yes, provide a details, including the name, location, size, and number of beds. _____

4. Are you in the employ of any individual, firm or corporation other than the employer named in Section I. 5(a)?[ ] Yes
   If Yes, provide a detailed explanation including a description of your responsibilities. _____ X NO

5. Are you under contract to any individual, firm or corporation other than the contracting organization named in Section I. 5(a)?..............................................................................................[ ] Yes [X] No
   (a)  If Yes, provide a detailed explanation including a description of your responsibilities. _____

        (i)  If Yes, does any contract contain a hold harmless agreement?................................................[ ] Yes [ ] No
        a.  If Yes, attach a copy of the contract.

6. Are you in the employ of or under contract to any governmental entity? ..............................................[X] Yes [ ] No
   If Yes, provide a detailed explanation including a description of your responsibilities. PINELLAS COUNTY SHERIFFS
   OFFICE, STAFF PHYSICIAN

7. Do you advertise your professional services in any manner other than a simple listing in a telephone directory? ...........................................................................................................................[ ] Yes [X] No
   If Yes, attach a copy of all advertisements.

8. Are you associated with any agency or organization that engages in advertising for, or solicitation of patients? .............................................................................................................................[ ] Yes [X] No
   If Yes, attach a copy of the advertisement or applicable website address.

9. Are you the Medical Director of a nursing home, clinic, commercial enterprise or any other organization? ........................................................................................................................................[ ] Yes [X] No
   If Yes, provide a detailed explanation and attach a copy of any contract or other agreement that describes your position. _____

10. Do you have any administrative or teaching responsibilities?........................................................[ ] Yes [X] No
    If Yes, provide the following and attach a copy of any contract or agreement:
    (a)  Name of organization and location:_____
         Your title_____
    (b)  Does the organization provide you coverage for:
         (i)   Your administrative responsibilities?.....................................................................[ ] Yes [ ] No
         (ii)  Your direct patient care? .....................................................................................[ ] Yes [ ] No

11. Do you work for any locum tenens companies?..........................................................................[ ] Yes [X] No
    If Yes, answer the following:
    (a)  Name of each company that places you in locum positions: _____
    (b)  Are you an [ ] Employee or [ ] Independent Contractor?
    (c)  Number of hours each month in which you work in locum positions: _____
    (d)  Does each company provide you with Professional Liability Insurance for locum positions? .........[ ] Yes [X] No
    (e)  Attach a copy of your Certificates of Insurance.

12. Do you provide any services to any adult or juvenile inmates in any local, state or federal correctional facility, jail, prison, holding facility or other location? .............................................[X] Yes [ ] No
    If Yes, provide details. PINELLAS COUNTY JAIL HEALTHCARE FACILITY

PCSO007665

13. Are you engaged in or planning to engage in any "moonlighting" activities? ......................................[ ] Yes [X] No
If Yes, do you want coverage for your "moonlighting" activities? ...................................................[ ] Yes [ ] No
If Yes, describe the activities. _____

---

## VII.  INSURANCE AND CLAIM HISTORY

1. Limits of Liability: Indicate the limit of liability requested:

   Per Claim/Annual Aggregate
   [ ] $  100,000 / $   300,000
   [ ] $  200,000 / $   600,000
   [ ] $  250,000 / $   750,000
   [ ] $  500,000 / $1,500,000
   [ ] $1,000,000 / $3,000,000
   [X] Other: AS REQUIRED BY PINELLAS COUNTY SHERIFFS OFFICE

   BEAZLEY DOES NOT GUARANTEE THE ABILITY TO OFFER REQUESTED LIMITS.

2. List your prior Professional Liability Insurance for each of the last four (4) years, including the current year:

| Ins Company Date | Limits of Liability | Premium | Eff./Exp. Dates | Claims Made or Occurrence Form | Retroactive |
|---|---|---|---|---|---|
| A/G HEALTHCARE | 1-3 MILLION | UNKNOWN | 5/19/08-PRESENT | CLAIMS MADE | 5/19/08 |
| MISC. FACILITIES | | PD BY EMPLOYER (ARMOR CORRECTIONAL HEALTH SERVICES) | | | |
| MEDICAL MUTUAL | 1-3 million | #4500.00 | 1987-05/08 | CLAIMS MADE | 1987 |
| LIABILITY INS. SOC OF MD. | | | | | |

3. Do you currently participate in or plan to participate in a state patient compensation fund, health care stabilization fund or other governmentally established malpractice liability funding mechanism?...............................................................................................................[X] Yes [ ] No

4. Has any claim or suit for malpractice ever been made against you or any organization proposed for this insurance? ......................................................................................................[X] Yes [ ] No
   If Yes, how many? ___1___Complete a copy of our Supplemental Claim form for each one.

5. Has any claim or suit for malpractice ever been made against you or any organization proposed for this insurance that has not been reported to the current insurer or any prior insurer? .......................................................................................................................................[ ] Yes [X] No
   If Yes, how many? _____Complete a copy of our Supplemental Claim form for each one.

