**Brenda Gaull | Manager – Benefits & Compensation**
PINELLAS COUNTY SHERIFF'S OFFICE
Human Resources Division
10750 Ulmerton Road
Largo, FL 33778
Phone 727-582-6134
Fax 727-582-5893
Cell ███████████
bgaull@pcsonet.com

*Leading The Way For A Safer Pinellas*



Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

---

**From:** Martin, Sandra [mailto:Sandra.Martin@dms.myflorida.com]
**Sent:** Tuesday, September 23, 2014 3:37 PM
**To:** Gaull,Brenda
**Subject:** FRS Plan Correction - Gail Newby (0357)

Good Afternoon,

I am in the process of reviewing plan errors on the 8/1/2014 payroll report.  This member has taken a distribution from their FRS Investment Plan and is considered a retiree.   Retirees initially reemployed after July 1, 2010 are not eligible for a second retirement benefit.

I have adjusted the plan for **Gail Newby (0357) to UA**.  Please report the member with their updated plan on future retirement reports.

Thank you.  Please let me know if you have any questions

Sandy Martin
Retirement Analyst II, Bureau of Enrollment and Contributions
Florida Department of Management Services
Division of Retirement
1317 Winewood Way, Bldg. 8, Tallahassee, FL 32399-1560
**Toll Free:** 844-377-1888
**Local:** 850-907-6500
**Fax:** 850-410-2010
Email: retirement@dms.myflorida.com


http://frs.myflorida.com

*"We Serve Those Who Serve Florida"*

2

# PINELLAS COUNTY SHERIFF'S OFFICE
## TRAINING REGISTRATION REQUEST

Confirmation #: 6821

Date: 01/07/2015

From: BUMILLER, CONSTANCE

**POSTED1/26/2015**

*All requests must be received by the Training Section 30 days prior to the date of training.*

Complete ALL sections listed below

List member/s attending:
ADV REG NURSE PRAC   BUMILLER, CONSTANCE  A  #58855

**EMAILED1/26/2015**

Course date/s: 2/2/2015 to 2/5/2015   Hours: 7 to 3   Total Training Hours: 32
(Actual classroom hours)

Course sponsor: NPACE

Course title: Primary Care Conference
(Include Announcement # if applicable)

Course location: Clearwater Beach Hilton

*Note: The Training Section is responsible for processing course registrations to any In-house promoted/published training. (Example: PCSO, SPC, HCC, IPTM, PTEC, or MCTFT)*

## Seminars, Conferences, Conventions, or Specialized Training

When attending a Seminar, Conference, Convention, or any Specialized Training that is not agency promoted/sponsored, a copy of the course announcement/brochure & registration form must be attached.

Members are responsible for making/completing their own course registrations, hotel accommodations, travel arrangements, per diem advances, and all related check requests.

☐ Faxed Registration  ☐ Phoned Registration  ☐ E-Mailed Registration  ☐ Send check with attached Registration
*********************************************************************************************

*Course expense breakdown:*

| | | | | | | |
|---|---|---|---|---|---|---|
| Registration Fee | $ 465.00 | Travel | $ | Member self-pay | $ | |
| Motel/Hotel room | $ | Other | $ | | | |
| Meals | $ | Total | $ 465.00 | | | |

*Are budgeted funds available and verified?*   Yes ☑   No ☐   By whom? Captain McGillen

Cost Center: 7000   Element: 55   Object: 61

Chain of command approval:   PR #   Date

☐ Approved ☐ Denied
☐ Approved ☐ Denied

CAPTAIN SEAN MC GILLEN  53624   ☑ Approved ☐ Denied   1/20/2015 11:08:54 AM

Bureau Commander:   COLONEL PAUL HALLE  53321   Approved   Date: 1/26/2015 1:04:14 PM

Comments/remarks:
SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations SEAN MC GILLEN  53624 writes: Member approved for use training time to attend.  Member to self pay all registrations

Rev. 06/14/04 :dcb

PCSO007534