12December2017
Darlene M. Liberti, ARNP (5894)

Written Exit Statement

I handed in my resignation, as an ARNP on 11/13/17 (effective 12/12/17) and requested an exit interview due to many concerning and ongoing issues at the PCSO jail.

I have been attempting to work with the administrator and medical director in resolving ongoing issues and have been unsuccessful. This is an unfortunate turn of events, because I have enjoyed working as an ARNP at the PCSO jail for the past 3 and ½ years and had planned on staying on for many more years to come.

I feel this is a toxic, abusive and offensive work environment. I frequently am harassed, bullied and encounter a persistent lack of respect by peers and the medical director. There have been numerous times of being berated and a real fear of retaliation from Dr. Kevin Kyle.

I have been losing sleep, getting headaches from the stress, and even starting to feel anxious when coming to work.

Hopefully my speaking up will prevent future re-occurrence and potentially prevent future law suits against the Sheriff's Office for malpractice (treatment of inmate).

For instance on Thursday 10/26/17 Dr. Kyle called me to his office, closed the door and proceeded to berate me for 40 minutes. Making such statements as:
- "I want you to resign, cause I'm gonna see to it you get fired"
- Repeatedly stated "you're incompetent and in over your head working here at the jail"
- "you're only good to pass out flu shots at CVS"
- "the nurses told me you didn't know what to order for spice detox"; I am aware that there is no spice detox protocol; MD "believed" the nurse over me "because they couldn't be lying about it"
- "You know Tom has had it in for you since day one"

On Wednesday 01NOV2017, I called in sick, with a migraine headache; Dr. Kyle texted Tom and Connie "Liberti won't be in today"; Tom responded "I hope she's job hunting!"; Connie responded "its Connie. Umm on group text. Sorry I thought it was funny"; Spoke with Julie Bearse who stated "you think it's over, it's not", re: berating comments.

Other ARNP's seem to go by different "rules". I feel as if I have been singled out, targeted. ARNP Carroll and Bumiller have consistently not written follow up notes

(i.e. inform patient of x-ray results), planned for chronic clinics, or ordered routine medications for patients (i.e. diabetic). Because of the nonexistent teamwork and communication, I am unaware of them being written up or officially counseled for it.

False accusations are made and am not allowed to defend or explain my actions; for instance:

- When signing 2016 and 2017 annual evaluations on Friday 11/3/2017, I noticed Dr. Kyle stated I was incompetent because I "treated an infected wound, that had pus with hydrocortisone cream"; I actually did get docket number and was able to review my notes; I documented the abdominal incision line was dry and intact, and there was a rash to the chest; (2 separate areas);  7 days later Dr. Kyle assessed the incision line (wound) and found it to be infected; after stating "oh you shouldn't have seen that" he stated he "didn't believe my note"; (falsifying documentation). That written statement of my incompetence, on an evaluation is blatantly untrue and an outright lie.
- Nurse Harris claims I told her "I don't know what to do, order whatever you want for spice withdrawal"; and the term "incompetent" was added to my evaluation. I have no idea what that is about, was never offered the opportunity to ask questions; I don't even know who Nurse Harris is! Asked Dr. Kyle if he asked the opinion of the nurses I work with on a daily basis in Central Division regarding my work performance, he stated "no". There was no note in patient chart

I fear of being involved in malpractice because of Dr. Kyle:
- On Tuesday 10/31/17; I was on call; at around 1200 I received a phone call from nursing asking me to change an order from Dr. Kyle, to offer an inmate in a single cell Gator Aide every 30 minutes; nurse stated it was physically impossible to achieve this order due to staffing. I informed her to have nursing supervisor call Dr. Kyle.

Furthermore, last year, ARNP Carroll gave a tour of the HD clinic, to an ARNP friend of his; at the time I was the ARNP assigned to the HD clinic. I overheard Tom state to his colleague "and this is the clinic you'll be working in".

None of these are new concerns and has been ongoing for the past 3 ½ years. I have even been called "fat" by Dr. Kyle in front of deputies, inmates and nursing staff.

It is disturbing that ARNP Newby was the subject of strikingly similar attacks by Dr. Kyle last year and actually resigned her position due to the same toxic work environment.

Because of a strong personal value system, I made the decision that I will not put up with this type of treatment by Dr. Kyle, Tom Carroll and Connie Bumiller; I have too much self-respect and integrity.

I have witnessed Dr. Kyle twisting many peoples' words against them.

Lastly I have spoken to ARNP Bierce who states, she is hearing and experiencing some of the same accusations towards her and was told that I was "incompetent".

If you have any questions, comments, please feel free to contact me at: ▮

Respectfully,

*Darlene Liberti*

Darlene Liberti, ARNP

## PINELLAS COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF DETENTION AND CORRECTIONS
## INTER-OFFICE MEMO

**DATE:**     December 29, 2017

**TO:**     Director Nancy Duggan, via COC

**FROM:**     Gianluca (John) Martinelli, #59044
Health Services Administrator-Medical Division

**SUBJECT:**     Exit Interview-ARNP Darlene Liberti

On December 12, 2017, I receive a copy of the Exit Interview for ARNP Darlene Liberti with her comments regarding her reason for separation.

ARNP Liberti has received multiple interventions by the Medical Director (Dr. Kyle) regarding her ability to provide the high quality of care to the patients that is expected at the Pinellas County Jail. Her PMPs and RIs since August 2014 show extensive documentation of issues, education provided to assist her and modification to her work setting/environment to help her adjust to the requirements of her job duties. Dr. Kyle has reviewed medical charts and addressed the inappropriate medical care documented, incorrect medication being prescribed and medical interventions that should have been ordered.

The medical director's concerns were also shared by other Doctor's, ARNPs, and nursing staff within the medical division. These concerns festered among the medical division and caused frustration among the providers. When frustration was inappropriately expressed, as per the chain of text, Dr. Kyle addressed the individuals immediately.

Dr. Kyle reviews charts from all providers and conducts second opinions on medical services being provided by the PCSO providers. He addresses the inappropriate medical care with all providers current or previously employed. The medical director is responsible to assure that the quality of medical care provided to the inmates/patients is equal to the community standards and is in compliance with all healthcare best practices. When this is not met, the medical director is responsible to assure all medical, psychiatric and dental providers are able and capable to provide the level of care expected.

As the documentation of errors and poor medical care provided by ARNP-Liberti continued to be identified, another RI was issued on 11/3/17. On November 27, 2017, I met with ARNP Liberti with Nursing Director Ives (as a witness) to discuss her claim of a hostile work environment toward Medical Director Dr. Kevin Kyle and the other ARNPs on staff. We reviewed General Order 3.4: Discrimination, Sexual Harassment and Hostile Work Environment, and agreed that her possible claim did not meet all 3 criteria. ARNP Liberti informed me that she had spoken with Sergeant Love with the Administrative Investigation Department and she also informed her

PCSO007452

that her potential claim did not meet all 3 criteria. ARNP Liberti submitted her resignation on November 13, 2017 with a last day of employment of December 12, 2017.

PCSO007453