**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

WAHEED NELSON,

    Plaintiff,

v.                                              Case No: 8:19-cv-449-T-36JSS

BOB GUALTIERI, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, ALL FLORIDA ORTHOPEDICS ASSOCIATES, P.A. and WITCHNER BELIZAIRE,

    Defendants.

_____/

**AMENDED CASE MANAGEMENT REPORT**

    The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on March 19, 2021. Linda B. Commons, James Cook, Jason Gordillo and Greg Toomey attended the conference.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
| --- | --- |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | COMPLETED |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | COMPLETED |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | COMPLETED |
| Defendant's deadline for disclosing any expert report. | COMPLETED |
| Deadline for disclosing any rebuttal expert report. | COMPLETED |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). *fn | SEPTEMBER 17, 2021 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | OCTOBER 16, 2021 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Enter mediator's name, address, and phone number. | COMPLETED |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | JANUARY 15, 2022 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial | JANUARY 22, 2022 |

---

\* Plaintiff will move for additional depositions and discovery.

| | |
|---|---|
| conference.) | |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | COURT WILL DECIDE |
| Month and year of the trial term. | MARCH 2, 2022 |

The trial will last approximately 15 days and be

X - jury.

☐ non-jury.

3. **Description of the Action**

   **THIS IS A MEDICAL MALPRACTICE AND CIVIL RIGHTS, 1983 CASE WHERE THE PLAINTIFF ALLEGES THAT THE PROVIDERS AT THE JAIL AND PRISON DELAYED CARE AND TREATMENT FOR A FRACTURED RIGHT ANKLE THAT RESULTED IN A BELOW THE KNEE AMPUTATION.**

4. **Disclosure Statement**

   x☐ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   x☐ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   > "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

x☐ The parties do not consent.

## 7. Preliminary Pretrial Conference

☐ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

x☐ The parties do request a preliminary pretrial conference, and the parties want to discuss Parties availability for depositions and all pending motions relating to discovery, including the plaintiff moving for depositions, inspection of the plaintiff's electronic record at the Pinellas Jail.

## 8. Discovery Practice

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

x☐ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 9. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

   x☐ Yes.
   ☐ No; instead, the parties agree to these changes: enter changes.

    B. Discovery may be needed on these subjects:  Email, Inspection of Record at Sheriff Jail, Redactions by Sheriff, Use of dismissed defendants' experts

    C. Discovery should be conducted in phases:

        x☐ No.
        ☐ Yes; describe the suggested phases.

    D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

        ☐ No.
        x☐ Yes; Special Master Requested by Plaintiff

    E.   x☐ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

    F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

        X☐ No.
        ☐ Yes; describe the stipulation.

## 10. Request for Special Handling

x☐ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

X☐ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

/s/ *Linda Bellomio Commons*

Linda Bellomio Commons, Esq.
Linda Bellomio Commons, P.A.
P.O. Box 340261
Tampa, FL 33694
Phone:352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
        Dmheiser1@gmail.com
Dated:___March 19, 2021

/s/ *James Cook, Esq.*

James Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.0836
Fax:850.561.0836
Email: cookjv@gmail.com

 Dated:  March 19, 2021

/s/ Greg Toomey, Esq.

Greg Toomey, Esq.
The Toomey Law Firm LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com,
hms@thetoomeylawfirm.com
Counsel for Corizon, FDOC and
Dr. Belizaire
 Dated:___March 19, 2021

/s/ Jason Gordillo

Jason Gordillo, Esq.
Pinellas County Sheriff General Counsel Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582-6274
Fax:  727.582.6459
Email: jgordillo@pcsonet.com
Counsel for Sheriff

 Dated:  March 19, 2021