UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, et al.,

    Defendants.

Case No. 8:19-cv-449-CEH-JSS

**PROPOSED STIPULATED AGREED FACTS IN NELSON V. CORIZON, BELIZAIRE, AND DEPT. OF CORRECTIONS**

1. Plaintiff entered FDOC on April 16, 2015 and was released October 14, 2017. (ECF 241-1 at 2, Nelson Detail). On arrival at the Reception and Medical Center (RMC), Plaintiff presented with a severe fracture to Corizon medical staff. (ECF 241-2 at 6-7, Diagnostic imaging). X-ray reports showed "marked diffuse soft tissue swelling" and "obliteration" of the talus and calcaneus (ankle and heel) possibly due to an "aggressive mass or marked infection." (ECF 241-2 at 6). The findings were deemed compatible with "a Charcot joint, an infectious process, or possibly a mass associated with soft tissues." (ECF 241-2 at 7).

2. An April 18 consult request showed a "monstrous" swollen ankle, 19", (ECF 241-3, Consult Request, 4-18-15). An April 21 x-ray by Dr. Nayyer Islam noted "complete destruction of the ankle mortise and fragmentation of the talus, calcaneum, and other tarsal bones" and "infectious process must be excluded." (ECF 241-2 :10).

3. On April 27, Plaintiff saw contract orthopedist Robert Kleinhans, MD, who

noted, "1/7/15 slipped and fell on r ankle. Says was normal before fx (fracture). Xr (x-ray) shows massive bone loss similar *to* old Charcot joint." Dr. Kleinhans recommends Plaintiff see contract orthopedist Dr. Maxwell Steel. (ECF 241-4, Kleinhans consult 4-27-15).

4. The Steel consult took place May 18.Dr. Steel found (a) a history of neuropathy, (b) ulcer on plantar surface of the right foot, (c) complaints of elevated heat, (d) x-rays showing severe bone loss, with "missing calcaneus, talus," (e) the need to "r/o" (rule out) infection and sarcoma" (cancer in connective tissue). (ECF 241-5, Steel report, 5-18-15).

5. A May 22 MRI, showed tissue swelling and inflammation of the periosteum, suggesting possible bone infection. The anterior of the calcaneus was "completely eroded." (ECF 241-2 at 13-14).

6. Dr. Witchner Belizaire was one of Plaintiff's attending physicians at RMC, responsible for clinical follow-up. Dr. Belizaire first saw him April 20. (ECF 241-10, 20:3-7, Belizaire Deposition). Dr. Belizaire testified they didn't do medical tests at RMC and he didn't know who did. (ECF 241-10 at 14:1-8). RMC didn't have an orthopedic facility. (Id. at 15:5-8). Memorial Hospital in Jacksonville did surgeries. (Id. at 16:-13).

Respectfully Submitted on October 22, 2021,

*/s/Gregg A. Toomey, Esq.*
Florida Bar No. 159689
The Toomey Law Firm LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203

*/s/Linda Bellomio Commons*
Florida Bar No: 0778346
Law Offices of Linda Bellomio
Commons, P.A.
P.O. Box 340261

Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
gat@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

Attorneys for Defendants Corizon, FDOC and Belizaire

Tampa, Florida 33694
T: (352) 610-4416
Fax: (813) 265-3010
Service E-mail: lcommons@aol.com
Secondary email: Dheiser1@gmail.com

*/s/James V. Cook, Esq.*
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com

Attorneys for Plaintiff

I CERTIFY the foregoing was filed electronically on 10/22/21 and served on all counsel registered with the CM/ECF electronic mail system:

*s/James V. Cook*