UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:19-cv-00449-CEH-JSS

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC, MAXIM HEALTHCARE SERVICES, INC., MATTHEW SWICK, M.D., ALL FLORIDA ORTHOPAEDIC ASSOCIATES, P.A., and WITCHNER BELIZAIRE, M.D.,

    Defendants.
_____/

**DEFENDANTS CORIZON, LLC, FLORIDA DEPARTMENT OF CORRECTIONS AND WITCHNER BELIZAIRE, M.D.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

    Defendants Corizon, LLC ("Corizon"), Florida Department of Corrections ("FDOC") and Witchner Belizaire, M.D. ("Belizaire") (collectively "Corizon Defendants") hereby file their Consent Motion for Extension of Time to File their Reply Memorandum in Support of their Motion for Summary Judgment as follows:

# MOTION

1.     The Corizon Defendants filed their Motion for Summary Judgment on October 1, 2021 [ECF #311]. Plaintiff filed his Opposition on October 22, 2021 [ECF #323]. The Corizon Defendants' Reply Memorandum is currently due on Friday, November 4, 2021.

2.     The undersigned will be in a 6-day trial beginning on Tuesday, November 2, 2021 in the Twentieth Judicial Circuit before Judge Geoffrey Gentile in the matter of *Susan Szakalos, as executor de son tort of the Estate of David F. Szakalos v. Bill Prummell, et al.*

3.     Therefore, the Corizon Defendants are requesting up to and including Friday, November 12, 2021 to file their Reply Memorandum in support of their Motion for Summary Judgment.

# MEMORANDUM OF LAW

Federal Rule of civil Procedure 6(b) provides, in pertinent part, that:

> When by these rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its express terms, the Rule affords wide discretion to this Court to enlarge time periods established by the Rules of Civil Procedure or a court order. See *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir.

2001); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Company v. Atlantic States Construction Company*, 352 F.2d 460 (5th Cir. 1965).

A reasonable basis exists. The undersigned is currently preparing for a trial that begins on Tuesday, November 2, 2021 and will be in trial on the current deadline.

## CONCLUSION

For the foregoing reasons, the Corizon Defendants request an extension up to and including Friday, November 12, 2021 to file their Reply Memorandum.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he has conferred with opposing counsel who consents to the relief requested.

By: \_\_\_/s/ Gregg A. Toomey_____
      Gregg A. Toomey
      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
Commons.litigation@gmail.com
Dmheiser1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

Jason Gordillo
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459
Email: jgordillo@pcsonet.com
rreuss@psconet.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, FDOC and Belizaire*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:     /s/ Gregg A. Toomey
          Gregg A. Toomey
          Florida Bar No. 159689