UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,
    Plaintiff,

v.                                    Case No.:    8:19-cv-00449-CEH-JSS

BOB GUALTIERI, et al.,
    Defendants.
_____/

**SHERIFF BOB GUALTIERI'S MOTION FOR LEAVE OF COURT
TO FILE A REPLY TO PLAINTIFF'S MOTION TO STRIKE RESPONSE**

COMES NOW, Defendant, BOB GUALTIERI, in his official capacity as Sheriff of Pinellas County, by and through the undersigned counsel and pursuant to Local Rule 3.01(d) hereby moves this Honorable Court to allow an opportunity to reply to Plaintiff's Response to Motion to Strike Plaintiff's Corrected Motions for Partial Summary Judgment [Doc.316]. In support, Defendant states as follows:

### Memorandum of Law

Local Rule 3.01(d) does not allow a Reply as a matter of right because "[w]ithout leave, no party may file a reply directed to a response except a response to a motion for summary judgment." On October 1, 2021, Plaintiff filed a Corrected Motion for Partial Summary Judgment [Doc.313]. On October 5, 2021, Defendant filed a Motion to Strike [Doc.314] that pleading as untimely and unauthorized. On October 19, 2021, Plaintiff filed a Response [Doc.316] to which Defendant now seeks leave from this Honorable Court to file a reply towards.

Defendant is not seeking an opportunity to reargue and reassert what was previously stated in the Motion to Strike [Doc.314]. Instead, Defendant respectfully requests an opportunity to address the arguments and averments set forth by Plaintiff in his Response [Doc.316], which require a Reply so that this Honorable Court can be fully addressed on all issues being presented regarding Plaintiff's inability to bring a partial summary judgment so late in the proceedings.

In his Response, Plaintiff asserts that a Motion to Strike an untimely filed Motion for Partial Summary Judgment is improper [Doc.316 at pg.1, fn.1]. However, this is an innacurate statement of law that Defendant would like to clarify for this Honorable Court. In addition, Plaintiff asserts that his partial summary judgment would promote judicial economy in this matter, which is absolutely does not considering the rigorous standards that Plaintiff must meet at summary judgment to impose municipal liability on Defendant under 42 U.S.C. §1983.

Lastly, understanding that he might have been almost a year late in filing for partial summary judgment against Defendant, Plaintiff now seeks a retroactive extension of the summary judgment deadline that was previously extended for him to November 12, 2020 [Doc.209]. As such, Defendant should absolutely be entitled to address Plaintiff's new request for a retroactive year extension when he should have filed for partial summary judgment last November against Defendant.

Defendant respectfully requests leave to file a Reply no longer than five pages in length (exclusive of the certificate of service) and fourteen days from the date of

allowance in order to provide this Honorable Court with a full understanding of the issues presented in its Motion to Strike [Doc.314]. Without this opportunity, Defendant would not be able to rebut the arguments and averments raised by Plaintiff in his Response; which would leave this Honorable Court with an incomplete record on this issues presented.

## LOCAL RULE 3.01 CERTIFICATION

In accordance with Middle District Local Rule 3.01(g), the undersigned certifies that he has conferred, in good faith, with counsels for the Plaintiff and remaining Defendants via electronic mail on October 27-28, 2021 regarding the relief requested herein. Only Plaintiff objects.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record on this the 28th day of October, 2021.

                                              /s/ *Jason G. Gordillo*
Jason G. Gordillo, Esquire
Attorney for Sheriff Bob Gualtieri
Florida Bar No.: 0399663
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, Florida 33778
Telephone: 727.582.6274
Facsimile: 727.582.6459
jgordillo@pcsonet.com
rreuss@pcsonet.com