# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

vs.

BOB GUALTIERI, et al.,

    Defendants.

Case No. 8:19-cv-449-T-36JSS

## NOTICE OF COMPLIANCE

NOTICE IS HEREBY GIVEN that the Undersigned Attorney has complied with the Order of the Court (ECF 345) on behalf of Plaintiff, WAHEED NELSON, to supplement Rule 26 disclosures.

Respectfully Submitted,   *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Co-Counsel for Plaintiff

I CERTIFY the foregoing was filed electronically on 2/13/2023, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*s/James V. Cook*