UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

v.                                   Case No.:    8:19-cv-00449-CEH-JSS

BOB GUALTIERI, et al.,

    Defendants.
_____/

**DEFENDANT'S, SHERIFF BOB GUALTIERI,
SUGGESTION OF DEATH OF PLAINTIFF, WAHEED NELSON**

COMES NOW, Defendant, BOB GUALTIERI, in his official capacity as Sheriff of Pinellas County, Florida, by and through the undersigned counsel and files this Suggestion of Death as to Plaintiff, WAHEED NELSON. In support, Defendant states as follows:

1. Plaintiff died on February 18, 2022.

2. On May 22, 2022, Plaintiff's attorney, Linda Commons, (hereafter "Commons") filed a Petition for Administration in the Circuit Court for Orange County, Florida – Probate Division – on behalf of the Petitioner, Majeedah Kaiser, Plaintiff's sister. The Petitioner sought to open an estate on behalf of her deceased brother, Plaintiff, and attached a copy of his death certificate showing that he had passed on February 18, 2022.

3. On September 4, 2022, the Honorable Alice L. Blackwell, Circuit Judge for Orange County, appointed Majeedah Kaiser as the personal representative of Plaintiff's estate under case number 2022-CP-001794.

4. In spite of this, on September 21, 2022, Commons sent the undersigned an electronic mail with a settlement demand on behalf of Plaintiff in this matter.

5. On January 30, 2023, Commons and her co-counsel, James Cook, (hereafter "Cook") represented Plaintiff at the two and a half hour hearing regarding the numerous summary judgment and Daubert motions filed in this matter. At no point during this hearing did either of Plaintiff's attorneys informed this Honorable Court or opposing counsels that Plaintiff had passed away and that Commons had set up an estate on his behalf and had his surviving sister appointed as the personal representative of his estate. [Docs.343-345 & 350]

6. On February 13, 2023, Cook filed a Notice of Compliance on behalf of Plaintiff regarding this Honorable Court's Order requiring Supplemental Rule 26 expert disclosures. [Doc.347]

7. On April 4, 2023, Commons filed a motion to appear pro hac vice on behalf of Plaintiff in the bankruptcy case held in the United States Bankruptcy Court – Southern District of Texas – involving co-defendant, CORIZON, LLC, that led to this matter being stayed. [Doc.349]

8. On April 5, 2023, the Honorable Christopher Lopez, United States Bankruptcy Judge, issued an order allowing Commons to appear pro hac vice before the Southern District of Texas Bankruptcy Court to represent Plaintiff in case number 23-90086.

9. On November 12, 2024, Commons sent yet another electronic mail to the undersigned with an attached formal demand letter on behalf of Plaintiff in an attempt to resolve this matter on his behalf.

10. On February 11, 2025, Plaintiff cast his ballot accepting the Joint Chapter 11 Bankruptcy Plan before Corizon's bankruptcy case in the Southern District of Texas.

WHEREFORE, Defendant, BOB GUALTIERI, in his official capacity as Sheriff of Pinellas County, Florida, notes that Plaintiff has been deceased for over three years during which his attorneys continued to represent him personally in this matter while not being forthcoming to this Honorable Court or to all defendants and their respective opposing counsel of his passing.

Respectfully submitted on this the 16th day of May, 2025,

/s/ *Jason G. Gordillo*
Jason G. Gordillo, Esquire
Attorney for Sheriff Bob Gualtieri
Florida Bar No.: 0399663
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, Florida 33778
Telephone: 727.582.6274
Facsimile: 727.582.6459
jgordillo@pcsonet.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record on this the 16th day of May, 2025.

                                     */s/ Jason G. Gordillo*
                                     Jason G. Gordillo, Esquire
                                     Attorney for Sheriff Bob Gualtieri