UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAHEED NELSON,

    Plaintiff,

vs.

BOB GAULTIERI, et al.,

    Defendants.

Case No. 8:19-cv-449-T-36JSS

**PLAINTIFF'S MOTION FOR LEAVE TO REPLY**

Majeedah Kaiser, as Personal Representative for the ESTATE OF WAHEED NELSON (Estate), through counsel, moves the Court for leave to Reply to Defendant Bob Gualtieri's Response (Doc. 363) to Plaintiff's Motion for Substitution (Doc. 362), and would show as follows:

1. On June 9, 2025, the above Personal Representative for the Estate moved to Substitute herself as Plaintiff for Waheed Nelson, deceased (Doc. 362).

2. The Estate would show Defendant errs in rebutting the three elements of the substitution rule: a) The claim is not extinguished under § 46.021 Fla.Stat.; b) the proposed representative is a proper party; (c) the motion for substitution is timely.

3. Defendant Gualtieri's Response (Doc. 363) largely bases its opposition on an issue unrelated to the Substitution – that counsel failed to provide notice of death and other issues that appear to amount to a back door Rule Eleven motion.

4. The Estate would seek to show that Defendant's purported evidence attacking the Motion for Substitution is inadequate and misleading and seeks to confuse the narrow issues of substitution with an unauthorized and improper sanctions motion.

1

5. The Estate would seek to show that the probate was proper and effective, that the predicate to substitution was met, and substitution was timely. Alternatively, to the extent that service was defective, it was so for the suggestion of death as well.

## MEMORANDUM OF LAW

The Court has discretion to permit a Reply to a Response where new matter is raised in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). This assumes that the Party seeking to Reply shows good cause, *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013) and the reply will benefit the Court's resolution of the pending motion. *Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, at *4 n.3 (M.D. Fla. Mar. 25, 2014).

The Estate would seek to correct Defendant's factual errors and misleading statements regarding the representation in bankruptcy, the filings relating to the experts, the status of the probate, and the duties relating to substitution.

To the extent that Defendant Gualtieri appears to be requesting relief from the Court that is extraneous to the issues raised by the Motion for Substitution, the Estate would ask to be permitted to Reply to argue based on the law governing Substitution and showing that the extraneous matter in the Response falls afoul of Fed.R.Civ.P. 7(b) requiring that requests for court orders be made by motion, stating the grounds and relief sought with particularity and Local Rule 3.01(a) requiring that motions be filed separately and include a certification of conferral.

The Estate would also seek to argue that Defendant Gaultieri appears to be seeking to bring a Rule 11 Motion under the guise of a Response in order to bypass the peculiar requirements of that procedural rule and the local conference rule. Plaintiff will separately move to strike or disregard impertinent matter.

WHEREFORE, the Estate moves this Honorable Court for leave to Reply to Defendant Gualtieri's Response to its Motion for Substitution.

Respectfully submitted,

| | |
|---|---|
| JAMES V. COOK, ESQ. <br> Florida Bar Number 0966843 <br> Law Office of James Cook <br> 314 West Jefferson Street <br> Tallahassee, FL 32301 <br> (850) 222-8080; (850) 561-0836 fax <br> cookjv@gmail.com | */s/Linda Bellomio Commons* <br> LINDA BELLOMIO COMMONS, ESQ. <br> Law Offices of Linda Bellomio Commons, P.A. <br> Florida Bar No: 0778346 <br> P.O. Box 340261 <br> Tampa, Florida 33694 <br> T: (352) 610-4416; Fax: (813) 265-3010 <br> Service E-mail: lcommons@aol.com <br> Secondary email: assistlbc@gmail.com |

Attorneys for Plaintiffs

I CERTIFY that I have conferred in good faith with counsel for Defendant Gualtieri and counsel objects to the relief requested.

I CERTIFY the foregoing was filed electronically on 7/7/25 and served on all counsel registered with the CM/ECF electronic mail system.

I CERTIFY that I have complied with the font requirement.

*s/James Cook*

3