**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.: 8:19-cv-00449-CEH-AAS**

MAJEEDAH KAISER, as Personal Representative of the Estate of WAHEED NELSON,

Plaintiff,

vs.

BOB GAULTIERI, Official Capacity as Sheriff of Pinellas County, FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON, LLC and WITCHNER BELIZAIRE, M.D.,

Defendants.
_________________________________/

**SEVENTH STATUS REPORT**

Defendants Florida Department of Corrections and Witchner Belizaire, M.D. (collectively "Defendants") file this Seventh Status Report as required by this Court's March 16, 2023 Order [ECF #354] as follows:

Corizon's bankruptcy case has been concluded. Its assets have been liquidated. While the claim against it in this case can legally proceed, it would be the picture of futility. The undersigned has no information regarding the Plaintiff's intentions on this issue.

The stay of claims against Dr. Belizaire and the Florida Department of Corrections was the result of a bankruptcy court order. That order folded claims

against defendants of this type into the bankruptcy case, contingent on payment by third parties to the bankruptcy action in fulfillment of a settlement agreement. The third parties defaulted on that agreement, so the bankruptcy court's order is not longer effective. The claims against Dr. Belizaire and the Florida Department of Corrections can go forward.

By: /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Linda Bellomio Commons, Esq.
*Attorneys for Plaintiff*
Law Offices of Linda Bellomio Commons, P.A.
PO Box 340261
Tampa, FL 33694
Phone: 352.610.4416
Fax: 813.265.3010
Email: lcommons@aol.com
tmacalester1@gmail.com

James V. Cook, Esq.
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850.222.8080
Fax: 850.561.0836
Email: cookjv@gmail.com

Jason Gordillo
*Attorneys for Defendant Gualtieri*
Pinellas County Sheriff General Counsel's Office
10750 Ulmerton Road
Largo, FL 33778
Phone: 727.582.6274
Fax: 727.582.6459

Email: jgordillo@pcsonet.com
rreuss@psconet.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, FDOC and Belizaire*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By: /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689