6. Are you or any organization proposed for this insurance aware of any act, error, omission, fact, circumstance, or records request from any attorney which may result in a malpractice claim or suit?                    [ ] Yes [X] No
   If Yes, how many? _____ Complete a copy of our Supplemental Claim form for each one.

7. Have you ever been investigated, asked to resign or been involved in official or non-official proceedings brought by a hospital, managed care organization or other healthcare organization to deny, limit, suspend, non-renew or revoke your privileges?...........................................[ ] Yes [X] No

8. Has your license to practice medicine or your permit to prescribe or dispense drugs ever been limited, suspended, revoked, placed on probation or been voluntarily surrendered in any state? ...............................................................................................................................[ ] Yes [X] No

9. Have you ever been notified to respond to, appear before or have you ever been investigated by any licensing or regulatory agency on a complaint of any nature, including but not limited to unprofessional or unethical conduct? ...........................................................[ ] Yes [X] No

10. Have you ever been charged with or convicted of an act committed in violation of any law or ordinance?
.............................................................................................................................................[ ] Yes [X] No

11. Have you ever been evaluated, treated or hospitalized for alcohol or substance abuse or mental or emotional disorders? ...........................................................................................[ ] Yes [X] No

PCSO007666

beazley

MISCELLANEOUS MEDICAL PROFESSIONAL & PRODUCTS LIABILITY INSURANCE POLICY
APPLICATION SUPPLEMENTAL CLAIM INFORMATION

APPLICANT'S INSTRUCTIONS:
1. Answer all questions. If the answer requires detail, please attach a separate sheet.
2. Supplement must be signed and dated by owner, partner or officer.
3. PLEASE READ CAREFULLY THE STATEMENTS AT THE END OF THIS SUPPLEMENT.
(PLEASE TYPE OR PRINT IN INK)

NOTE: This form is to be completed by Applicant who has been involved in any claim or suit or is aware of an incident which may give rise to a claim.
COMPLETE ONE FORM FOR EACH CLAIM/SUIT OR INCIDENT.

1. Applicant Name   BERNARD   JOHN   YUKNA

2. Claimant Name   CHARLES   HRYZ et AL

3. Name of Individual(s) at your firm/Company involved in Claim:   BERNARD   JOHN   YUKNA

4. Indicate whether: _____   Claim/Suit _____

   Incident _____

5. Date of alleged error:   1996 _____   Date claim made against applicant:   2000

6. Additional defendants:   NONE

7. Current Disposition of claim:

   [✓] DISMISSED (Action dropped without any payment to claimant or Statute of Limitations has expired)
   [ ] ABANDONED (no activity from claimant for over 3 years)
   [ ] WON by defense
   [ ] WON by claimant      Total Paid $_____   Amount Paid on your behalf $_____
       Indicate whether : [ ] Court judgment, or [ ] Out of court settlement
   [ ] OPEN  Claimant's settlement demand $_____
       Defendant's offer for settlement? $_____   Insurer's loss reserve $_____

8. Name of Insurer:   MEDICAL MUTUAL LIABILITY INSURANCE SOCIETY OF MARYLAND

9. Description of claim: (Provide enough information to allow evaluation, and use reverse side if additional space is
   required.)

   a. Alleged act, error or omission upon which Claimant bases claim:   CLAIMANT Alleged THAT he had
      a side-EFFECT FROM FENFLURAMINE.

   b. Description of cases and events:   I PRESCRIBED FENFLURAMINE TO AN OBESE
      PATIENT.

   c. Description of the type and extent of injury or damage allegedly sustained:   PATIENT ALLEGED
      LOSS OF CONSORTIUM.

   d. If a medical claim provide type of injury claimed:
      [ ] Emotional Only      [ ] Temporary Disability      [ ] Death      [ ] Cosmetic
      [ ] Permanent Disability   [✗] Other (describe) LOSS OF INTIMACY due TO MEDICATION

10. Explain what action has been taken by you to prevent recurrence of the same type of claim. _____
    I HAVE NOT PRESCRIBED FENFLURAMINE SINCE 1997.

F00163
052010 ed.

Page 1 of 2

*WARNING*

**ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT (S)HE IS FACILITATING A FRAUD AGAINST THE INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT MAY BE GUILTY OF INSURANCE FRAUD.**

**COLORADO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurer to defraud or attempt to defraud the insurer. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurer or agent of an insurer who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance.

**DISTRICT OF COLUMBIA:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines and an insurer may deny insurance benefits if false information materially related to a claim made by the applicant.

**FLORIDA:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony in the third degree.

**LOUISIANA AND MARYLAND:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**MAINE, TENNESSEE, VIRGINIA AND WASHINGTON:** It is a crime to knowingly provide false, incomplete or misleading information to an insurer to defraud the insurer. Penalties may include imprisonment, fines or denial of insurance benefits.

**MINNESOTA:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**OKLAHOMA:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**PENNSYLVANIA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NEW YORK AND KENTUCKY:** Any person who knowingly and with intent to defraud an insurer or other person files an application for insurance or statement of claims containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime. New York applicants are subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. Pennsylvania applicants are subject to criminal and civil penalties.

I understand information submitted herein becomes a part of my Miscellaneous Medical Professional & Products Liability Insurance Policy Application and is subject to the same warranty and conditions.

BERNARD  JOHN  YURNA
Name of Applicant*

INDIVIDUAL
Title (Officer, Partner, etc.)

▮▮▮▮▮▮▮▮▮▮▮
Signature of Applicant*

August 20, 2010
Date

*Signing this form does not bind the applicant or the Company or the Underwriting Manager to complete this insurance.

F00163
052010 ed.

Page 2 of 2

PCSO007668

12. Have you ever had or do you now have a physical or mental disability or other condition or circumstance that, despite reasonable accommodation, would limit your ability to safely practice in your medical specialty? ................................................................................................. [ ] Yes [X] No

**Note:** **If the Applicant does not purchase prior acts coverage from the Company there will be no coverage with the Company for any claim, suit or circumstance based upon the rendering or failure to render professional services prior to the effective date of the Applicant's policy, if issued.**

## NOTICE TO THE APPLICANT - PLEASE READ CAREFULLY

No fact, circumstance or situation indicating the probability of a "Claim" or action for which coverage may be afforded by the proposed insurance is now known by any person(s) or organization(s) proposed for this insurance other than that which is disclosed in this application. It is agreed by all concerned that if there is knowledge of any such fact, circumstance or situation, any "Claim" subsequently emanating therefrom shall be excluded from coverage under the proposed insurance.

This application, information submitted with this application and all previous applications related hereto and material changes to any of the foregoing of which the underwriting manager, Company and/or affiliates thereof receives notice is on file with the underwriting manager, Company and/or affiliates thereof and is considered physically attached to and part of the of the policy if issued. The underwriting manager, Company and/or affiliates thereof will have relied upon this application and all such attachments in issuing the policy.

For the purpose of this application, the undersigned authorized agent of the person(s) and organization(s) proposed for this insurance declares that to the best of his/her knowledge and belief, after reasonable inquiry, the statements in this application and in any attachments, are true and complete. The underwriting manager, Company and/or affiliates thereof are authorized to make any inquiry in connection with this application. Signing this application does not bind the Company to provide or the Applicant to purchase the insurance.

If the information in this application or any attachment materially changes between the date this application is signed and the effective date of the policy, the Applicant will promptly notify the underwriting manager, Company and/or affiliates thereof, who may modify or withdraw any outstanding quotation or agreement to bind coverage.

The undersigned declares that the person(s) and organization(s) proposed for this insurance understand that:

(i)   The policy for which application is made applies only to "Claims" first made during the "Policy Period."

(ii)  Unless amended by endorsement, the limits of liability contained in the policy shall be reduced, and may be completely exhausted by "Claim Expenses" and, in such event, the Company will not be liable for "Claim Expenses" or the amount of any judgment or settlement to the extent that such costs exceed the limits of liability in the policy; and

(iii) Unless amended by endorsement, "Claim Expenses" shall be applied against the "Deductible".

## WARRANTY

I warrant to the Company, that I understand and accept the notice stated above and that the information contained herein is true and that it shall be the basis of the policy and deemed incorporated therein, should the Company evidence its acceptance of this application by issuance of a policy. I authorize the release of claim information from any prior insurer to the underwriting manager, Company and/or affiliates thereof.

Must be signed by Applicant within 90 days of proposed effective date, or as required by underwriting quote and terms.

BERNARD JOHN YUKNA
Name of Applicant

Title PHYSICIAN

Signature of Applicant

Date 08/20/2010

BEZ/MD 06/2009 TGM                    Page 8 of 8

PCSO007669

# License Verification

Data As Of **7/7/2014**

## MAURICIO EDUARDO RANGEL
LICENSE NUMBER: **ME104216**

---

**Profession**
MEDICAL DOCTOR

**License/Activity Status**                              **Controlled Substance Prescriber**

CONDITIONAL/ACTIVE                                       YES

**License Expiration Date**                              **License Original Issue Date**
1/31/2015                                                04/09/2009

**Discipline on File**                                   **Public Complaint**

NO                                                       NO

**Address of Record**

FLORIDA FAMILY PRIMARY CARE CT
6245 66TH STREET, N
PINELLAS PARK,  FL    33781
UNITED STATES

The information on this page is a secure, primary source for license
verification provided by The Florida Department of Health, Division of
Medical Quality Assurance. This website is maintained by Division staff
and is updated immediately upon a change to our licensing and
enforcement database.

Healthcare Practitioner License Printer Friendly Detail Information Display                    Page 1 of 1

# License Verification
Data As Of **5/29/2014**

6|16

## MAURICIO EDUARDO RANGEL
LICENSE NUMBER: **ME104216**

**Profession**
MEDICAL DOCTOR

**License/Activity Status**

CONDITIONAL/ACTIVE

**Controlled Substance Prescriber**

YES

**License Expiration Date**
1/31/2015

**License Original Issue Date**
04/09/2009

**Discipline on File**

NO

**Public Complaint**

NO

**Address of Record**

PREMIER COMMUNITY HEALTHCARE
2114 SEVEN SPRINGS BLVD
SUITE 300
TRINITY, FL   34655
UNITED STATES

The information on this page is a secure, primary source for license
verification provided by The Florida Department of Health, Division of
Medical Quality Assurance. This website is maintained by Division staff
and is updated immediately upon a change to our licensing and
enforcement database.



Medical Quality Assurance (MQA) Services

License Verification
Data As Of 8/6/2014

**MAURICIO EDUARDO RANGEL**
LICENSE NUMBER: ME104216                                    Printer Friendly Version

**Profession**
MEDICAL DOCTOR

**License/Activity Status**                    **Controlled Substance Prescriber**
CLEAR/ACTIVE                                   YES

**License Expiration Date**                    **License Original Issue Date**
1/31/2015                                      04/09/2009

**Discipline on File**                         **Public Complaint**
NO                                             NO

**Address of Record**
FLORIDA FAMILY PRIMARY CARE CT
6245 66TH STREET, N
PINELLAS PARK, FL   33781
UNITED STATES

The information on this page is a secure, primary source for license verification
provided by The Florida Department of Health, Division of Medical Quality
Assurance. This website is maintained by Division staff and is updated immediately
upon a change to our licensing and enforcement database

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

Pinellas County Sheriff's Office                                                            Page 1 of 1

## Pinellas County Sheriff's Office
Human Resources
**Sent:** Monday, July 07, 2014 3:05 PM
**To:** drrangel@bellsouth.net

Dear Mr. Rangel,

We have received your application for the position of Physician and Medical Director.

To complete your application you will need to provide the following documentation and missing items:  valid Florida driver's license with current address, social security card, certified birth certificate, high school diploma or GED with transcript scores, university or college diploma, most recent DD214, proof of any name changes (marriage, divorce, court documents), and proof of citizenship or resident alien status, valid State of Florida medical license & CPR card.  We will make photocopies of your original documents.

Items missing from your application:  email addresses for employment and personal references and high school address

An identification photograph will be taken for your file, please dress accordingly.

Your application may not be considered for the position until all documentation and missing items are submitted.

Thank you for your interest in the Pinellas County Sheriff's Office.


Pinellas County Sheriff's Office
Human Resources Division
10750 Ulmerton Road, Building 400
Largo, FL  33778
(727) 582-6208
Fax (727) 582-6553
human_resources@pcsonet.com

PINELLAS COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER & DRUG FREE WORKPLACE

**PLEASE NOTE:  DO NOT REPLY TO THIS EMAIL! **
vt

PCSO 07892

DEA Certificate

https://www.deadiversion.usdoj.gov/webforms/printCertImage.do



| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BK2446549 XK2446549 | 12-31-2014 | $551 |
| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| 2,2N,3 3N,4,5 | PRACTITIONER-DW/30 | 11-16-2011 |

KYLE, KEVIN C MD

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.**

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C, 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BK2446549 XK2446549 | 12-31-2014 | $551 |
| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| 2,2N,3 3N,4,5 | PRACTITIONER-DW/30 | 11-16-2011 |

KYLE, KEVIN C MD

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture , distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

1 of 1

11/16/11 12:36 PM

PCSO007902

Healthcare Practitioner License Display

Page 1 of 1



Medical Quality Assurance (MQA) Services

License Verification
Data As Of **7/16/2014**

License Verification

Practitioner Profile

**KEVIN C. KYLE**
LICENSE NUMBER: **ME119987**

Printer Friendly Version

| General Information | Secondary Locations | Practitioner Profile |

**Profession**
MEDICAL DOCTOR

**License/Activity Status**                          **Controlled Substance Prescriber**
CLEAR/ACTIVE                                          YES

**License Expiration Date**                          **License Original Issue Date**
1/31/2016                                             05/13/2014

**Discipline on File**                               **Public Complaint**
NO                                                   NO

**Address of Record**

The information on this page is a secure, primary source for license verification
provided by The Florida Department of Health, Division of Medical Quality
Assurance. This website is maintained by Division staff and is updated immediately
upon a change to our licensing and enforcement database.

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

Consolidated Justice Information System - Consolidated Name Lookup

Page 1 of 1



| Pinellas County | General | Court | Official Records | Property | Other Records | eBusiness |

## KEN BURKE, CPA
### CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

**Consolidated Name Lookup**

| Return to Previous Page | Records Main Menu |
| --- | --- |
| **Search Results For** | |

| Name | Precise Name | Sex | Race | DOB Year Range |
| --- | --- | --- | --- | --- |
| KYLE,KEVIN | X | | | |

**3 names, KYLE,KEVIN E to KYLE,KEVIN MICHAEL**   New Search

| Link To | Sys | Name | Sex | Race | DOB | File Date | Address | City | ATF | SPN/Case # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | A | KYLE,KEVIN E | M | W | | | | | T | 02658546 |
| | A | KYLE,KEVIN MICHAEL | M | W | | | | | T | 00402346 |
| | T | KYLE,KEVIN MICHAEL | M | W | | | | | T | 00402346 |

**New Search**

Not Applicant

Consolidated Results from the Adult and Traffic Systems

| (Sys) System Code | System Name |
| --- | --- |
| A | Adult |
| T | Traffic |

| ATF | True (T) or Alias (A) SPN |
| DOB | Date of Birth (Applies only to Adult and Traffic Systems) |
| SPN | "System Person Number", a unique number for identifying a person within the Sixth Judicial Circuit of Florida Consolidated Justice Information System. |
| SPN/Case # | For the Adult and Traffic Citation Systems the SPN/Case # column provides a SPN (System Person Number) |

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search          Location : Pinellas County   Help

**Record Count:  0**

**Search By:** Party   **Exact Name:** on   **Party Search Mode:** Name   **Last Name:** Kyle   **First Name:** Kevin   **Sort By:** Filed Date

| Case Number | Citation Number | Style/Defendant Inf. | Filed/Location/Judi Officer | Type/Status | Charge(s) |
|---|---|---|---|---|---|

No cases matched your search criteria.

EXAMINATION FOR THE POSITION OF: ______

GRADE: ______ DATE: ______

BE SURE YOUR MARKS ARE HEAVY AND BLACK. ERASE **COMPLETELY** ANY ANSWER YOU WISH TO CHANGE!

| Q | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1 | ○ | ○ | ● | ○ | ○ |
| 2 | ○ | ● | ○ | ○ | ○ |
| 3 | Ø | ○ | ● | ○ | ○ |
| 4 | ○ | ○ | ○ | ● | ○ |
| 5 | ○ | ● | ○ | ○ | ○ |
| 6 | ○ | ● | ○ | ○ | ○ |
| 7 | ● | ○ | Ø | ○ | ○ |
| 8 | Ø | ○ | ● | ○ | ○ |
| 9 | ○ | ○ | ○ | ● | ○ |
| 10 | ● | ○ | ○ | ○ | ○ |
| 11 | ● | ○ | ○ | ○ | ○ |
| 12 | Ø | ○ | ○ | ○ | ● |
| 13 | ○ | ○ | ○ | ● | ○ |
| 14 | ○ | ○ | ● | ○ | ○ |
| 15 | ○ | ○ | ○ | ● | ○ |
| 16 | ○ | ○ | ● | ○ | ○ |
| 17 | ○ | ● | Ø | ○ | ○ |
| 18 | ○ | ○ | ○ | ● | ○ |
| 19 | ○ | ● | ○ | ○ | ○ |
| 20 | ● | ○ | ○ | ○ | ○ |
| 21 | ○ | ○ | ● | ○ | ○ |
| 22 | ○ | ○ | ○ | ○ | ● |
| 23 | ○ | ○ | ○ | ● | ○ |
| 24 | ○ | ○ | ○ | ● | ○ |
| 25 | ○ | ○ | ○ | ● | ○ |
| 26 | ○ | ○ | ○ | ○ | ● |
| 27 | ○ | ○ | ○ | ● | ○ |
| 28 | ○ | ○ | ● | Ø | ○ |
| 29 | ○ | ○ | ○ | ● | ○ |
| 30 | ○ | ● | ○ | ○ | ○ |
| 31 | ○ | ○ | ○ | ● | ○ |
| 32 | ○ | ○ | ● | ○ | ○ |
| 33 | ● | ○ | ○ | Ø | ○ |
| 34 | ● | ○ | ○ | Ø | ○ |
| 35 | ○ | ○ | ○ | ● | ○ |
| 36 | Ø | ○ | ○ | ● | ○ |
| 37 | ○ | ● | ○ | ○ | ○ |
| 38 | ○ | ● | ○ | ○ | ○ |
| 39 | ○ | ○ | ○ | ● | ○ |
| 40 | ● | ○ | ○ | ○ | ○ |
| 41 | ● | Ø | ○ | ○ | ○ |
| 42 | ○ | ● | ○ | ○ | ○ |
| 43 | ● | ○ | ○ | ○ | ○ |
| 44 | ○ | ● | ○ | ○ | ○ |
| 45 | ○ | ○ | ● | ○ | ○ |
| 46 | Ø | ○ | ○ | ● | ○ |
| 47 | ○ | ● | ○ | ○ | ○ |
| 48 | ○ | ○ | ○ | ● | ○ |
| 49 | ○ | ● | ○ | ○ | ○ |
| 50 | ○ | ● | ○ | ○ | ○ |
| 51 | ○ | ○ | ○ | ○ | ○ |
| 52 | ○ | ○ | ○ | ○ | ○ |
| 53 | ○ | ○ | ○ | ○ | ○ |
| 54 | ○ | ○ | ○ | ○ | ○ |
| 55 | ○ | ○ | ○ | ○ | ○ |
| 56 | ○ | ○ | ○ | ○ | ○ |
| 57 | ○ | ○ | ○ | ○ | ○ |
| 58 | ○ | ○ | ○ | ○ | ○ |
| 59 | ○ | ○ | ○ | ○ | ○ |
| 60 | ○ | ○ | ○ | ○ | ○ |
| 61 | ○ | ○ | ○ | ○ | ○ |
| 62 | ○ | ○ | ○ | ○ | ○ |
| 63 | ○ | ○ | ○ | ○ | ○ |
| 64 | ○ | ○ | ○ | ○ | ○ |
| 65 | ○ | ○ | ○ | ○ | ○ |
| 66 | ○ | ○ | ○ | ○ | ○ |
| 67 | ○ | ○ | ○ | ○ | ○ |
| 68 | ○ | ○ | ○ | ○ | ○ |
| 69 | ○ | ○ | ○ | ○ | ○ |
| 70 | ○ | ○ | ○ | ○ | ○ |
| 71 | ○ | ○ | ○ | ○ | ○ |
| 72 | ○ | ○ | ○ | ○ | ○ |
| 73 | ○ | ○ | ○ | ○ | ○ |
| 74 | ○ | ○ | ○ | ○ | ○ |
| 75 | ○ | ○ | ○ | ○ | ○ |
| 76 | ○ | ○ | ○ | ○ | ○ |
| 77 | ○ | ○ | ○ | ○ | ○ |
| 78 | ○ | ○ | ○ | ○ | ○ |
| 79 | ○ | ○ | ○ | ○ | ○ |
| 80 | ○ | ○ | ○ | ○ | ○ |
| 81 | ○ | ○ | ○ | ○ | ○ |
| 82 | ○ | ○ | ○ | ○ | ○ |
| 83 | ○ | ○ | ○ | ○ | ○ |
| 84 | ○ | ○ | ○ | ○ | ○ |
| 85 | ○ | ○ | ○ | ○ | ○ |
| 86 | ○ | ○ | ○ | ○ | ○ |
| 87 | ○ | ○ | ○ | ○ | ○ |
| 88 | ○ | ○ | ○ | ○ | ○ |
| 89 | ○ | ○ | ○ | ○ | ○ |
| 90 | ○ | ○ | ○ | ○ | ○ |
| 91 | ○ | ○ | ○ | ○ | ○ |
| 92 | ○ | ○ | ○ | ○ | ○ |
| 93 | ○ | ○ | ○ | ○ | ○ |
| 94 | ○ | ○ | ○ | ○ | ○ |
| 95 | ○ | ○ | ○ | ○ | ○ |
| 96 | ○ | ○ | ○ | ○ | ○ |
| 97 | ○ | ○ | ○ | ○ | ○ |
| 98 | ○ | ○ | ○ | ○ | ○ |
| 99 | ○ | ○ | ○ | ○ | ○ |
| 100 | ○ | ○ | ○ | ○ | ○ |

9 100 10
− 22
78

NAME OF APPLICANT: _____

EXAMINATION FOR THE POSITION _____

GRADE: _____     DATE: _____

BE SURE YOUR MARKS ARE HEAVY AND BLACK.   ERASE **COMPLETELY** ANY ANSWER YOU WISH TO CHANGE!

Answer grid, questions 1–100, each with options 1 2 3 4 5:

| Q | 1 2 3 4 5 | Q | 1 2 3 4 5 | Q | 1 2 3 4 5 | Q | 1 2 3 4 5 |
|---|---|---|---|---|---|---|---|
| 1 | ● O O O O | 26 | O O O O ● | 51 | O O O O O | 76 | O O O O O |
| 2 | ● ⊗ O O O | 27 | O O O ● O | 52 | O O O O O | 77 | O O O O O |
| 3 | ● O O O O | 28 | O O O ● O | 53 | O O O O O | 78 | O O O O O |
| 4 | O O O ● O | 29 | O O O O ● | 54 | O O O O O | 79 | O O O O O |
| 5 | O ● O O O | 30 | O ● O O O | 55 | O O O O O | 80 | O O O O O |
| 6 | O ● O O O | 31 | O O O ⊗ O | 56 | O O O O O | 81 | O O O O O |
| 7 | O O ● O O | 32 | O O ● O O | 57 | O O O O O | 82 | O O O O O |
| 8 | ⊗ O ● O O | 33 | O O ● ⊗ O | 58 | O O O O O | 83 | O O O O O |
| 9 | O O O ● O | 34 | O O O ● O | 59 | O O O O O | 84 | O O O O O |
| 10 | ● O O O O | 35 | O O O ● O | 60 | O O O O O | 85 | O O O O O |
| 11 | ● O O O O | 36 | ● O O O O | 61 | O O O O O | 86 | O O O O O |
| 12 | ⊗ ● O O O | 37 | ● ⊗ O O O | 62 | O O O O O | 87 | O O O O O |
| 13 | ● O O ⊗ O | 38 | O ● O O O | 63 | O O O O O | 88 | O O O O O |
| 14 | O ● ⊗ O O | 39 | O O O ● O | 64 | O O O O O | 89 | O O O O O |
| 15 | O O O ● O | 40 | ⊗ ● O O O | 65 | O O O O O | 90 | O O O O O |
| 16 | O O ● O O | 41 | O ⊗ ● O O | 66 | O O O O O | 91 | O O O O O |
| 17 | ● O ⊗ O O | 42 | O ● O O O | 67 | O O O O O | 92 | O O O O O |
| 18 | ● O O ⊗ O | 43 | ● O O O O | 68 | O O O O O | 93 | O O O O O |
| 19 | O ● O O O | 44 | O ● O O O | 69 | O O O O O | 94 | O O O O O |
| 20 | ● O O O O | 45 | O O ● O O | 70 | O O O O O | 95 | O O O O O |
| 21 | O O ⊗ O ● | 46 | ⊗ ● O O O | 71 | O O O O O | 96 | O O O O O |
| 22 | O O O O ● | 47 | ● ⊗ O O O | 72 | O O O O O | 97 | O O O O O |
| 23 | O O O ● O | 48 | ● O O ⊗ O | 73 | O O O O O | 98 | O O O O O |
| 24 | O O O ● O | 49 | O ⊗ ● O O | 74 | O O O O O | 99 | O O O O O |
| 25 | O O O ● O | 50 | O ⊗ ● O O | 75 | O O O O O | 100 | O O O O O |

NAME OF APPLICANT: To ward

EXAMINATION FOR THE POSITION OF: clerk

GRADE: ______ DATE: 1/12/01

*BE SURE YOUR MARKS ARE HEAVY AND BLACK. ERASE **COMPLETELY** ANY ANSWER YOU WISH TO CHANGE!*

| | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ○ | ○ | ● | ○ | ○ | 26 | ○ | ○ | ○ | ○ | ● | 51 | ○ | ○ | ○ | ○ | ○ | 76 | ○ | ○ | ○ | ○ | ○ |
| 2 | ○ | ● | ○ | ○ | ○ | 27 | ○ | ○ | ○ | ● | ○ | 52 | ○ | ○ | ○ | ○ | ○ | 77 | ○ | ○ | ○ | ○ | ○ |
| 3 | ⊗ | ○ | ● | ○ | ○ | 28 | ○ | ● | ○ | ⊗ | ○ | 53 | ○ | ○ | ○ | ○ | ○ | 78 | ○ | ○ | ○ | ○ | ○ |
| 4 | ○ | ○ | ○ | ● | ○ | 29 | ○ | ○ | ○ | ● | ○ | 54 | ○ | ○ | ○ | ○ | ○ | 79 | ○ | ○ | ○ | ○ | ○ |
| 5 | ○ | ● | ○ | ○ | ○ | 30 | ○ | ● | ○ | ○ | ○ | 55 | ○ | ○ | ○ | ○ | ○ | 80 | ○ | ○ | ○ | ○ | ○ |
| 6 | ○ | ⊗ | ○ | ● | ○ | 31 | ○ | ○ | ○ | ● | ○ | 56 | ○ | ○ | ○ | ○ | ○ | 81 | ○ | ○ | ○ | ○ | ○ |
| 7 | ● | ○ | ⊗ | ○ | ○ | 32 | ○ | ○ | ● | ○ | ○ | 57 | ○ | ○ | ○ | ○ | ○ | 82 | ○ | ○ | ○ | ○ | ○ |
| 8 | ⊗ | ○ | ● | ○ | ○ | 33 | ● | ○ | ○ | ⊗ | ○ | 58 | ○ | ○ | ○ | ○ | ○ | 83 | ○ | ○ | ○ | ○ | ○ |
| 9 | ○ | ○ | ○ | ● | ○ | 34 | ● | ○ | ○ | ⊗ | ○ | 59 | ○ | ○ | ○ | ○ | ○ | 84 | ○ | ○ | ○ | ○ | ○ |
| 10 | ● | ○ | ○ | ○ | ○ | 35 | ○ | ○ | ○ | ● | ○ | 60 | ○ | ○ | ○ | ○ | ○ | 85 | ○ | ○ | ○ | ○ | ○ |
| 11 | ● | ○ | ○ | ○ | ○ | 36 | ● | ○ | ○ | ○ | ○ | 61 | ○ | ○ | ○ | ○ | ○ | 86 | ○ | ○ | ○ | ○ | ○ |
| 12 | ⊗ | ○ | ● | ○ | ○ | 37 | ○ | ● | ○ | ○ | ○ | 62 | ○ | ○ | ○ | ○ | ○ | 87 | ○ | ○ | ○ | ○ | ○ |
| 13 | ○ | ○ | ○ | ● | ○ | 38 | ○ | ● | ○ | ○ | ○ | 63 | ○ | ○ | ○ | ○ | ○ | 88 | ○ | ○ | ○ | ○ | ○ |
| 14 | ○ | ○ | ● | ○ | ○ | 39 | ○ | ● | ○ | ⊗ | ○ | 64 | ○ | ○ | ○ | ○ | ○ | 89 | ○ | ○ | ○ | ○ | ○ |
| 15 | ○ | ○ | ○ | ● | ○ | 40 | ● | ○ | ○ | ○ | ○ | 65 | ○ | ○ | ○ | ○ | ○ | 90 | ○ | ○ | ○ | ○ | ○ |
| 16 | ○ | ○ | ● | ○ | ○ | 41 | ○ | ● | ○ | ○ | ○ | 66 | ○ | ○ | ○ | ○ | ○ | 91 | ○ | ○ | ○ | ○ | ○ |
| 17 | ○ | ● | ⊗ | ○ | ○ | 42 | ○ | ● | ○ | ○ | ○ | 67 | ○ | ○ | ○ | ○ | ○ | 92 | ○ | ○ | ○ | ○ | ○ |
| 18 | ○ | ○ | ○ | ● | ○ | 43 | ● | ○ | ○ | ○ | ○ | 68 | ○ | ○ | ○ | ○ | ○ | 93 | ○ | ○ | ○ | ○ | ○ |
| 19 | ○ | ● | ○ | ○ | ○ | 44 | ○ | ● | ○ | ○ | ○ | 69 | ○ | ○ | ○ | ○ | ○ | 94 | ○ | ○ | ○ | ○ | ○ |
| 20 | ● | ○ | ○ | ○ | ○ | 45 | ○ | ○ | ● | ○ | ○ | 70 | ○ | ○ | ○ | ○ | ○ | 95 | ○ | ○ | ○ | ○ | ○ |
| 21 | ○ | ○ | ● | ○ | ○ | 46 | ⊗ | ○ | ○ | ● | ○ | 71 | ○ | ○ | ○ | ○ | ○ | 96 | ○ | ○ | ○ | ○ | ○ |
| 22 | ○ | ○ | ○ | ● | ⊗ | 47 | ○ | ● | ○ | ○ | ○ | 72 | ○ | ○ | ○ | ○ | ○ | 97 | ○ | ○ | ○ | ○ | ○ |
| 23 | ○ | ○ | ○ | ● | ○ | 48 | ○ | ○ | ○ | ● | ○ | 73 | ○ | ○ | ○ | ○ | ○ | 98 | ○ | ○ | ○ | ○ | ○ |
| 24 | ○ | ○ | ○ | ● | ○ | 49 | ○ | ● | ○ | ○ | ○ | 74 | ○ | ○ | ○ | ○ | ○ | 99 | ○ | ○ | ○ | ○ | ○ |
| 25 | ○ | ○ | ○ | ● | ○ | 50 | ○ | ● | ○ | ○ | ○ | 75 | ○ | ○ | ○ | ○ | ○ | 100 | ○ | ○ | ○ | ○ | ○ |

```
        PINELLAS COUNTY CIV  /SMALL CLAIMS SYSTEM -- A  PLAINTIFF/DEFENDANT INDE
 ORI: _          OPRID:       PSWRD:           ACS: DISP AY /SYSTEM SECURITY DATA
                                                                             FC1
```

```
P/D: P  NAME: WARD TONI                                          92002692CI
     TYPE ACTION: CONTRACT              FILING DATE: 061092 OLD COURT:
     OTHER PARTY: STATE FARM MUTUAL AUTOMOBILE INSURANCE   021  ID NR: 999999
P/D: P  NAME: WARD TONI                                          93000954CI
     TYPE ACTION: AUTO NEG              FILING DATE: 031893 OLD COURT:
     OTHER PARTY: MORROW D CLARENCE                        021  ID NR: 999999
P/D: D  NAME: WARD TONI                                          93002753SC
     TYPE ACTION: CONTRACT              FILING DATE: 061193 OLD COURT:
     OTHER PARTY: GREAT WESTERN BANK                       047  ID NR: 999899
P/D:    NAME:
     TYPE ACTION:                       FILING DATE:        OLD COURT:
     OTHER PARTY:                                               ID NR:
P/D:    NAME:
     TYPE ACTION:                       FILING DATE:        OLD COURT:
     OTHER PARTY:                                               ID NR:
P/D:    NAME:
     TYPE ACTION:                       FILING DATE:        OLD COURT:
     OTHER PARTY:                                               ID NR:

END OF DATA
1:IBM-3278-2        04,15    NUM                 00:00.250  08:44:40  03/12/
```

PCSO008082

```
        PINELLAS COUNTY CIV   /SMALL CLAIMS SYSTEM -- A   PLAINTIFF/DEFENDANT INDE
 QRI: .          OPRID:       PSWRD:           ACS: DIS   AY /SYSTEM SECURITY DAT/
                                                                               FC1

 P/D: D  NAME: WARD TONY                                        00005162SC
      TYPE ACTION: AUTO NEG           FILING DATE: 090600 OLD COURT:
      OTHER PARTY: FIRST FLORIDIAN AUTO AND HOME INSURANC  048  ID NR: 999799
 P/D:    NAME:
      TYPE ACTION:                    FILING DATE:         OLD COURT:
      OTHER PARTY:                                            ID NR:
 P/D:    NAME:
      TYPE ACTION:                    FILING DATE:         OLD COURT:
      OTHER PARTY:                                            ID NR:
 P/D:    NAME:
      TYPE ACTION:                    FILING DATE:         OLD COURT:
      OTHER PARTY:                                            ID NR:
 P/D:    NAME:
      TYPE ACTION:                    FILING DATE:         OLD COURT:
      OTHER PARTY:                                            ID NR:
 P/D:    NAME:
      TYPE ACTION:                    FILING DATE:         OLD COURT:
      OTHER PARTY:                                            ID NR:

 END OF DATA
 1:IBM-3278-2        04,15   NUM              00:00.090  08:46:50  03/12/
```

PCSO008083